UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 23  3 09 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

SARAIYA SOLOMON  :  CASE NO. 3:02-cv-1116 (GLG)
    Plaintiff,  :
v.  :
     :
HARTFORD HOSPITAL;  :
GLADYS CIASCHINI, as an agent  :
of HARTFORD HOSPITAL and  :
individually; SUSAN A. O'CONNELL,  :
as an agent of HARTFORD HOSPITAL  :
and individually; and SANDRA NILES,  :
as a de facto agent of  :
HARTFORD HOSPITAL and individually  :
     :
    Defendants.  :  October 22, 2003

## DEFENDANTS' UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

The defendants Hartford Hospital, Gladys Ciaschini, Susan A. O'Connell and Sandra Niles respectfully move to extend the close of discovery in this matter to **December 8, 2003**, and the deadline for the filing of dispositive motions to **January 8, 2004**. In support of this request, the defendants state as follows:

1. Discovery in this matter is currently scheduled to close on October 24, 2003. Dispositive Motions are scheduled to be filed by November 24, 2003.

2. The defendants experienced a delay in completing discovery because their lead counsel, Brenda Eckert, was hospitalized due to illness. Attorney Eckert was out of work for more than a week and is presently back in the office working a reduced schedule.

3. The defendants seek this extension of time to provide them with time to depose the plaintiff and possibly one or two other fact witnesses.

The defendants respectfully request that the Scheduling Order be extended as follows:

(a) that the deadline to close discovery be extended up to and including **December 8, 2003**;

(b) that the deadline for the filing of dispositive motions be extended to **January 8, 2004**;

(c) that the deadline for the filing of the Joint Trial Memorandum be extended to **March 8, 2004,** or sixty (60) days after a ruling on any Motion for Summary Judgment; and

(d) that the case be ready for trial by **April 8, 2004,** or within thirty (30) days of the filing of the Joint Trial Memorandum.

The undersigned has consulted with plaintiff's counsel, Rachel M. Baird, about this request and she stated that plaintiff does not object.

DEFENDANTS,
HARTFORD HOSPITAL, GLADYS
CIASCHINI, SUSAN O'CONNELL, AND
SANDRA NILES

By _____
Brenda A. Eckert (ct00021)
Gregg Goumas (ct19095)
For Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
(860) 251-5000

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed, via U.S. mail, postage prepaid, on this 22nd day of October, 2003, to:

Rachel M. Baird, Esq.
Law Office of Rachel M. Baird
379 Prospect Street
Torrington CT 06790-5239

Gregg P. Goumas

355905 v.01 S1