UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 23  3 09 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

SARAIYA SOLOMON          :     CASE NO. 3:02-cv-1116 (GLG)
            Plaintiff,   :
    v.                   :
                         :
HARTFORD HOSPITAL;       :
GLADYS CIASCHINI, as an agent  :
of HARTFORD HOSPITAL and :
individually; SUSAN A. O'CONNELL,  :
as an agent of HARTFORD HOSPITAL  :
and individually; and SANDRA NILES,  :
as a de facto agent of   :
HARTFORD HOSPITAL and individually  :
                         :
            Defendants.  :     October 22, 2003

Motion GRANTED on consent.
Gerard L. Goettel, USDJ
10-28-03

FILED
Oct 30  3 22 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**DEFENDANTS' UNOPPOSED MOTION
TO MODIFY SCHEDULING ORDER**

The defendants Hartford Hospital, Gladys Ciaschini, Susan A. O'Connell and Sandra Niles respectfully move to extend the close of discovery in this matter to **December 8, 2003**, and the deadline for the filing of dispositive motions to **January 8, 2004**. In support of this request, the defendants state as follows:

   1.   Discovery in this matter is currently scheduled to close on October 24, 2003. Dispositive Motions are scheduled to be filed by November 24, 2003.

   2.   The defendants experienced a delay in completing discovery because their lead counsel, Brenda Eckert, was hospitalized due to illness. Attorney Eckert was out of work for more than a week and is presently back in the office working a reduced schedule.