UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SARAIYA SOLOMON : | CASE NO. 3:02-cv-1116 (GLG) |
| : | |
| Plaintiff, : | |
| v. : | |
| : | |
| HARTFORD HOSPITAL; : | |
| GLADYS CIASCHINI, as an agent : | |
| of HARTFORD HOSPITAL and : | |
| individually; SUSAN A. O'CONNELL, : | |
| as an agent of HARTFORD HOSPITAL : | |
| and individually; and SANDRA NILES, : | |
| as a de facto agent of : | |
| HARTFORD HOSPITAL and individually : | |
| : | |
| Defendants. : | December 5, 2003 |

**DEFENDANTS' UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 16(b) and Local Rule of Civil Procedure 7(b), the undersigned Defendants Hartford Hospital, Gladys Ciaschini, Susan A. O'Connell and Sandra Niles, move for an enlargement of time of thirty (30) days of the Case Management Plan. The Defendants respectfully request that the Scheduling Order be extended as follows:

(a)   that the deadline to close discovery be extended up to and including **January 7, 2004**;

(b)  that the deadline for the filing of dispositive motions be extended to **February 6, 2004**;

(c)  that the deadline for the filing of the Joint Trial Memorandum be extended to **April 7, 2004,** or sixty (60) days after a ruling on any Motion for Summary Judgment; and

(d)  that the case be ready for trial by **May 7, 2004**, or within thirty (30) days of the filing of the Joint Trial Memorandum.

In support of this Motion, the Defendants state as follows:

1.  On August 29, 2002 the Court entered an Order regarding the parties' proposed case management plan setting forth the following deadlines:

  a)  Reports from plaintiffs' experts will be due by February 28, 2003;

  b)  Depositions of the plaintiffs' experts shall be completed by June 30, 2003;

  c)  Reports from defendants' experts shall be completed by April 30, 2003;

  d)  Depositions of defendants' experts shall be completed by June 30, 2003;

  e)  Discovery, including all discovery relating to expert witnesses will be completed by June 30, 2003;

  f) Dispositive motions, if any, will be filed by July 31, 2003;

2. On May 15, 2003 the parties filed their Joint Motion for Extension of Discovery Deadlines and the Court granted same on May 21, 2003 (Goettel, J.), revising the scheduling plan as follows:

  a) Discovery, including all discovery relating to expert witnesses to be completed by August 29, 2003;

  b) Dispositive motions to be filed by September 29, 2003;

  c) Joint Trial Memorandum to be filed by November 28, 2003 or 60 days after a ruling on any motion for summary judgment;

  d) The case will be trial ready on December 28, 2003, or within 30 days of the filing of the Joint Trial Memorandum.

3. On July 18, 2003 the Plaintiff filed her Motion to Modify Scheduling Order and the Court granted same on July 24, 2003, (Goettel, J.), revising the scheduling plan as follows:

  a) Discovery, including all discovery relating to expert witnesses to be completed by September 29, 2003;

  b) Dispositive motions to be filed by October 29, 2003;

  c) Joint Trial Memorandum to be filed by December 29, 2003 or 60

       days after a ruling on any motion for summary judgment;

    d)    The case will be trial ready on January 28, 2004, or within 30 days of the filing of the Joint Trial Memorandum.

4. On August 29, 2003 the Plaintiff filed a second Motion to Modify Scheduling Order and the Court granted same on September 4, 2003, (Goettel, J.), revising the scheduling plan as follows:

    a)    Discovery, including all discovery relating to expert witnesses to be completed by October 24, 2003;

    b)    Dispositive motions to be filed by November 24, 2003;

    c)    Joint Trial Memorandum to be filed by January 23, 2004 or 60 days after a ruling on any motion for summary judgment;

    d)    The case will be trial ready on February 23, 2004, or within 30 days of the filing of the Joint Trial Memorandum.

5. On October 22, 2003 the Defendants filed their Motion to Modify Scheduling Order and the Court granted same on October 28, 2003, (Goettel, J.), revising the scheduling plan as follows:

    a)    Discovery, including all discovery relating to expert witnesses to be completed by December 8, 2003;

  b) Dispositive motions to be filed by January 8, 2004;

  c) Joint Trial Memorandum to be filed by March 8, 2004 or 60 days after a ruling on any motion for summary judgment;

  d) The case will be trial ready on April 8, 2004, or within 30 days of the filing of the Joint Trial Memorandum.

6. As of this date, the parties have been compliant with the current case management deadlines. Defendants recently started the deposition of the plaintiff but were not able to conclude the deposition due to the ill health of the court reporter. Additionally, despite Defendants requests for updated discovery responses from plaintiff prior to or at the time of her deposition, plaintiff only produced limited documents and acknowledged that she had more documents that would not be produced until a later date.

7. The defendants seek this extension of time to allow the plaintiff time to produce additional documents responsive to Defendants' discovery requests and to allow defendants time to conclude the deposition of the plaintiff.

8. This is the defendants' third request for a modification of the scheduling order.

9. Plaintiff's counsel, Attorney Rachel M. Baird, has no objection to the granting of this motion.

WHEREFORE, the undersigned Defendants respectfully requests an extension of thirty (30) days of the Case Management Plan deadlines to allow the Defendants additional time to secure Plaintiff's additional discovery responses, to complete the deposition of the Plaintiff, as well as the filing of Defendants' dispositive motion, and a corresponding extension of time to file the Joint Trial Memorandum and have the case trial ready.

DEFENDANTS,
HARTFORD HOSPITAL, GLADYS
CIASCHINI, SUSAN O'CONNELL, AND
SANDRA NILES

By /s/ Brenda A. Eckert
Brenda A. Eckert (ct00021)
beckert@goodwin.com
Gregg Goumas (ct19095)
ggoumas@goodwin.com
For Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Telephone: 860) 251-5000
Facsimile: (860) 251-5599

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Defendants' Unopposed Motion for Enlargement of Time was mailed, via U.S. mail, postage prepaid, on this 5th day of December, 2003, to:

Rachel M. Baird, Esq.
Law Office of Rachel M. Baird
379 Prospect Street
Torrington CT  06790-5239

_____
Brenda A. Eckert

355905 v.01 S1