35

12/10/03: Motion GRANTED on consent.
Gerard L. Goettel, USDJ

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
DEC 9  9 42 AM '03

| | | |
|---|---|---|
| SARAIYA SOLOMON | : | CASE NO. 3:02-cv-1116 (GLG) RLR |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL; | : | |
| GLADYS CIASCHINI, as an agent | : | |
| of HARTFORD HOSPITAL and | : | |
| individually; SUSAN A. O'CONNELL, | : | |
| as an agent of HARTFORD HOSPITAL | : | |
| and individually; and SANDRA NILES, | : | |
| as a de facto agent of | : | |
| HARTFORD HOSPITAL and individually | : | |
| | : | |
| Defendants. | : | December 5, 2003 |

### DEFENDANTS' UNOPPOSED MOTION
### FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 16(b) and Local Rule of Civil Procedure 7(b), the undersigned Defendants Hartford Hospital, Gladys Ciaschini, Susan A. O'Connell and Sandra Niles, move for an enlargement of time of thirty (30) days of the Case Management Plan. The Defendants respectfully request that the Scheduling Order be extended as follows:

(a)   that the deadline to close discovery be extended up to and including **January 7, 2004**;