UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN -6  P 4: 37

SARAIYA SOLOMON,

    Plaintiff,

v.

HARTFORD HOSPITAL, et al.,

    Defendants.

U.S. DISTRICT COURT
CASE NO. 3:02CV1116 (EBB)
NEW HAVEN, CONN.

JANUARY 6, 2004

### PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER

Plaintiff Saraiya Solomon, by and through her undersigned counsel, pursuant to Local Rules 7(b) and 16(b) of this District, moves to modify the Scheduling Order. (doc. #16) Such modification will provide a fifteen (15) day extension for each of the deadlines. Specifically, Plaintiff moves that:

a. the deadline to close discovery be extended up to and including January 22, 2004, from its present date of January 7, 2004;

b. the deadline for the filing of dispositive motions be extended to February 21, 2004, from its present date of February 6, 2004;

c. the deadline for filing the Joint Trial Memorandum be extended to April 22, 2004, from its present date of April 7, 2004, or sixty (60) days after a ruling on any motion for summary judgment; and

d. that the case be ready for trial by May 22, 2004, or within thirty (30) days of the filing of the Joint Trial Memorandum.

In support of this Motion, the Plaintiff offers:

1. By endorsement of the Court, upon the parties' unopposed or joint motions, the case Scheduling Orders have been modified five (5) times to allow for the completion of discovery. (May 21, 2003, doc. #24) (July 28, 2003, doc. #29) (September 4, 2003, doc. #32) (October 28, 2003, doc. #34) (December 12, 2003, doc. #36)

2. Presently, the parties are not mutually available for the continuation of Defendants' deposition of Plaintiff until January 19, 2004, at 9:30 A.M.

3. To ensure time for Defendants to complete Plaintiff's deposition, allowing for weather delay, the parties' schedules, and or court reporter availability, Plaintiff respectfully requests until January 22, 2003, to complete discovery.

4. Defendants' counsel, Attorney Brenda A. Eckert, does not oppose the instant Motion.

WHEREFORE, the undersigned respectfully requests a modification of the Scheduling Order to extend the discovery period and derivative deadlines by fifteen (15) days in accordance with the dates set forth in (a) through (d), above.

PLAINTIFF<br>
SARAIYA SOLOMON

BY: _____
Rachel M. Baird
(Fed. Bar No. 12131)
Law Office of Rachel M. Baird
379 Prospect Street
Torrington CT 06790-5239
Tel: (860) 626-9991
Fax: (860) 626-9992

## **CERTIFICATION**

I HEREBY CERTIFY THAT the foregoing Plaintiff's Motion to Modify Scheduling Order was mailed, first-class, postage-paid, on January 6, 2004, to:

Brenda A. Eckert, Esq.
Shipman & Goodwin LLP
1 American Row
Hartford CT 06103-2819

_____
Rachel M. Baird