**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------------X
SARAIYA SOLOMON,                   :
                                   :
        Plaintiff,                 :         ORDER
                                   :
    -against-                      :
                                   :     3: 02 CV 1116 (GLG)
HARTFORD HOSPITAL, et al.,         :
                                   :
        Defendants.                :
-----------------------------------X
```

Plaintiff's Motion to Modify Scheduling Order [Doc. #37] is **granted**. The deadlines are as follows:

- January 22, 2004    Discovery Completed

- February 21, 2004   Dispositive Motions due

- April 22, 2004      Joint Trial Memorandum due or sixty (60) days after dispositive motions have been ruled upon

- May 22, 2004        Trial Readiness or within thirty (30) days of the filing of the Trial Memorandum.

**SO ORDERED.**

**Dated:  January 12, 2004**
**Waterbury, CT**                              _____/s/_____
                                              Gerard L. Goettel
                                                  U.S.D.J.