UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON | : | Civil Action No. |
| | : | 3:02-cv-1116 (GLG) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, et al. | : | |
| | : | |
| Defendants. | : | February 11, 2004 |

**EXPEDITED MOTION FOR RULE 16 STATUS CONFERENCE**

The defendants respectfully filed this Expedited Motion for a Status Conference pursuant to Rule 16 of the Federal Rules of Civil Procedure. In support of this Motion the defendants state as follows:

1.  Counsel for the parties have discussed the potential withdrawal by the plaintiff of specific claims in the Complaint. Plaintiff's counsel has informed defense counsel that she intends file a Motion for Leave to Amend the Complaint to delete certain legal claims, either entirely or as to the individual defendants, and to add an additional claim.

2.     Plaintiff's motion to extend the discovery period, which the defendants' have opposed, remains pending.

3.     Defendants' Motion for Summary Judgment is presently due on February 20, 2004. At the Status Conference the defendants wish to raise the issue of an additional brief extension of time to file their motion for summary judgment, the timing of which will be depend on the plaintiff's motion for leave to amend and on whether the Court grants the pending motion to extend the discovery period.

4.     This motion was originally intended to be a joint motion by the parties. The undersigned spoke with plaintiff's counsel on February 10 and she indicated that she was in agreement with Paragraphs one through three above. However, because defense counsel has experienced a delay in obtaining the signature page from plaintiff's counsel, the defendants have filed this motion on their own behalf. Further, given the current February 20, 2004 deadline for defendants' Motion for Summary Judgment, the defendants have requested that this Motion be afforded expedited consideration.

WHEREFORE, the defendants request that their Expedited Motion for a Status Conference be granted and that a Status Conference be scheduled as soon as possible.

DEFENDANTS,
HARTFORD HOSPITAL, GLADYS
CIASCHINI, SUSAN O'CONNELL, AND
SANDRA NILES

By _____
Brenda A. Eckert (ct00021)
Beckert@goodwin.com
Gregg Goumas (ct19095)
Ggoumas@goodwin.com
For Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
(860) 251-5000

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion for Status Conference was mailed, postage prepaid, first-class mail on this 11th day of February, 2004 to the following:

The Honorable Gerard L. Goettel
Chambers
United States District Court
14 Cottage Place
Waterbury, CT 06702

Attorney Rachel M. Baird
Law Office of Rachel M. Baird
Stonegate Professional Building
379 Prospect Street
Torrington, CT 06790

Gregg P. Goumas

364598 v.02 S1