**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------X
SARAIYA SOLOMON,                    :
                                    :
        Plaintiff,                  :        ORDER
                                    :
    -against-                       :
                                    :    3: 02 CV 1116 (GLG)
HARTFORD HOSPITAL, et al.,          :
                                    :
        Defendants.                 :
------------------------------------X
```

Plaintiff's Motion to Modify Scheduling Order [Doc. #39] is **granted**. The deadlines are as follows:

- February 21, 2004    Discovery Completed

- February 21, 2004    Dispositive Motions due

- April 22, 2004       Joint Trial Memorandum due or sixty (60) days after dispositive motions have been ruled upon

- May 22, 2004         Trial Readiness or within thirty (30) days of the filing of the Trial Memorandum.

   **SO ORDERED.**

**Dated:   February 17, 2004**
         **Waterbury, CT**                      /s/
                                          _____
                                          Gerard L. Goettel
                                              U.S.D.J.