UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON | : | Civil Action No. |
| | : | 3:02-cv-1116 (GLG) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, et al. | : | |
| | : | |
| Defendants. | : | February 18, 2004 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION

The defendants respectfully request an extension of time to file their Motion for Summary Judgment in this matter. In support of this Motion the defendants state as follows:

1.Plaintiff's Amended Complaint contains fourteen (14) counts alleging various violations of 42 U.S.C. §§ 1981 and 2000e et seq. and state common law. The defendants believe that they have a legitimate, good-faith basis to seek summary judgment on much, if not all, of plaintiff's Amended Complaint.

2.	On January 22, 2004, plaintiff filed a motion to extend the discovery period from January 22 to February 22, 2004, and to also make dispostive motions due by February 22, 2004.  The Court granted plaintiff's motion on February 17, 2004.

3.	On February 3, 2004, defendants' counsel wrote to plaintiff's counsel asking that plaintiff voluntarily withdraw various claims in her Amended Complaint in an effort to narrow the scope of defendants' motion for summary judgment.  On or about February 11, the undersigned spoke with plaintiff's counsel who indicated that it was her intention to file a Motion for Leave to Amend to remove various legal claims and add one or more new claims.  As a result, on February 11, 2004, the parties filed a joint Expedited Motion for a Rule 16 Status Conference, to discuss plaintiff's then pending request for an extension of discovery, plaintiff's proposed motion for leave to amend, and defendants' motion for summary judgment.  The parties joint request for a Status Conference remains pending.

4.	The defendants respectfully request that the deadline for the filing of dispostive motions be extended from February 22, 2004, to a date thirty (30) days beyond the parties' requested Rule 16 Status Conference.  The undersigned has contacted plaintiff's counsel and she has no objection to this request for extension of time.

WHEREFORE, the defendants respectfully request that their Motion for an Extension of Time to file their Dispositive Motion be granted.

DEFENDANTS,
HARTFORD HOSPITAL, GLADYS
CIASCHINI, SUSAN O'CONNELL, AND
SANDRA NILES

By _____
Brenda A. Eckert (ct00021)
Beckert@goodwin.com
Gregg Goumas (ct19095)
Ggoumas@goodwin.com
For Shipman & Goodwin LLP
One American Row
Hartford, CT  06103-2819
(860) 251-5000

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed, postage prepaid, first-class mail on this 18 day of February, 2004 to the following:

The Honorable Gerard L. Goettel
Chambers
United States District Court
14 Cottage Place
Waterbury, CT 06702

Attorney Rachel M. Baird
Law Office of Rachel M. Baird
Stonegate Professional Building
379 Prospect Street
Torrington, CT  06790

_____
Gregg P. Goumas

365228 v.01 S1