**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
```
------------------------------------X
SARAIYA SOLOMON,                    :
                                    :
        Plaintiff,                  :         ORDER
                                    :
    -against-                       :
                                    :    3: 02 CV 1116 (GLG)
HARTFORD HOSPITAL, et al.,          :
                                    :
        Defendants.                 :
------------------------------------X
```

Defendant's Motion for Rule 16 Status Conference [Doc. #41] is **granted**. The status conference is respectfully referred to U.S. Magistrate Judge Garfinkel.

   **SO ORDERED.**

**Dated:   February 20, 2004**
**Waterbury, CT**                           /s/
                                       Gerard L. Goettel
                                           U.S.D.J.