**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------X
SARAIYA SOLOMON,                    :
                                    :
        Plaintiff,                  :
                                    :   3: 02 CV 1116 (GLG)
    -against-                       :        ORDER
                                    :
HARTFORD HOSPITAL, et al.           :
                                    :
        Defendants.                 :
------------------------------------X
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

___   All purposes except trial, unless the parties consent to trial before the magistrate judge.

___   A ruling on all pretrial motions except dispositive motions.

___   To supervise discovery and resolve discovery disputes.

_X_   A ruling on the following motion which is currently pending: **[Doc. #43] Def.'s Motion for Extension of Time to File Dispositive Motion**

___   Settlement conference.

_X_   A conference to discuss the following: **Status of Case.**

___   Other:

   **SO ORDERED.**

**February 20, 2004**
**Waterbury, Connecticut.**

                                                  _____/s/_____
                                                  **Gerard L. Goettel**
                                                  **United States District Judge**