UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON, | : | **MOTION FOR LEAVE TO FILE** |
| | : | **SECOND AMENDED COMPLAINT** |
| Plaintiff, | : | |
| | : | |
| -against- | : | CASE NO.: 3:02-CV-1116(GLG) |
| | : | |
| HARTFORD HOSPITAL, | : | |
| GLADYS M. CIASCHINI, | : | |
| SUSAN A. O'CONNELL, and | : | |
| SANDRA NILES, | : | |
| | : | |
| Defendants. | : | FEBRUARY 20, 2004 |

1. The plaintiff, Saraiya Solomon, by and through her undersigned counsel hereby moves the Court for leave, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, to file a Second Amended Complaint in the above-captioned matter and represents:

   A. Plaintiff filed an original complaint on June 27, 2002. (doc. #1)

   B. A Notice of Amended Complaint and Amended Complaint were filed on August 27, 2002, following the parties' planning meeting and prior to a responsive pleading. (doc. ##14, 15)

   C. Plaintiff now files the instant motion to (i) add an additional count to plaintiff's claims; (ii) withdraw claims alleging violations of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, against the individual defendants acting as agents; and (iii) withdraw plaintiff's claim alleging disparate impact pursuant to 42 U.S.C. § 1981.

2. The additional claim contained in the Second Amended Complaint at Count VIII alleges a violation of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e-2(a), 2000e-2(k), by disparate impact of an employment practice and conforms to the evidence sought and, in part, produced during discovery.

Plaintiff's Second Amended Complaint is attached to this motion.

Dated this 19th day of February, 2004, at Torrington, Connecticut.

PLAINTIFF
SARAIYA SOLOMON

BY: _____
Rachel M. Baird
(Fed. Bar No. 12131)
Law Office of Rachel M. Baird
Stonegate Professional Building
379 Prospect Street
Torrington CT 06790-5239
Tel: (860) 626-9991
Fax: (860) 626-9992

*Her Attorney*

2

## CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Second Amended Complaint, with the Second Amended Complaint attached, was mailed, postage paid and first-class, on February 20, 2004, to the following counsel of record:

Brenda A. Eckert, Esq.
Gregg P. Goumas, Esq.
Shipman & Goodwin LLP
One American Row
Hartford CT 06103-2819

                                            _____
                                            Rachel M. Baird