FILED
Feb 19 12 55 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SARAIYA SOLOMON
Plaintiff,
v.
HARTFORD HOSPITAL, et al.
Defendants.

Civil Action No.
3:02-cv-1116 (GLG)

February 18, 2004

**DEFENDANTS' MOTION FOR**
**EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

The defendants respectfully request an extension of time to file their Motion for Summary Judgment in this matter. In support of this Motion the defendants state as follows:

1. Plaintiff's Amended Complaint contains fourteen (14) counts alleging various violations of 42 U.S.C. §§ 1981 and 2000e et seq. and state common law. The defendants believe that they have a legitimate, good-faith basis to seek summary judgment on much, if not all, of plaintiff's Amended Complaint.

Granted, for good cause and upon the representation of no objection. Counsel shall prepare a scheduling order after conferring, and may contact the undersigned in regard to such an order or to request mediation. So ordered.
WGK 3/12/04

FILED
2004 MAR 15 A 9:50
U.S. DISTRICT COURT
BRIDGEPORT, CONN