UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SARAIYA SOLOMON, | **MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| Plaintiff, | |
| -against- | CASE NO.: 3:02-CV-1116(GLG) |
| HARTFORD HOSPITAL, GLADYS M. CIASCHINI, SUSAN A. O'CONNELL, and SANDRA NILES, | |
| Defendants. | FEBRUARY 20, 2004 |

1. The plaintiff, Saraiya Solomon, by and through her undersigned counsel hereby moves the Court for leave, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, to file a Second Amended Complaint in the above-captioned matter and represents:

   A. Plaintiff filed an original complaint on June 27, 2002. (doc. #1)

   B. A Notice of Amended Complaint and Amended Complaint were filed on August 27, 2002, following the parties' planning meeting and prior to a responsive pleading. (doc. ##14, 15)

   C. Plaintiff now files the instant motion to (i) add an additional count to plaintiff's claims; (ii) withdraw claims alleging violations of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, against the individual defendants acting as agents; and (iii) withdraw plaintiff's claim alleging disparate impact pursuant to 42 U.S.C. § 1981.

Motion GRANTED in the absence of opposition.
Gerard L. Goettel, USDJ