UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* Telephonic Status Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

March 24, 2004

2:30 p.m.

*Hold*
*30 mins*

---

CASE NO. **3:02cv1116 (GLG)**    **Solomon vs. Hartford Hospital, et al**

Rachel M. Baird
Law Office of Rachel M. Baird
Stonegate Professional Bldg.
379 Prospect St.
Torrington, CT 06790-5239

Brenda A. Eckert
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Gregg Peter Goumas
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

* PLAINTIFF COUNSEL SHALL INITIATE THE CONFERENCE CALL TO JUDGE
GARFINKEL @ 203-579-5593.
                THANKS.

                        BY ORDER OF THE COURT
                        KEVIN F. ROWE, CLERK