UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SARAIYA SOLOMON | CASE NO. 3:02-cv-1116 (GLG) |
| Plaintiff, | |
| v. | |
| HARTFORD HOSPITAL; GLADYS CIASCHINI, as an agent of HARTFORD HOSPITAL and individually; SUSAN A. O'CONNELL, as an agent of HARTFORD HOSPITAL and individually; and SANDRA NILES, as a de facto agent of HARTFORD HOSPITAL and individually | |
| Defendants. | April 5, 2004 |

### DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER TO ASSERT ADDITIONAL AFFIRMATIVE DEFENSES

Pursuant to Fed. R. Civ. P. 15(a), Defendants Hartford Hospital, Gladys Ciaschini, Susan O'Connell and Sandra Niles, respectfully request permission to amend their Answer in the above matter to assert additional affirmative defenses. In support of this Motion, defendants state as follows:

1. On February 20, 2004, plaintiff filed a motion for leave to amend her August 26, 2002 Amended Complaint to delete certain legal claims and add an additional theory for relief. Defendants did not oppose plaintiff's motion.

2. On March 30, 2004, the Court granted plaintiff's motion for leave to amend.

3. Defendants now file an Amended Answer which conforms to plaintiff's February 20, 2004 Amended Complaint, and seek leave to assert additional affirmative defenses to some of plaintiff's claims under Title VII of the Civil Rights Act of 1964, *as amended*, 42 U.S.C. § 2000e *et seq*. and the Connecticut Fair Employment Practices Act, Conn. Gen. Stat. 46a-60 *et seq*. See First through Fourth Affirmative Defense, Sixth Affirmative Defense. Defendants' Answer with Amended Affirmative Defenses is attached hereto.

WHEREFORE, defendants respectfully request that their motion be granted.

DEFENDANTS,
HARTFORD HOSPITAL, GLADYS
CIASCHINI, SUSAN O'CONNELL,
AND SANDRA NILES

By /s/ Brenda A. Eckert
Brenda A. Eckert
Federal Bar No. ct00021
beckert@goodwin.com
Gregg P. Goumas
Federal Bar No. 19095
ggoumas@goodwin.com
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
(860) 251-5000 (tel.)
(860) 251-5599 (fax)

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion for Permission to Amend Answer with Proposed Amended Answer attached was mailed, via U.S. mail, postage prepaid, on this 5th day of April, 2004, to:

Rachel M. Baird, Esq.
Law Office of Rachel M. Baird
379 Prospect Street
Torrington CT  06790-5239

                                                Gregg P. Goumas