UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON, | : | |
| | : | |
| Plaintiff, | : | CASE NO. 3:02CV1116(GLG) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, et al., | : | |
| | : | |
| Defendants. | : | APRIL 9, 2004 |

**PARTIES' JOINT PROPOSED SCHEDULING ORDER**

In accordance with a telephonic status conference call held on March 24, 2004, before the Honorable William I. Garfinkel, the parties propose the following Scheduling Order:

- May 5, 2004        Dispositive Motions Due

- July 5, 2004        Joint Trial Memorandum due or sixty (60) days after dispositive motions have been ruled upon

- August 5, 2004    Trial Readiness or within thirty (30) days of the filing of the Trial Memorandum

By: _____
Rachel M. Baird
Counsel for the Plaintiff
Federal Bar No. ct12131
Law Office of Rachel M. Baird
Stonegate Professional Building
379 Prospect Street
Torrington CT 06790-5239
Tel: (860) 626-9991
Fax: (860) 626-9992

By: _____
Brenda A. Eckert
Counsel for the Defendants
Federal Bar No. ct00021
Beckert@goodwin.com
Gregg P. Goumas
Federal Bar No. ct19095
For Shipman & Goodwin LLP
One American Row
Hartford CT  06103-2819
Tel: (860) 251-5000
Fax: (860) 251-5600

IT IS SO ORDERED.

Dated: _____        _____
                                                                          U.S. District Judge/U.S. Magistrate Judge