**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
-----------------------------------X
SARAIYA SOLOMON,                    :
                                    :
        Plaintiff,                  :            **ORDER**
                                    :
    -against-                       :
                                    :         **3: 02 CV 1116 (GLG)**
HARTFORD HOSPITAL, et al.,          :
                                    :
        Defendants.                 :
-----------------------------------X

Plaintiff's motion for a status conference [Docket # 52] is **granted**. The motion is referred to Magistrate Judge William I. Garfinkel.

        **SO ORDERED.**

**Dated:    April 14, 2004**
           **Waterbury, CT**                    _____/s/_____
                                              Gerard L. Goettel
                                                  U.S.D.J.