UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* Telephonic Discovery Conference Calendar
The conference will include setting possible settlement
conference date

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

May 3, 2004

1:30 p.m.

*[handwritten: Held 45 mins]*

CASE NO. **3:02cv1116 (GLG)**   Solomon vs. Hartford Hospital, et al.

Rachel M. Baird
Law Office of Rachel M. Baird
Stonegate Professional Bldg.
379 Prospect St.
Torrington, CT 06790-5239


Brenda A. Eckert
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819


Gregg Peter Goumas
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819


\* PLAINTIFF COUNSEL TO INITIATE THE CONFERENCE CALL TO JUDGE GARFINKEL @ 203-579-5593.

THANKS.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK