**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
```
------------------------------------X
SARAIYA SOLOMON,                    :
                                    :
        Plaintiff,                  :           ORDER
                                    :
     -against-                      :
                                    :      3: 02 CV 1116 (GLG)
HARTFORD HOSPITAL, et al.,          :
                                    :
        Defendants.                 :
------------------------------------X
```

    Defendant's motion for leave to amend answer to assert additional affirmative defenses [Doc. #51] is **granted**.

    **SO ORDERED.**

**Dated:  May 11, 2004**
        **Waterbury, CT**
                                                    /s/
                                        **Gerard L. Goettel**
                                            **U.S.D.J.**