UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON | : | Civil Action No. |
| | : | 3:02-cv-1116 (EBB)(WIG) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL; | : | |
| GLADYS CIASCHINI, as an agent | : | |
| of HARTFORD HOSPITAL and | : | |
| individually; SUSAN A. O'CONNELL, | : | |
| as an agent of HARTFORD HOSPITAL | : | |
| and individually; and SANDRA NILES, | : | |
| as a de facto agent of | : | |
| HARTFORD HOSPITAL and individually | : | |
| | : | |
| Defendants. | : | September 13, 2004 |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b) and Local Rule of Civil Procedure 7(b), with discovery having been completed, the parties in the above captioned matter respectfully request that the Scheduling Order be modified as indicated below. In support of this Motion, the parties respectfully state as follows:

1. On May 3, 2004, the parties participated in a telephonic conference with the Honorable William I. Garfinkel to discuss several issues pertaining to additional discovery responses sought by the plaintiff.

2. During the phone conference, the Court suggested that counsel submit these issues to the Court in letter form to avoid the time and expense associated with the filing of a motion to compel discovery. The Court also suggested that counsel submit a proposed Amended Scheduling Order.

3. On June 11, 2004, the parties submitted a joint twenty-one page letter to the Court addressing all outstanding discovery issues. On June 18, 2004, the Court responded with its comments on these issues.

4. The defendants are currently in the process of supplementing their discovery responses as directed by the Court. The parties respectfully request that Scheduling Order be modified as follows:

(a) that the deadline for the filing of dispositive motions be extended to **October 29, 2004**;

(b) that the deadline for the filing of the Joint Trial Memorandum be extended to **December 31, 2004,** or sixty (60) days after a ruling on any Motion for Summary Judgment; and

(c) that the case be ready for trial by **February 11, 2005**, or within thirty (30) days of the filing of the Joint Trial Memorandum.

WHEREFORE, the parties respectfully request that their Motion be granted.

          DEFENDANTS,
          HARTFORD HOSPITAL, GLADYS
          CIASCHINI, SUSAN O'CONNELL, AND
          SANDRA NILES

By _____
        Brenda A. Eckert (ct00021)
        beckert@goodwin.com
        Gregg Goumas (ct19095)
        ggoumas@goodwin.com
        For Shipman & Goodwin LLP
        One Constitution Plaza
        Hartford, CT 06103-2819
        Telephone: (860) 251-5000
        Facsimile: (860) 251-5214

PLAINTIFF,
SARAIYA SOLOMON

By _____*Rachel M Baird*_____
Rachel M. Baird (ct12131)
Law Office of Rachel M. Baird
379 Prospect Street
Torrington CT 06790-5239
Telephone: (860) 626-9991
Facsimile: (860) 626-9992

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion to Modify Scheduling Order was mailed, postage prepaid, first-class mail on this 13th day of September, 2004 to the following:

The Honorable Ellen Bree Burns
Chambers
United States District Court
141 Church Street
New Haven, CT 06510

The Honorable William I. Garfinkel
Chambers
United State District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
Gregg P. Goumas

377752 v.01 S1