UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON | : | Civil Action No. |
| Plaintiff, | : | 3:02-cv-1116 (EBB)(WIG) |
| v. | : | |
| HARTFORD HOSPITAL;<br>GLADYS CIASCHINI, as an agent<br>of HARTFORD HOSPITAL and<br>individually; SUSAN A. O'CONNELL,<br>as an agent of HARTFORD HOSPITAL<br>and individually; and SANDRA NILES,<br>as a de facto agent of<br>HARTFORD HOSPITAL and individually | :<br>:<br>:<br>:<br>:<br>:<br>: | |
| Defendants. | : | September 13, 2004 |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b) and Local Rule of Civil Procedure 7(b), with discovery having been completed, the parties in the above captioned matter respectfully request that the Scheduling Order be modified as indicated below. In support of this Motion, the parties respectfully state as follows:

1.  On May 3, 2004, the parties participated in a telephonic conference with the Honorable William I. Garfinkel to discuss several issues pertaining to additional discovery responses sought by the plaintiff.

2.  During the phone conference, the Court suggested that counsel submit these issues to the Court in letter form to avoid the time and expense associated with the filing of a motion to compel discovery. The Court also suggested that counsel submit a proposed Amended Scheduling Order.