UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
SEP 22  8 10 AM 04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

SARAIYA SOLOMON            :

  v.                       :  NO. 3:02CV1116(EBB)

HARTFORD HOSPITAL, ET AL   :

## O R D E R

Pending before the court is the parties' Joint Stipulated Motion to Amend Stipulated Protective Order [Doc. No. 58] which seeks to add "all documents which may constitute Educational Records in accordance with the Family Educational Rights and Privacy Act" as discoverable documents subject to the existing protective order.

Because the Act is designed to protect the privacy of persons whose records are subject to the Act, the parties shall express their respective positions as to the propriety of inclusion in the protective order of a requirement for notice to, and consent of, the person whose record is at issue prior to the production of such records.

SO ORDERED.

_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this 21st day of September, 2004.

AO 72A
(Rev.8/82)