FILED
Oct 6  2 52 PM '04
U.S DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON | : | CIVIL ACTION NO. |
| | : | 3:02-cv-1116 (EBB)(WIG) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, et al. | : | |
| | : | |
| Defendants. | : | September    , 2004 |

## SECOND JOINT STIPULATED MOTION TO
## AMEND STIPULATED PROTECTIVE ORDER

The parties in the above captioned matter respectfully request that the Court grant the attached Amended Stipulation and Protective Order. In support of this Motion, the parties respectfully state as follows:

1. Plaintiff has requested that the defendant Hospital produce through discovery copies of any and all documents related to a complaint of race discrimination against the Hospital by a particular former student in the Hospital's School of Allied Health.

2. The Hospital has objected to the production of such documents on several bases, one of which is that such documents only exist as part of the former student's educational record and, therefore, are protected from disclosure pursuant to the Family