UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON | : | Civil Action No. |
| | : | 3:02-cv-1116 (EBB)(WIG) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, et al. | : | |
| | : | |
| Defendants. | : | |

## ORDER

The plaintiff has requested that the defendant Hartford Hospital ("Hospital") produce through discovery copies of any and all documents related to a complaint of race discrimination against the Hospital by a particular former student in the Hospital's School of Allied Health.  The Hospital has objected to the production of such documents on several bases, one of which is that such documents only exist as part of the former student's educational record and, therefore, are protected from disclosure pursuant to the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g and its corresponding regulations.  See 34 C.F.R. §§ 99 et seq.  The Hospital has made an effort to notify the former student at her last known address of the plaintiff's request for these records and to advise her of her right to file an objection to such production within fourteen (14) days of her receipt of the notice.

The Court has received no objection from the former student.  Accordingly, the defendant Hospital is HEREBY ORDERED to produce the requested documents to the plaintiff.  Such documents shall be treated by the parties as "Confidential" and shall

only be used and disclosed in accordance with the terms of the terms of the Amended Stipulated Protective Order that has been entered in this case.

So ordered this the 8th day of October, 2004, at Bridgeport, Connecticut.

/S/ William I. Garfinkel
William I. Garfinkel
United States Magistrate Judge