UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON | : | Civil Action No. |
| | : | 3:02-cv-1116 (EBB) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, et al. | : | |
| | : | |
| Defendants. | : | October 21, 2004 |

**DEFENDANTS' CONSENTED TO MOTION FOR
EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

The defendants respectfully request an extension of time of twenty-one (21) days up to and including **November 19, 2004** to file their Motion for Summary Judgment in this matter. In support of this Motion the defendants state as follows:

1. Plaintiff's Second Amended Complaint, dated February 20, 2004, contains nineteen (19) counts alleging various violations of 42 U.S.C. §§ 2000e et seq., the Civil Rights Act of 1866, as amended 42 U.S.C. § 1981, the Connecticut Fair Employment Practices Act ("CFEPA"), §§ 46a-60 et seq. and several claims under state common law. Plaintiff's discrimination claims are based in part upon the denial of more than ten internal transfer applications she made to various Hartford Hospital departments.

2.     On or about September 21, 2004, after resolving several outstanding discovery issues, the parties jointly moved to modify the scheduling order in this matter. Based on the current scheduling order, dispositive motions are due on or before October 29, 2004.

3.     Defendants have been actively preparing their motion for summary judgment for several weeks. However, counsel has been required to obtain affidavits from approximately ten or more different hiring managers with respect to plaintiff's transfer applications. Due to the number of affidavits along with the varying shifts and vacation schedules of the managers, this process had taken longer than anticipated.

4.     Defendants believe that they have meritorious legal arguments and will seek summary judgment on plaintiff's Amended Complaint in its entirety.

5.     The undersigned has consulted with plaintiff's counsel and she has consented to this motion.

WHEREFORE, the defendants respectfully request that their Motion for an Extension of Time to file their Dispositive Motion be granted.

DEFENDANTS,
HARTFORD HOSPITAL, GLADYS
CIASCHINI, SUSAN O'CONNELL, AND
SANDRA NILES

By _____
   Brenda A. Eckert (ct00021)
   Beckert@goodwin.com
   Gregg Goumas (ct19095)
   Ggoumas@goodwin.com
   For Shipman & Goodwin LLP
   One American Row
   Hartford, CT  06103-2819
   (860) 251-5000

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed, postage prepaid, first-class mail on this 21st day of October, 2004 to the following:

Attorney Rachel M. Baird
Law Office of Rachel M. Baird
Stonegate Professional Building
379 Prospect Street
Torrington, CT  06790

With Chambers Copy to:

The Honorable Ellen Bree Burns
Chambers
United States District Court
141 Church Street
New Haven, CT 06510

_____
Gregg P. Goumas

384631 v.01 S1