UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SARAIYA SOLOMON | : CIVIL ACTION NO. |
| | : 3:02-cv-1116 (EBB) |
| Plaintiff, | : |
| v. | : |
| | : |
| HARTFORD HOSPITAL, et al. | : |
| | : |
| Defendants. | : November 19, 2004 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, Hartford Hospital, Susan O'Connell, Gladys Ciaschini and Sandra Niles, through their attorneys, hereby move this Court, pursuant to Fed. R. Civ. P. 56 and Local Rule 56, for the entry of summary judgment in their favor dismissing the Second Amended Complaint, dated February 20, 2004, of plaintiff Saraiya Solomon with prejudice on the grounds that there are no issues of material fact and that the defendants are entitled to judgment on plaintiff's Second Amended Complaint as a matter of law.

In support of this motion, the defendants rely on the following, all of which are filed herewith:

1. Memorandum of Law in Support of Motion for Summary Judgment;

2. Local Rule 56(a)1 Statement of Material Facts in Support of Summary Judgment;

3. Appendix A in Support of Motion for Summary Judgment; and

4. Appendix B in Support of Motion for Summary Judgment.

WHEREFORE, the defendants respectfully request that their Motion be granted.

          DEFENDANTS,
          HARTFORD HOSPITAL, GLADYS
          CIASCHINI, SUSAN O'CONNELL, AND
          SANDRA NILES

By _____
    Brenda A. Eckert (ct00021)
    beckert@goodwin.com
    Gregg Goumas (ct19095)
    ggoumas@goodwin.com
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT  06103-1919
    Telephone: (860) 251-5000
    Facsimile: (860) 251-5214

## CERTIFICATION OF SERVICE

I hereby certify that the foregoing Motion for Summary Judgment, along with Appendices A and B in Support of Defendants' Motion for Summary Judgment, were all mailed, via U.S. mail, postage prepaid, on this 19th day of November, 2004, to:

Attorney Rachel M. Baird
Law Office of Rachel M. Baird
379 Prospect Street
Torrington CT  06790-5239

_____
Gregg P. Goumas

386635 v.01 S1

3