UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SARAIYA SOLOMON : | CIVIL ACTION NO. |
| : | 3:02-cv-1116 (EBB) |
| Plaintiff, : | |
| v. : | |
| HARTFORD HOSPITAL, et al. : | |
| Defendants. : | November 19, 2004 |

DEFENDANTS' MOTION FOR PERMISSION
TO FILE BRIEF IN EXCESS OF FORTY PAGES

Defendants, Hartford Hospital, Susan O'Connell, Gladys Ciaschini and Sandra Niles, through their attorneys, hereby move this Court for permission to file a Memorandum of Law in Support of their Motion for Summary Judgment in excess of forty (40) pages in length. In support of this Motion, the defendants respectfully state as follows:

1. Plaintiff Saraiya Solomon's Second Amended Complaint, dated February 20, 2004, contains nineteen (19) counts alleging multiple violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e et seq., the Civil Rights Act of 1866,

as amended, 42 U.S.C. § 1981, and the Connecticut Fair Employment Practices Act, §§ 46a-51 et seq. Plaintiff also alleges state common law claims of breach of implied contract, breach of the implied covenant of good-faith and fair dealing, intentional and negligent infliction of emotional distress, and tortious interference.

2. Given the number of legal claims asserted by the plaintiff and the number of adverse employment actions alleged, it was not possible for the defendants to keep their Memorandum within the forty-page limitation imposed by the Local Rules. Defendants' Memorandum is sixty-nine (69) pages in length.

3. The undersigned has consulted with plaintiff's counsel and plaintiff does not object to this Motion.

WHEREFORE, the defendants respectfully request that their Motion be granted.

DEFENDANTS,
HARTFORD HOSPITAL, GLADYS
CIASCHINI, SUSAN O'CONNELL, AND
SANDRA NILES

By _____
Brenda A. Eckert (ct00021)
Beckert@goodwin.com
Gregg Goumas (ct19095)
Ggoumas@goodwin.com
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5214

## CERTIFICATION OF SERVICE

I hereby certify that the foregoing Motion for Permission to File Brief in Excess of Forty Pages was mailed, via U.S. mail, postage prepaid, on this 19th day of November, 2004, to:

Attorney Rachel M. Baird
Law Office of Rachel M. Baird
379 Prospect Street
Torrington CT  06790-5239

*[signature]*
Gregg P. Goumas

386647 v.01 S1

4