## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SARAIYA SOLOMON, | : CIVIL ACTION NO. |
| | : 3:02-cv-1116 (EBB) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| HARTFORD HOSPITAL, et al. | : |
| | : |
| Defendants. | : November 19, 2004 |

### DEFENDANTS' NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE that Defendants Hartford Hospital, Susan O'Connell, Gladys Ciaschini and Sandra Niles have manually filed the following documents:

- **Appendix A in Support of Motion for Summary Judgment; and**
- **Appendix B in Support of Motion for Summary Judgment.**

These documents have not been filed electronically because

[ X ] the electronic file size of the document exceeds 1.5 megabytes

The documents have been manually served on all parties.

1

DEFENDANTS,
HARTFORD HOSPITAL, GLADYS
CIASCHINI, SUSAN O'CONNELL, AND
SANDRA NILES

By _____
Brenda A. Eckert (ct00021)
beckert@goodwin.com
Gregg Goumas (ct19095)
ggoumas@goodwin.com
For Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Tel.: (860) 251-5000
Fax: (860) 251-5214

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Notice of Manual Filing was mailed, via U.S. mail, postage prepaid, on this 19th day of November, 2004, to:

Rachel M. Baird, Esq.
Law Office of Rachel M. Baird
379 Prospect Street
Torrington CT  06790-5239

_____
Gregg P. Goumas

387142 v.01 S1