# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON, | : | |
| | : | |
| Plaintiff, | : | CASE NO. 3:02-cv-1116(EBB) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, et al., | : | |
| | : | |
| Defendants. | : | DECEMBER 13, 2004 |

## PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME

Plaintiff Saraiya Solomon, by and through her undersigned counsel, and pursuant to Local Rule 7(b) of this District, moves to extend the time thirty (30) days, and to January 12, 2005, to respond to Defendants' Motion for Summary Judgment.

In support of this Motion, Plaintiff represents:

1. Defendants filed a Motion for Summary Judgment on November 22, 2004.

2. The initial due date for Plaintiff to respond to Defendants' motion is December 13, 2004.

3. The undersigned represents that counsel for Defendants consent to the instant extension request.

SARAIYA SOLOMON

BY: _____
Rachel M. Baird
Law Office of Rachel M. Baird
379 Prospect Street
Torrington CT 06790-5239
Tel: (860) 626-9991
Fax: (860) 626-9992

*Attorney for Plaintiff*

2

**CERTIFICATION**

      I HEREBY CERTIFY THAT the foregoing Plaintiff's First Request for Extension of Time was mailed, postage-paid, first-class, on December 13, 2004, to the following counsel of record:

Gregg Peter Goumas
Shipman & Goodwin LLP
1 Constitution Plz
Hartford CT 06103-1919

_____
Rachel M. Baird