# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON, | : | |
| | : | |
| Plaintiff, | : | CASE NO. 3:02-cv-1116(EBB) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, et al., | : | |
| | : | |
| Defendants. | : | JANUARY 10, 2005 |

## PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME

Plaintiff Saraiya Solomon, by and through her undersigned counsel, and pursuant to Local Rule 7(b) of this District, moves for an extension of time of forty-five (45) days from January 12, 2005, until February 26, 2005, to file a memorandum in opposition to Defendants' motion for summary judgment. Plaintiff offers in support:

1. Defendants filed a motion for summary judgment and a memorandum in support on November 22, 2004, comprised of approximately seventy (70) pages.[1] (doc. #68)

2. Plaintiff filed, and the Court granted, an initial motion for extension of time to extend the time to file a memorandum in opposition from December 13, 2004, to January 12, 2005.

3. The instant request is Plaintiff's second request for an extension of time.

4. Plaintiff is scheduled for trial in the matter of <u>Shorter v. Hartford Financial Services Group, Inc.</u>, Case No. 3:03-cv-149(WIG) on January 19, 2005, and January 24, 2005, through January 31, 2005.

5. In addition, due to the press of business during that time while the undersigned is on trial, an additional forty-five (45) days is requested to ensure that there will be an opportunity to respond to Defendants' substantial summary judgment motion.

---

[1] Defendants moved for and were granted leave to file a brief in excess of forty (40) pages. (doc. #69)

6. The undersigned represents that Defendants' counsel has been contacted regarding the instant request and has no objection.

WHEREFORE, Plaintiff respectfully moves this Court to extend the time for Plaintiff to respond to Defendants' summary judgment motion until February 26, 2005.

                    PLAINTIFF
                    SARAIYA SOLOMON

BY: _____
      Rachel M. Baird
      (Fed. Bar No. 12131)
      Law Office of Rachel M. Baird
      379 Prospect Street
      Torrington CT 06790-5239
      Tel: (860) 626-9991
      Fax: (860) 626-9992

## CERTIFICATION

I HEREBY CERTIFY THAT the foregoing <u>Plaintiff's Motion for Extension of Time</u> was mailed, first-class, postage-paid, on January 10, 2005, to:

Gregg P. Goumas
Shipman & Goodwin LLP
1 Constitution Plz
Hartford CT 06103-1919

_____
Rachel M. Baird