UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON, | : | |
| | : | |
|     Plaintiff, | : | CASE NO.: 3:02-cv-1116(EBB) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, | : | |
| GLADYS M. CIASCHINI, | : | |
| SUSAN A. O'CONNELL, and | : | |
| SANDRA NILES, | : | |
| | : | |
|     Defendants. | : | FEBRUARY 28, 2005 |

### PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME

Plaintiff Saraiya Solomon, by and through her undersigned counsel and pursuant to Local Civil Rule 7(b), hereby requests a third extension of time to respond to Defendants' seventy (70) page motion for summary judgment. Presently, Plaintiff's response is due February 28, 2005. Plaintiff requests an additional fifteen (15) days, or until March 15, 2005, to respond to Defendants' motion for summary judgment.

    1.    Defendants filed an initial motion for an extension of time, dated February 18, 2004, to file their Motion for Summary Judgment, pending the resolution of discovery issues and a Rule 16 conference to discuss discovery issues and amending the complaint. At that time, the Motion for Summary Judgment deadline was February 22, 2004. The Court endorsed Defendants' request for an extension and ordered that any dispositive motion be filed thirty (30) days subsequent to the Rule 16 conference     (doc. ##43, 48)

    2.    Rule 16 telephonic conferences were held before The Honorable William I. Garfinkel on March 24, 2004, and May 3, 2004.  (doc. ##50, 54)

3.On March 30, 2004, Plaintiff filed a Second Amended Complaint (doc. #49)and Defendants filed an Answer and Affirmative Defenses on May 12, 2004 (doc. #56)

4.The parties filed a joint motion on September 14, 2004, to modify the scheduling order which provided additional time for Defendants to provide discovery as discussed during the Rule 16 conferences and rescheduled the deadline for Defendants to file dispositive motions as October 29, 2004.  (doc. ##59, 60)

5.Defendants thereafter on October 22, 2004, moved for an extension of time until November 19, 2004, to file a summary judgment motion.  (doc. #66)

As good cause for Plaintiff's Third Motion for Extension of Time to respond to Defendants' motion for summary judgment, Plaintiff offers:

1. Defendants, subsequent to filing their Answer and Affirmative Defenses on May 12, 2004, to Plaintiff's Second Amended Complaint, had in excess of six (6) months to prepare their Motion for Summary Judgment which was filed on November 22, 2004.  (doc. #68)

2.Defendants filed a motion seeking leave to file a memorandum exceeding forty (40) pages, which was granted without objection.  (doc. #69)

3. The undersigned represents that Plaintiff has substantially completed the affidavits in support of Plaintiff's opposition to the summary judgment motion and has worked in excess of forty (60) hours toward completing the memorandum of law and other required filings.

4.In February of 2005, it was necessary for undersigned counsel to prepare an application for attorney's fees and costs and motion for equitable relief following the January of 2005 trial in the matter of <u>Shorter v. Hartford Financial Services, Inc.</u>, Case No. 3:03-cv-149(WIG) (D. Conn)  The application for attorney's fees, including its exhibits, exceeded one-hundred (100) pages.

5.  In order to respond to the Defendants' comprehensive and extensive motion for summary judgment, Plaintiff respectfully claims that there is good cause for Plaintiff to have from November 22, 2004, through March 15, 2005, to respond, which is still appreciably less time than the six (6) months Defendants had to prepare the motion.

6.  Plaintiff represents that counsel for the Defendants were contacted and this motion is not opposed.

                                        PLAINTIFF
                                        SARAIYA SOLOMON

BY: _____
      Rachel M. Baird (Fed. Bar No. ct12131)
      Law Office of Rachel M. Baird
      379 Prospect Street
      Torrington CT 06790-5239
      Tel: (860) 626-9991
      Fax: (860) 626-9992
      E-mail: bairdlawoffice@aol.com

**CERTIFICATION**

I HEREBY CERTIFY THAT the foregoing Plaintiff's Third Motion for Extension of Time was mailed, first-class, postage paid, on February 28, 2005, to counsel for the Defendants at the following address:

Brenda Eckert
Gregg P. Goumas
Shipman & Goodwin LLP
One Constitution Plz
Hartford CT 06103-1919

*Counsel for Hartford Hospital, et al*

_____
Rachel M. Baird

4