UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON, | : | |
| | : | |
| Plaintiff, | : | CASE NO.: 3:02-cv-1116(EBB) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, | : | |
| GLADYS M. CIASCHINI, | : | |
| SUSAN A. O'CONNELL, and | : | |
| SANDRA NILES, | : | |
| | : | |
| Defendants. | : | MARCH 15, 2005 |

### PLAINTIFF'S FOURTH MOTION FOR EXTENSION OF TIME

Plaintiff Saraiya Solomon, by and through her undersigned counsel and pursuant to Local Civil Rule 7(b), hereby requests a fourth extension of time to respond to Defendants' seventy (70) page motion for summary judgment. Presently, Plaintiff's response is due March 15, 2005. Plaintiff requests an additional six (6) days, or until March 21 2005, to respond to Defendants' motion for summary judgment.

1. Defendants filed an initial motion for an extension of time, dated February 18, 2004, to file their Motion for Summary Judgment, pending the resolution of discovery issues and a Rule 16 conference to discuss discovery issues and amending the complaint. At that time, the Motion for Summary Judgment deadline was February 22, 2004. The Court endorsed Defendants' request for an extension and ordered that any dispositive motion be filed thirty (30) days subsequent to the Rule 16 conference    (doc. ##43, 48)

2. Rule 16 telephonic conferences were held before The Honorable William I. Garfinkel on March 24, 2004, and May 3, 2004. (doc. ##50, 54)

3.      On March 30, 2004, Plaintiff filed a Second Amended Complaint (doc. #49)and Defendants filed an Answer and Affirmative Defenses on May 12, 2004 (doc. #56)

4.      The parties filed a joint motion on September 14, 2004, to modify the scheduling order which provided additional time for Defendants to provide discovery as discussed during the Rule 16 conferences and rescheduled the deadline for Defendants to file dispositive motions as October 29, 2004. (doc. ##59, 60)

5.      Defendants thereafter on October 22, 2004, moved for an extension of time until November 19, 2004, to file a summary judgment motion. (doc. #66)

As good cause for Plaintiff's Fourth Motion for Extension of Time to respond to Defendants' motion for summary judgment, Plaintiff offers:

1.      Defendants, subsequent to filing their Answer and Affirmative Defenses on May 12, 2004, to Plaintiff's Second Amended Complaint, had in excess of six (6) months to prepare their Motion for Summary Judgment which was filed on November 22, 2004. (doc. #68)

2.      Defendants filed a motion seeking leave to file a memorandum exceeding forty (40) pages, which was granted without objection. (doc. #69)

3.      The undersigned represents that Plaintiff has substantially completed the memorandum in opposition to the summary judgment motion, the affidavits in support of Plaintiff's opposition to the summary judgment motion, and has allotted time to respond to Defendants' Rule 56(a)(1) statement comprised of 206 statements and to prepare Plaintiff's Rule 56(a)(3) statement prior to March 21, 2005.

4.      In order to respond to the Defendants' comprehensive and extensive motion for summary judgment, Plaintiff respectfully claims that there is good cause for Plaintiff to have

from November 22, 2004, through March 21, 2005, to respond, which is still less time than the six (6) months Defendants had to prepare the motion.

5. Plaintiff represents that counsel for the Defendants were contacted and this motion is not opposed.

        PLAINTIFF
        SARAIYA SOLOMON

BY: _____
      Rachel M. Baird (Fed. Bar No. ct12131)
      Law Office of Rachel M. Baird
      379 Prospect Street
      Torrington CT 06790-5239
      Tel: (860) 626-9991
      Fax: (860) 626-9992
      E-mail: bairdlawoffice@aol.com

3

4

**<u>CERTIFICATION</u>**

I HEREBY CERTIFY THAT the foregoing <u>Plaintiff's Fourth Motion for Extension of Time</u> was mailed, first-class, postage paid, on March 15, 2005, to counsel for the Defendants at the following address:

Brenda Eckert
Gregg P. Goumas
Shipman & Goodwin LLP
One Constitution Plz
Hartford CT 06103-1919

*Counsel for Hartford Hospital, et al*

_____
Rachel M. Baird

4