UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON, | : | |
| | : | |
| Plaintiff, | : | CASE NO.:  3:02-cv-1116(EBB) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, | : | |
| GLADYS M. CIASCHINI, | : | |
| SUSAN A. O'CONNELL, and | : | |
| SANDRA NILES, | : | |
| | : | |
| Defendants. | : | MARCH 28, 2005 |

**PLAINTIFF'S SIXTH MOTION FOR EXTENSION OF TIME**

Plaintiff Saraiya Solomon, by and through her undersigned counsel and pursuant to Local Civil Rule 7(b), hereby requests a sixth extension of time to respond to Defendants' seventy (70) page motion for summary judgment.  Presently, Plaintiff's response is due March 28, 2005.  Plaintiff requests an additional eight (8) days, or until April 5, 2005, to respond to Defendants' motion for summary judgment.  A motion to file a brief in excess of forty (40) pages is filed this same date.

**STATUS**

1.       Presently, Plaintiff has completed her twenty-eight (28) page declaration in support of her opposition to Defendants' summary judgment motion.  Sixty-eight (68) exhibits to her Local Rule 56(a)2 Statement have been marked.  The memorandum in opposition is forty-seven (47) pages toward completion.  Plaintiff has responded to Defendants' Local Rule 56(a)1 Statement comprised of 206 separate paragraphs now set forth in a seventy-two (72) page document including Plaintiff's responses.  Undersigned counsel requires an additional eight (8)

days to complete the disputed issues of fact section of Plaintiff's Local Rule 56(a)2 Statement and to finalize all documents with internal references to exhibits.

**RELEVANT BACKGROUND**

2.      Defendants filed an initial motion for extension of time, dated February 18, 2004, to file their Motion for Summary Judgment, pending the resolution of discovery issues and a Rule 16 conference to discuss discovery issues and amending the complaint.  At that time, the Motion for Summary Judgment deadline was February 22, 2004.  The Court endorsed Defendants' request for an extension and ordered that any dispositive motion be filed thirty (30) days subsequent to the Rule 16 conference    (doc. ##43, 48)

3.      Rule 16 telephonic conferences were held before The Honorable William I. Garfinkel on March 24, 2004, and May 3, 2004.  (doc. ##50, 54)

4.      On March 30, 2004, Plaintiff filed a Second Amended Complaint (doc. #49)and Defendants filed an Answer and Affirmative Defenses on May 12, 2004 (doc. #56)

5.      The parties filed a joint motion on September 14, 2004, to modify the scheduling order which provided additional time for Defendants to provide discovery as discussed during the Rule 16 conferences and rescheduled the deadline for Defendants to file dispositive motions as October 29, 2004.  (doc. ##59, 60)

6.      Defendants thereafter on October 22, 2004, moved for an extension of time until November 19, 2004, to file a summary judgment motion.  (doc. #66)

As good cause for Plaintiff's Fourth Motion for Extension of Time to respond to Defendants' motion for summary judgment, Plaintiff offers:

1. Defendants, subsequent to filing their Answer and Affirmative Defenses on May 12, 2004, to Plaintiff's Second Amended Complaint, had in excess of six (6) months to prepare their Motion for Summary Judgment which was filed on November 22, 2004. (doc. #68)

2. Defendants filed a motion seeking leave to file a memorandum exceeding forty (40) pages, which was granted without objection. (doc. #69)

3. See ¶1, above.

4. In order to respond to the Defendants' comprehensive and extensive motion for summary judgment, Plaintiff respectfully claims that there is good cause for Plaintiff to have from November 22, 2004, through April 5, 2005, to respond, which is still less time than the six (6) months Defendants had to prepare the motion.

5. Plaintiff represents that counsel for the Defendants were contacted and this motion is not opposed and Plaintiff understands as well that, if the instant motion is granted, Defendants will require an extension to reply.

                                        PLAINTIFF
                                        SARAIYA SOLOMON


                            BY:    _____
                                   Rachel M. Baird (Fed. Bar No. ct12131)
                                   Law Office of Rachel M. Baird
                                   379 Prospect Street
                                   Torrington CT 06790-5239
                                   Tel: (860) 626-9991
                                   Fax: (860) 626-9992
                                   E-mail: bairdlawoffice@aol.com

**CERTIFICATION**

I HEREBY CERTIFY THAT the foregoing Plaintiff's Fourth Motion for Extension of Time was mailed, first-class, postage paid, on March 28, 2005, to counsel for the Defendants at the following address:

Brenda Eckert
Gregg P. Goumas
Shipman & Goodwin LLP
One Constitution Plz
Hartford CT 06103-1919

*Counsel for Hartford Hospital, et al*

 

_____
Rachel M. Baird