## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON, | : | |
| | : | |
| Plaintiff, | : | CASE NO.:  3:02-cv-1116(EBB) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, | : | |
| GLADYS M. CIASCHINI, | : | |
| SUSAN A. O'CONNELL, and | : | |
| SANDRA NILES, | : | |
| | : | |
| Defendants. | : | MARCH 28, 2005 |

## PLAINTIFF'S MOTION FOR PERMISSION
## TO FILE MEMORANDUM IN EXCESS OF FORTY PAGES

Plaintiff Saraiya Solomon, by and through her undersigned counsel and pursuant to Local Civil Rule 7(a)(2), hereby requests permission of the Court to file a Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment in excess of forty (40) pages. Presently, Plaintiff has requested an extension of time to file such document, which is substantially complete at forty-seven (47) pages in length, until April 5, 2005.  Defendants filed a seventy (70) page memorandum in support of their motion for summary judgment and Plaintiff requires in addition to forty (40) pages to set forth the numerous fact-based arguments in opposition to Defendants' motion.

The undersigned has consulted with Defendants' counsel who have no objection to the permission sought by the instant motion.

2

          PLAINTIFF
          SARAIYA SOLOMON


    BY: _____
       Rachel M. Baird (Fed. Bar No. ct12131)
       Law Office of Rachel M. Baird
       379 Prospect Street
       Torrington CT 06790-5239
       Tel: (860) 626-9991
       Fax: (860) 626-9992
       E-mail:  bairdlawoffice@aol.com


## CERTIFICATION

 I HEREBY CERTIFY THAT the foregoing <u>Plaintiff's Motion for Permission to File Memorandum in Excess of Forty Pages</u> was mailed, first-class, postage paid, on March 28, 2005, to counsel for the Defendants at the following address:

Brenda Eckert
Gregg P. Goumas
Shipman & Goodwin LLP
One Constitution Plz
Hartford CT 06103-1919

*Counsel for Hartford Hospital, et al*


          _____
          Rachel M. Baird

2