UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SARAIYA SOLOMON, : | |
| Plaintiff, : | CASE NO.: 3:02-CV-1116(EBB) |
| v. : | |
| HARTFORD HOSPITAL, : GLADYS M. CIASCHINI, SUSAN A. O'CONNELL, and SANDRA NILES, : | |
| Defendants. : | FEBRUARY 19, 2005 |

### DECLARATION OF AZIZA I. SOLOMON

1. I am over the age of eighteen and understand the obligations of an oath.

2. The Plaintiff, Saraiya Solomon, in the above captioned matter is my mother.

3. I am aware that Plaintiff was employed at Hartford Hospital from August 9, 1997, through March 30, 2001.

4. During that time, on or about the last week of December of 2000, I witnessed Hartford Hospital employee Alex Moreau ("Mr. Moreau") tell Plaintiff that another Hartford Hospital employee, Virginia Hernandez-Green, had told Mr. Moreau that Susan A. O'Connell had provided unfavorable references regarding Plaintiff's attempt to transfer to other positions at Hartford Hospital.

5. On or about February 8, 2001, while again visiting Plaintiff at Hartford Hospital, I then observed Mr. Moreau approach Plaintiff at her work station in the Conklin Building entrance in a belligerent manner. Mr. Moreau began to argue with Plaintiff thereafter however Plaintiff informed him that they had no work related business to discuss.

6. Mr. Moreau, after Plaintiff informed him that they had no work related business to discuss, appeared to be angry but left Plaintiff's work station.

7. At no time did the encounter between Plaintiff and Mr. Moreau include profanities or unprofessional behavior on Plaintiff's part.

8. In addition, on or about the final week of December of 2000, I returned a book by first class mail to Ann Carpenzano ("Ms. Carpenzano") that Ms. Carpenzano had loaned to Plaintiff.

9. During Plaintiff's final days of employment at Hartford Hospital and thereafter, I observed the pain and anguish and emotional distress that Plaintiff experienced as a result of her unsuccessful efforts to transfer to another position in at Hartford Hospital and remain employed.

10. Subsequent to Plaintiff's final day of work at Hartford Hospital on March 30, 2001, I observed Plaintiff's exhaustive and prolonged attempts to find employment.

11. Subsequent to Plaintiff's final day of work at Hartford Hospital on March 30, 2001, I observed Plaintiff engage in training and course work in an effort to secure employment.

12. Plaintiff continues to work at temporary employment and make contacts in an effort to find permanent employment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Hartford, Connecticut, this 19 day of February, 2005.

Aziza I. Solomon