UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SARAIYA SOLOMON, | : |
| Plaintiff, | : CASE NO.: 3:02-cv-1116(EBB) |
| v. | : |
| HARTFORD HOSPITAL, GLADYS M. CIASCHINI, SUSAN A. O'CONNELL, and SANDRA NILES, | : |
| Defendants. | : APRIL 5, 2005 |

### DECLARATION OF RACHEL M. BAIRD

1. I am over the age of eighteen and believe in the obligation of an oath.

2. I represent Saraiya Solomon and appear on her behalf in the above-captioned matter. This Affidavit is submitted in support of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and is attached as Tab C to Plaintiff's Local Rule 56(a)2 Statement.

3. I affirm that Exhibits 1-4, 10, 15-20, 23-26, 28, 31-32, 34-39, 41-44, 46-48, 50-54, 56-69 to Plaintiff's Local Rule 56(a)2 Statement are true and accurate copies of business records that I received in response to production requests directed to Defendant Hartford Hospital in the above-captioned matter.

4. I affirm that Exhibits 29, 45, and 55 to Plaintiff's Local Rule 56(a)2 Statement are true and accurate copies of Defendants' responses to Requests for Admission directed to Defendants in the above-captioned matter.

5. I affirm that Exhibit 33 to Plaintiff's Local Rule 56(a)2 Statement is a true and accurate copy of Defendants' responses to Requests for Production directed to Defendants in the above-captioned matter.

6. I affirm that Exhibit 49 to Plaintiff's Local Rule 56(a)2 Statement is a true and accurate copy of Defendant Susan A. O'Connell's responses to Interrogatories served upon her in the above-captioned matter.

7. I affirm that Exhibit 40 to Plaintiff's Local Rule 56(a)2 Statement is a true and accurate copy of Defendant Hartford Hospital's answer to paragraph (f) of Plaintiff's compliant before the Commission on Human Rights and Opportunities in the case referenced at ¶¶6, 7 of the Second Amended Complaint.

*I declare under penalty of perjury that the foregoing is true and correct. Executed at Torrington, Connecticut, this 5th day of April, 2005.*

_____
Rachel M. Baird