**CONFIDENTIAL**

### Activity Windows
File  Edit  Options  Settings  Window  Help

**Employee Status - 46355**

Employee: 46355    Name: Solomon, Saraiya

Employment Status: Terminated    Classification: Voluntarily

Reason: Staff Reduction

**Date Of**
- Hire: 08/09/1997
- Original Hire: 08/09/1997
- Adjusted Service:
- Enterprise Hire: 08/09/1997
- First Day Worked:

**Termination**
- Date: 04/14/2001
- Consider for Rehire: No

Length of Service: 3 Years 8 Months 5 Days

SmartStream User ID:
E-mail ID:
Prior Employee ID: 0010043489195

**Permissions**
- ☐ Allow Skills Inventory Update
- ☐ Allow Training Requests Entry
- ☐ Allow Payroll Self Maintenance

Comments:

Printing...
Start | Novell GroupWise - Mailbox | SmartStream | Activity Windows

EXHIBIT 1
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

HHJUL 158