EXHIBIT 2
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

**HARTFORD HOSPITAL**
EMPLOYEE RECORD/CHANGE NOTICE
(CONFIDENTIAL)

CONFIDENTIAL

## Section 1 Personal Information

| Employee No. | Position Code | Social Security No. | Hire Date |
|---|---|---|---|
| 46355 | 101-01 | 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 | 9/9/97 |

Employee Name (Last, First, MI): Solomon, Saraiya
Date of Birth: 1/20/54
Sex: F
Marital: S
Street Address: 123 Baltimore St.
City: Htfd
State: CT
Zip Code: 06112
Home Phone: (860) 246-9380

## Section 2 Salary History

## Section 3 Education / Skills

## Section 4 Status Changes (Transfer/Promotion/Hours)

Present Status:
Dept-CC: 10180
Cur. Salary: $8.86
Min. Salary: —
Max. Salary: $13
Hrs/Wk: —
Emp.Cl: —
WC Code: —

To Status:
Dept-CC: 010 203 100301
Position Title: Administrator I
New Salary: $9.88
Hrs/Wk: 40
Emp.Cl: FT
Effective Date: 3/22/99

## Section 5 L.O.A. Information

## Section 6 Advanced Vacation Holiday/Vacation Cash-in Requests and Information

Advanced Vacation Request:
HOURS: 40
(Sunday to Saturday) From Date: 4-31-00 To Date: 5-6-00
Requested Pay Date: 4-27-00
Predetermined Hours Requested for year: 4-20-00
YTD Hours Cashed-in: —

Signatures: Nini Marcc 3/12/99   SusanODonnell Susan O'Donnell 3-15-99

HHJUL 89