*tel + message*

# APPLICATION FOR PROMOTION / TRANSFER

ONLY THOSE APPLICATIONS WITH A REFERENCE NUMBER WILL BE ACCEPTED

DATE: 2/22/99

REFERENCE NO: AO100020014    ASSIGNED TO: JUDY BRADY
(PLEASE PRINT CLEARLY)

**CONFIDENTIAL**

POSITION TITLE: ADMINISTRATIVE ASSOCIATE I
(APPLYING FOR)

EMPLOYEE NAME: SARAIYA SOLOMON    EMPLOYEE NO: 46355

PRESENT DEPT: VOLUNTEER SERVICES    PRESENT POSITION NO:

PRESENT POSITION TITLE: ADMINISTRATIVE ASSOCIATE I

BEST TIME TO CONTACT FOR INTERVIEW: AFTERNOON    PHONE #: 860-246-3665

EDUCATION: A.S. MARKETING
EXPERIENCE: 1½ YEARS AT Hartford Hospital in present position
WHAT DO YOU HAVE TO OFFER THIS POSITION? MATURITY, AND SENSITIVITY AS WELL AS discretion in dealing with the public, Administrative background, computer literate
RESUME ATTACHED? ☒ NO ☐ YES
HAVE YOU BEEN EMPLOYED LESS THAN 6 MONTHS? ☒ NO ☐ YES, MANAGER SIGNATURE:
I GRANT PERMISSION FOR MY PERSONNEL FILE TO REVIEWED BY MY PROSPECTIVE MANAGER.
☐ NO ☒ YES
EMPLOYEE SIGNATURE: Saraiya Solomon

## HUMAN RESOURCES USE ONLY

REFERRED: ☒ YES ☐ NO
REASON: Hired 8/9/97 ...  rated "Effective"
HUMAN RESOURCE CONSULTANT: J Brady

## MANAGERS USE ONLY

APPLICANT INTERVIEWED: ☒ YES ☐ NO    COMMENTS:
POSITION OFFERED: ☒ YES ☐ NO    REASON: exceptional skills + interest
ACCEPTED: ☒ YES ☐ NO    COMMENTS:
EFFECTIVE DATE OF TRANSFER:    MANAGER SIGNATURE:

## HUMAN RESOURCE USE ONLY

DISPOSITION NUMBER:    DATABASE ENTRY:
HUMAN RESOURCES SIGNATURE:

EXHIBIT 3
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)

HHJUL 42