**HARTFORD HOSPITAL**

# Role Description

HARTFORD HEALTH CARE
CORPORATION

## IDENTIFYING INFORMATION

Role Title:  Administrative Associate I

Abbrieviation: ADMIN ASSOCIATE I

Prepared by:  Ken Geisler

Approved By:

Role Number:  100201

Level:  A

FLSA Status: Non-Exempt

Date Approved:

## POSITION SUMMARY

Provides basic secretarial and clerical support to the work area by performing tasks that are routine and directed. Follows instructions and procedures to perform tasks as assigned. Reports to assigned supervisor.

## KEY ACCOUNTABILITIES

Provide efficient, accurate, and timely support to contribute to the success of the area. Duties may include: typing and proofreading simple, routine correspondence and reports requiring basic formatting; keying basic, possibly extensive, data entry and producing standard reports using routine, but varied and multiple, spreadsheets and databases following a prescribed format and schedule, and using available data; completing standard records/forms/logs according to detailed procedures as required by the function of the work area; maintaining an appointment calendar; operating office machines to accomplish desired outcome, selecting the appropriate means required; keeping files in a complete, accurate, and timely fashion in accordance with the standards of the work area.

Contribute to the smooth flow of information within the area, and to and from customers and other areas in a courteous, professional and efficient manner by: answering phones, routing calls and taking messages; responding to routine questions or gathering information for others; and sorting and delivering mail.

Complete assigned portion of the work area's processes or projects to contribute to its effective operation. Generally responsible for a routine portion(s) of larger process(es) or project(s). May coordinate routine processes. Specific tasks are usually similar to the tasks included under those included in the Clerical, Administrative, and Communications accountabilities.

When applicable, demonstrates competencies, including knowledge and behaviors, to meet age-specific patient needs (e.g. Pediatrics, Adolescents, Adults, Geriatrics).

Works effectively as a team member with the department and with customers to provide quality service to hospital units through communication, cooperation and collaboration.

Assumes responsibility for self improvement by collaborating with the superior to identify growth opportunities and resources.

**CONFIDENTIAL**

EXHIBIT 4
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

Administrative Associate I Role Description, Page 2

───── DIMENSIONS ─────

───── QUALIFICATIONS: (EDUCATION, EXPERIENCE, ADDITIONAL SKILLS AND REQUIREMENTS) ─────

High school diploma or equivalent required.

Basic keyboard skills.

**CONFIDENTIAL**

EXHIBIT 4
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

HHJUL 209

30-Jul-96

ADDITIONAL SHEETS DESCRIBING WORK AREA SPECIFIC ACCOUNTABILITIES/QUALIFICATIONS MAY BE ATTACHED