1-19-00 – Meeting held with Sandra Niles in regards to the attached document. Verbal statement. I asked Sandra to please give an account of the situation that occurred this am. She stated that there was some history with Sarayaia Solomonn and herself and this morning a situation happened that she felt was threatened by Sarayai , and wanted to file a complaint. "There have been some issues in the past with her which I never documented and this time it has gone far enough." "I want something done and if needed I will go to John Meehan."

Sandra went on to indicate that she this morning at 6:30 Am she was having Breakfast in the cafeteria alone. She looked up and noticed that Sarayai walked in and came directly to her, and spoke with her (see attached). Sandra stated that Sarayai harassed her and she was threatening. She wants to ensure that a this does not happen again. She stated she was upset by the situation and was crying. She reported the situation to Andrew Salner the Medical Director, and Susan O'Oconnell. She stated she did not understand what provoked Sarayai, but wanted it addressed.

1-22-00 – e-mail sent to Sandra to contact me regarding the investigation.

1-23-00 – Called Sandra and gave her the findings of my investigation. Stated that Saraiya admitted to saying what she did and in no way intended it to be threatening to her. She may have interpreted as that. She denies harassing or threatening her.

Sandra stated that there was history here and that she felt the hospital should do something about it. I asked her what she thought should happen, and had no comment. She was informed that the findings were that since there were no witnesses present, it was her word against Saraiya's. She was informed that it was a case of breakdown in communication between two employees who do not like each other.

She was advised to just do her job and work with Saraiya as a professional. She stated she did not feel settled but would go on.

*Jeralyn Wascenei*

1/22/00

1/23/00

**EXHIBIT 5**
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)