CONFIDENTIAL

**FROM THE DESK OF**
**DR. MICHAEL L. YOEL**
TELEPHONE: (860) 249-7601

8/18/99

Saraiya Solomon is under chiropractic care and is being treated with adjustive procedures, interferential therapy + moist hotpacks for lumbar sprain/strain.

Carl Smith D.C.

---

**FROM THE DESK OF**
**DR. MICHAEL L. YOEL**
TELEPHONE: (860) 249-7601

8/11/99

Saraiya Solomon should avoid heavy lifting, pushing + bending activity for 2 weeks. She has a lumbar sprain/strain + should take frequent breaks to stretch her back muscles. Avoid prolonged sitting.

Carl Smith D.C.

EXHIBIT 6
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)