# HARTFORD HOSPITAL

## OCCUPATIONAL HEALTH SERVICE REFERRAL FORM



# CONFIDENTIAL

NAME **Saraiya Solomon**   DATE **8/26/99**   TIME LEFT DEPT. _____

SUPERVISOR **Susan O'Connal**   DEPT **Cancer Center**   EXT _____   TUBE ___

### OHS ADVICE TO MANAGER / SUPERVISOR

- ☐ May work without restrictions
- ☒ May work with the following restrictions until **Light duty for 2 wks**
  - Body part(s) restricted _____
  - ☐ No lifting greater than **20** lbs
  - ☐ No pushing/pulling greater than **20** lbs
  - ☐ No bending
  - ☐ No repetitive motion activities
  - ☐ Other **allow to do stretches on + off**

- ☐ Sent home until _____
- ☐ Follow up with OHS _____
- ☐ Other referral(s) _____

Workers' Comp injury/illness
- ☐ Yes
- ☒ No
- ☐ Pending

Employee sent to:
- ☐ Lab
- ☐ Pharmacy
- ☐ Radiology
- ☐ Emergency Department

Time Left OHS Department **9³⁰**   Signature of RN/APRN _Jade Ferris RN_

EXHIBIT 7
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

HH FORMS HH4042.doc Rev. 3-99