| | |
|--|--|
| From: | Susan O'CONNELL |
| To: | Gladys Ciaschini |
| Date: | 1/23/01 3:30PM |
| Subject: | Re: Saraiya Solomon |

I spoke with Sarayai and informed her that I have placed in her personel file a letter stating that she has met the terms outlined in the written warning I gave her in 1999. IO have given a copy of the letter to her and will bring to you within the hour the original signed paper.

>>> Gladys Ciaschini 01/23/01 10:05AM >>>
Susan, I received Saraiya's file and have no record of receiving your memo indicating that her permformance management issues from July 30, 1999 were resolved. Also, please contact Saraiya and advise her that the memo she received on July 30, 1999, was a written warning. She is under the impression that is was not. thanks

EXHIBIT 8
Solomon v. Hartford Hospital, et al.
Case No. 3:02-cv-1116(EBB)