**CONFIDENTIAL**

TO
Human Resource

FROM
Susan A. O'Connell   *Susan A O'Connell*

DATE
January 12, 2001

REGARDING
Performance Management Memos dated 7/30/99 + 8/6/99

The issues regarding coverage, timecards, vacation and illness have been resolved. Sarayais back injury had been an ongoing issue with Occupational Health and her physician. The Cancer Center decided not to utilize Sarayai for transfers and call for available volunteers instead. Sarayai informed us that her back injury was old but prevented her from lifting and pushing.

EXHIBIT 9
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)