EXHIBIT 10
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

CONFIDENTIAL

**EMPLOYEE RECORD / CHANGE NOTICE (CONFIDENTIAL)**

### Section 1 Personal Information

| L1 | L2 | Employee Number | Dept. Cost Center | Social Security No. | Hire Date | Pay Cd | Emp. Sts | Date Last Maint |
|---|---|---|---|---|---|---|---|---|
| | | 47785 | 01002 | | | | | |

| Employee Name (Last, First, MI) | Marital | Street Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Griffith, Kevin | | | | | |

| Date of Birth | Sex | Non Citizen | Permanent Resident | Home Phone | Person To Contact In An Emergency (Name) | Phone (Emergency) |
|---|---|---|---|---|---|---|

Auto Registration 1     Auto Registration 2

### Section 2 Salary History

| Date | Hrs/Wk | Salary/Hour | Position Code/Title | Date | Hrs/Wk | Salary/Hr | Position Code/Title |
|---|---|---|---|---|---|---|---|

(ENTERED SE)

### Section 3 Education / Skills

| Degree | Field of Study | Schools | Date | Skill/Certification | Date |
|---|---|---|---|---|---|

### Section 4 Status Changes (Transfer/Promotion/Hours)

Present Status:

| Dept-CC | Position Code | Split Cd | Position Title | Cur. Salary | Min. Salary | Max. Salary | Hrs/Wk | WC Code |
|---|---|---|---|---|---|---|---|---|

To Status:

| Dept-CC | Position Code | Split Cd | Position Title | New Salary | Hrs/Wk | Emp. Cd | Effective Date |
|---|---|---|---|---|---|---|---|

### Section 5 L.O.A. Information

| Code | L.O.A. Description | Last Day Worked | Last Day Paid | Start Date | End Date | Comments |
|---|---|---|---|---|---|---|
| | | | | | | PAY OUT |

### Section 6 Advanced Vacation    Holiday / Vacation Cash-In Requests and Information

Advanced Vacation Request    Vacation Cash-In Request

| HOURS | (Sunday to Saturday) | Predetermined Hours | YTD Hours | | |
|---|---|---|---|---|---|
| Vac. Holiday Weeks | From Date  To Date | Requested Pay Date | Requested for year | Hours Eligible | Cashed-In | Hours Requested | Requested Pay Date |

Present Supervisor: Susan O'Connell  10·19·00    Date:

New Supervisor:    Personnel: [signature]    Date: 10/23/00

HH**IL 868

**CONFIDENTIAL**

PERSONNEL     Maintenance Record     For detailed instructions see Supervisor's Manual

NOTICE OF TERMINATION / RESIGNATION – Must be coordinated with Personnel Department. Attach letter of resignation if applicable.

Date: __/__/__     Last Day Worked: 10/9/00     Termination Reason: abuse of no show with no notice

Resigned ___  Discharged ✓  Downsized ___
CHS Transfer ___  Retired ___  Deceased ___
Willing to Rehire  No     Notice Worked ___

**OVERALL EVALUATION** (Circle one for each category)

PERFORMANCE:      Excellent    Good    Fair    (Poor)
ATTENDANCE:       Excellent    Good    Fair    (Poor)
CONDUCT:          Excellent   (Good)   Fair     Poor
ATTITUDE:         Excellent    Good   (Fair)    Poor
INTERPERSONAL SKILLS: Excellent  Good  (Fair)   Poor

Comments: _____

THIS AREA FOR PERSONNEL/PAYROLL USE ONLY

Wages from Sunday of Week to date last worked:
Vacation hours _____ $_____
Holiday hours _____ $_____
Severance hours _____ $_____

Retirement Section
Vested _____
Years Credited Service _____
% Sick Time Reimbursement _____
Sick hours _____ $_____

Authorized By: _____
Comments: _____
PAYROLL SUPERVISOR: _____
DATE: _____

Supervisor: _____  Date: _____
Personnel: _____   Date: _____

L.O.A. REQUESTS
C – Workers Comp    L – Layoff / Downsize
E – Education       M – Maternity
P – Family Leave    P – Personal
I – Illness         S – Military Service

PAY CODE
1 = JEP Employees
3 = MEP Employees
6 = House Staff

EMPLOYMENT CODE
F – Full Time        M – Management
P – Part Time        T – Temporary
W – Modified Work Week  Y – Stand-by
D – Per Diem         Z – Vacation Relief
S – Student          R – Relief

HHJUL 889

EXHIBIT 10
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)