# Capital Community-Technical College

Greater Hartford Community College



Hartford State Technical College

To all who may read these letters, Greeting:
hereby it is certified that upon recommendation of the Faculty, the
State Board of Trustees for Community-Technical Colleges has conferred upon

## Saraiya Hadassah Solomon

the degree of

### Associate in Science
### Marketing

in recognition of the fulfillment of the requirements for this degree
In Witness Whereof our signatures are hereunto affixed.
Given at Hartford, Connecticut, this 26th day of May, 1994.



CAPITAL
Community-Technical
COLLEGE

*David L. Connor*
Chairman, Board of Trustees
for Community-Technical Colleges

*Conrad Mallett*
President
Capital Community-Technical College

EXHIBIT 11
Solomon v. Hartford Hospital, et al.
Case No. 3:02-cv-1116(EBB)



# Board of Registry

## American Society of Clinical Pathologists

By These Presents Make It Known That

### Saraiya M. Solomon

Having Successfully Fulfilled The Requirements Is Hereby Registered As A

### Phlebotomy Technician

For The Years Indicated Below

*Peggy Simpson*
Chair, Board of Registry





**EXHIBIT 11**
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)




# Board of Registry

## American Society of Clinical Pathologists

By These Presents Certifies That

### Suraiya H. Solomon

Having Successfully Fulfilled The Requirements Is Hereby Certified As A

### Phlebotomy Technician

Awarded September 30, 2000

*[signature]*
Chair, Board of Registry

Phlebotomy certification was established in 1983 by the Consortium of Indiana Medical Laboratory Educators





**EXHIBIT 11**
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)

:-94 Page 1 of 2

**ACADEMIC RECORD/TRANSCRIPT**
CCTC REV 10/93
Printed on recycled or recovered paper

State of Connecticut
Board of Governors for Higher Education
**CAPITAL COMMUNITY-TECHNICAL COLLEGE**
(Formerly Greater Hartford Community and Hartford State Technical College)
Woodland Campus       Flatbush Campus
61 Woodland Street    401 Flatbush Avenue
Hartford, CT 06105-2354   Hartford, CT 06106-3798



NAME AND ADDRESS OF STUDENT

SARAIYA SOLOMON
123 BALTIMORE ST
HARTFORD CT 06112

SOCIAL SECURITY (STUDENT) NO.
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
CURRENT PROGRAM

MARKETING MANAGEMENT

| COURSE NO. | COURSE TITLE | CONTINUING EDUCATION UNITS | CREDITS Registered | CREDITS Earned | GRADE | | GRADE POINT AVERAGE |
|---|---|---|---|---|---|---|---|
| | **FALL 1976** | | | | | | |
| CCT 101 | PRIN OF ACCT I | | 3.00 | 0.00 | W | | |
| JS 187 | COMPILER LANGUAGE | | 3.00 | 0.00 | F | | |
| P 101 | INTRO TO DATA PROC | | 3.00 | 0.00 | F | R | |
| IST 103 | U.S. HIST TO RECON | | 3.00 | 0.00 | F | R | |
| | **SPRING 1979** | | | | | | |
| IO 101 | GENERAL BIOLOGY | | 3.00 | 0.00 | F | R | |
| JS 110 | TYPING I | | 3.00 | 0.00 | W | | |
| NG 101 | ENGLISH COMP | | 3.00 | 0.00 | D | R | |
| EAD 120 | SHORTHAND I | | 3.00 | 0.00 | F | | |
| | **FRESH START OPTION** | | | | | | |
| | **SPRING 1986** | | | | | | |
| E 501 | PRIN OF REAL EST | 0.00 | | | B | | |
| | **SPRING 1990** | | | | | | |
| E 521 | LICENSE LAW/REGS | 0.00 | | | P | | |
| E 534 | RADON ISSUES | 0.00 | | | P | | |
| | **SPRING 1991** | | | | | | |
| NG 101 | ENGLISH COMP | | 3.00 | 0.00 | B | | |
| IST 103 | U.S. HIST TO RECON | | 3.00 | 3.00 | A | | |
| | **FALL 1991** | | | | | | |
| IO 100 | GEN BIOLOGY LAB | | 1.00 | 1.00 | C | | |
| IO 101 | GENERAL BIOLOGY | | 3.00 | 3.00 | B | | |
| NG 102 | INTRO TO LIT | | 3.00 | 3.00 | C+ | | |
| REN 101 | ELEM FRENCH I | | 3.00 | 3.00 | A | | |
| | **SPRING 1992** | | | | | | |
| LAW 101 | BUSINESS LAW I | | 3.00 | 3.00 | B+ | | |
| ATH 080 | BASIC ALGEBRA | | 0.00 | 0.00 | A | | |
| GMT 101 | PRIN OF MANAGEMENT | | 3.00 | 3.00 | A | | |
| OC 201 | INTRO TO SOCIOLOGY | | 3.00 | 3.00 | A | | |

LEGEND

**GRADING SYSTEM**
| Grade | Quality Points | Grade | Quality Points |
|---|---|---|---|
| A | 4.0 | C | 2.0 |
| A- | 3.7 | C- | 1.7 |
| B+ | 3.3 | D+ | 1.3 |
| B | 3.0 | D | 1.0 |
| B- | 2.7 | F | 0.0 |
| C+ | 2.3 | | |

Passing grade point averages range from 1.5 to 4.0. A who receives a grade of D or D+ in a course is discoura enrolling in other courses in that discipline. Further some disciplines or programs, a student receiving below C (2.0) in a course may be prohibited from en other courses in the given discipline or from remaining given program.

