**CONFIDENT**

To:   Susan O'Connell

From: Saraiya Solomon

Re:   Performance Development Workshops and Computer Classes
      Attended for May 1999


May 11,1999 - Saraiya Solomon attended Word/ 12pm-4pm

May 12, 1999 - Saraiya Solomon attended Word/ 12pm-4pm

May 13,1999 - Kelvin Griffith attended Windows 95/ 12:30-4:30

May 17,1999 - Saraiya Solomon attended "Talking in a Way That
              Motivates Others to Listen" (part 1) 9am-12pm

May 18,1999 - Saraiya Solomon attended "Talking in a Way That
              Motivates Others to Listen" (part 2) 9am-12pm


Sue I really enjoyed and learned some valuable techniques from the
May workshops. It gave important pointers on how to recognize and
utilize the various personality types in the employment environment
This one was a definite "keeper" and could benefit managers,
supervisors, and staff alike.

EXHIBIT 12
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

HHJUL 91