Skills:                  · Prof. in Microsoft Skills

Saraiya            · AS- Marketing
Solomon
                         · Business Okyed

                         · More interest in A.A. Position
Familiar with
x cel Spreadsheets · people Skills

                         · problem Solver

Current SAIr  $/11-01    · per Full Time

                Interested in FT · 40 hrs.

                                Currently a AA I
AA = I
    - II
PAA =    9.63 -


                Ninety Days

EXHIBIT 13
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)