
# HARTFORD HOSPITAL
Great Doctors Are
Just The Beginning

**CONFIDENTIAL**

80 SEYMOUR STREET
P.O. BOX 5037
HARTFORD, CT 06102-5037

860/545-5000

January 22, 2000

CERTIFIED MAIL

Ms. Saraiya Solomon
123 Baltimore Street
Hartford, Connecticut

Dear Ms. Solomon,

This letter is to confirm our discussions January 12 and 18, 2001, regarding your employment at Hartford Hospital. As Susan O'Connell and I stated the Administrative Associate I position you currently hold will be eliminated on March 31, 2001.

Human Resources will assist you in an employment search for any opportunities you qualify for at Hartford Hospital. We reviewed the current job openings on January 12th and you were advised to submit internal transfer applications for any positions of interest. As of today, I have received two applications from you. They were both for Patient Administrative Assistants, in Cardiac and Care Continuum. The Cardiac position has been filled. You were waiting for feedback on the other position.

On January 19th, I left a voice message indicating there were four additional PAA jobs, in the OPD clinic and Bliss 9 ICU, you qualified for. You were encouraged to apply. Please advise me if there is any other employment opportunity at Hartford Hospital that I may assist you with.

You may contact me at (860)545-2057 with any questions.

Sincerely,

*Gladys M. Ciaschini*

Gladys Morales Ciaschini
HR Consultant

Cc: Susan O'Connell, Manager Radiation Oncology

HHJUL 13

EXHIBIT 14
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)

Sent Certified 1/23/01