CONFIDENTIAL

# APPLICATION FOR PROMOTION / TRANSFER

*ONLY THOSE APPLICATIONS WITH A REFERENCE NUMBER WILL BE ACCEPTED*

DATE: 1/30/2001

REFERENCE NO: A025663036     ORA030080029     ASSIGNED TO:
*(PLEASE PRINT CLEARLY)*

POSITION TITLE: ADMINISTRATIVE ASSOCIATE
(APPLYING FOR)

EMPLOYEE NAME: SARAIYA SOLOMON     EMPLOYEE NO: 46355

PRESENT DEPT: CANCER CENTER     PRESENT POSITION NO:

PRESENT POSITION TITLE: ADMINISTRATIVE ASSOCIATE I

BEST TIME TO CONTACT FOR INTERVIEW: 1-2 PM     PHONE #: 545-4084

EDUCATION: A.S. MARKETING, CERTIFIED Phlebotomist, Microsoft Word, Excel, PowerPoint
EXPERIENCE: ADMINISTRATIVE SUPPORT, CUSTOMER SERVICE.
WHAT DO YOU HAVE TO OFFER THIS POSITION? I HAVE AN ADMINISTRATIVE Support backerround, I AM MATURE, I AM COMPUTER literate, AND I have HAD EXTENSIVE EXPERIENCE DEALING WITH the public

RESUME ATTACHED?     ☐ NO  ☑ YES

HAVE YOU BEEN EMPLOYED LESS THAN 6 MONTHS?  ☑ NO  ☐ YES, MANAGER SIGNATURE: _____

I GRANT PERMISSION FOR MY PERSONNEL FILE TO REVIEWED BY MY PROSPECTIVE MANAGER.
☐ NO  ☑ YES

EMPLOYEE SIGNATURE: *Saraiya Solomon*

### HUMAN RESOURCES USE ONLY

*(illegible/redacted)*

### MANAGERS USE ONLY

*(illegible/redacted)*

### HUMAN RESOURCE USE ONLY

*(illegible/redacted)*

EMPLOYEE'S RECEIPT
REFERENCE #: _____  INITIAL: _____  DATE: _____

EXHIBIT 15
Solomon v. Hartford Hospital, et al.
Case No. 3:02-cv-1116(EBB)

REVISED 10/23/96  G:\DATA\HRDOC\FORM\PROMO.PPT

HHJUL 1239