**OTHER NOTATIONS**
- I = Incomplete
- W = Withdrawal
- AW = Administrative Withdrawal
- CW = Administrative Withdrawal for unsatisfactory performance
- AU = Audit
- NQ = Not qualified for the next level: this notatio served for non-credit, remedial courses in Eng mathematics.
- EX = Exemption credit by portfolio exam or non-c learning
- P = Satisfactory completion of CEU course instructor's option
- NC = Unsatisfactory completion of CEU course, instructor's option
- U = Unresolved grade
- Pass = Satisfactory completion of credit by exam (C
- Fail = Unsatisfactory completion of credit by exam
- R following a grade signifies that the course has been r

**ACCREDITATION**
Capital Community-Technical College is accredited by England Association of Schools and Colleges, Inc., w credits schools and colleges in the six New England Accreditation by the Association indicates that the in has been carefully evaluated and found to meet st agreed upon by qualified educators.

**CORRECTIONS**
The student bears the responsibility for notifying the Registrar's Office immediately of any error printed her

OFFICIAL ONLY WITH EMBOSSED SEAL OF THE COLLEGE.

REGISTRAR'S SIGNATURE

DATE

DEGREE/CERTIFICATE    PROGRAM        REMARKS

DEANS'S LIST SPRING 1992
DEANS'S LIST SPRING 1993

**EXHIBIT 11**
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

7-Mar-94 Page 2 of 2

**ACADEMIC RECORD/TRANSCRIPT**
CCTC REV 10/93

Printed on recycled or recovered paper

State of Connecticut
Board of Governors for Higher Education
**CAPITAL COMMUNITY-TECHNICAL COLLEGE**
(Formerly Greater Hartford Community and Hartford State Technical College)

Woodland Campus
61 Woodland Street
Hartford, CT 06105-2354

Flatbush Campus
401 Flatbush Avenue
Hartford, CT 06106-3798



NAME AND ADDRESS OF STUDENT

SARAIYA SOLOMON
123 BALTIMORE ST
HARTFORD CT 06112

SOCIAL SECURITY (STUDENT) NO.

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

CURRENT PROGRAM

MARKETING MANAGEMENT

| COURSE NO. | COURSE TITLE | CONTINUING EDUCATION UNITS | CREDITS Registered | CREDITS Earned | GRADE | GRADE POINT AVERAGE |
|---|---|---|---|---|---|---|
| | **SUMMER 1992** | | | | | |
| ATH 131 | INTERMED ALGEBRA | | 3.00 | 3.00 | C- | |
| | **FALL 1992** | | | | | |
| CCT 103 | PRIN OF ACCT I | | 3.00 | 3.00 | A- | |
| P 101 | INTRO TO DATA PROC | | 3.00 | 3.00 | B- | |
| CON 201 | PRIN OF ECON I | | 3.00 | 3.00 | C- | |
| ATH 115 | MATH FOR MGMT/FIN | | 3.00 | 3.00 | C- | |
| KT 101 | PRIN OF MARKETING | | 3.00 | 3.00 | A | |
| | **SPRING 1993** | | | | | |
| CCT 104 | PRIN OF ACCT II | | 3.00 | 3.00 | B | |
| LA 103 | LEGAL ENVIR OF BUS | | 3.00 | 3.00 | B | |
| N. 283 | BUS & TECH RPT WRT | | 3.00 | 3.00 | B+ | |
| GMT 201 | HUMAN RESOURCE MGT | | 3.00 | 3.00 | A | |
| | **FALL 1993** | | | | | |
| P 299 | MICRO COMP OP SYS | | 3.00 | 3.00 | B | |
| IN 101 | CORPORATE FINANCE | | 3.00 | 3.00 | B+ | |
| KT 308 | THE SALES CONNECTN | | 3.00 | 3.00 | A- | |
| | Semester | 0.00 | 9.00 | 9.00 | | 3.333 |
| | Cumulative | 0.00 | 88.00 | 61.00 | | 3.143 |

LEGEND

GRADING SYSTEM

| Grade | Quality Points | Grade | Quality Points |
|---|---|---|---|
| A | 4.0 | C | 2.0 |
| A- | 3.7 | C- | 1.7 |
| B+ | 3.3 | D+ | 1.3 |
| B | 3.0 | D | 1.0 |
| B- | 2.7 | F | 0.0 |
| C+ | 2.3 | | |

Passing grade point averages range from 1.0 to 4.0. A who receives a grade of D or D+ in a course is discourag enrolling in other courses in that discipline. Further some disciplines or programs, a student receiving below C (2.0) in a course may be prohibited from en other courses in the given discipline or from remainin given program.

OTHER NOTATIONS
I - Incomplete
W - Withdrawal
AW - Administrative Withdrawal
CW - Administrative Withdrawal for unsatisfactory performance
AU - Audit
NQ - Not qualified for the next level; this notatio served for non-credit, remedial courses in Eng mathematics.
EX - Exemption credit by portfolio exam or non-co learning
P - Satisfactory completion of CEU course g instructor's option
NC - Unsatisfactory completion of CEU course, g instructor's option
U - Unresolved grade
Pass - Satisfactory completion of credit by exam (C
Fail - Unsatisfactory completion of credit by exam
R following a grade signifies that the course has been re

ACCREDITATION
Capital Community-Technical College is accredited by t England Association of Schools and Colleges, Inc., wh credits schools and colleges in the st New England Accreditation by the Association indic tes that the In has been carefully evaluated and found to meet st agreed upon by qualified educators.

CORRECTIONS
The student bears the responsibility for notifying the Registrar's Office immediately of any error printed here OFFICIAL ONLY WITH EMBOSSED SEAL OF THE COLLEGE.

REGISTRAR'S SIGNATURE

DATE

DEGREE/CERTIFICATE    PROGRAM    REMARKS

**EXHIBIT 11**
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)