**EXHIBIT 16**
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

# EMPLOYEE RECORD/ CHANGE NOTICE (CONFIDENTIAL)

**CONFIDENTIAL**

| L1 | L2 | Employee Number | Dept. Cost Center | Social Security No. | Hire Date | Pay Cd | Emp. Sts | Date | Maint |
|---|---|---|---|---|---|---|---|---|---|
| | | 73658 | 61002 | | | | | | |

### Section 1 Personal Information

Employee Name (Last, First, MI): Moreau Alex
Date of Birth | Sex | Marital | Non Citizen | Permanent Resident
Street Address: 185 Deer Run
City: Brooklyn   State: NY   Zip Code: 11226
Home Phone | Person To Contact In An Emergency (Name) | Phone (Emergency)
Auto Registration 1 | Auto Registration 2

### Section 2 Salary History

| Date | Hrs/Wk | Salary/Hour | Position Code/Title | Date | Hrs/Wk | Salary/Hr | Position Code/Title |
|---|---|---|---|---|---|---|---|

### Section 3 Education / Skills

| Degree | Field of Study | Date | Skill/Certification |
|---|---|---|---|

### Section 4 Status Changes (Transfer/Promotion/Hours)

**Present Status**
Dept-CC: 61000   Position Code: A0100189   Split Cd   Position Title: Transport Aid
Cur. Salary   Min. Salary   Max. Salary   Hrs/Wk: 40   Emp. Cd   WC Code

**To Status**
Dept-CC: 01321   Position Code: 100159   Split Cd   Position Title: Patient Support Aide
Filing test # PS-1-76   New Salary: 9.34/hr.   Hrs/Wk: 34   P   Emp. Cd   Effective Date: 1/8/01

### Section 5 L.O.A. Information

| Code | L.O.A. Description | Last Day Worked | Last Day Paid | Start Date | End Date | Comments |
|---|---|---|---|---|---|---|

### Section 6 Advanced Vacation   Holiday / Vacation Cash-In Requests and Information

**Advanced Vacation Request** (Sunday to Saturday)
HOURS: Vac. Holiday   Weeks   From Date   To Date   Requested Pay Date

**Vacation Cash-In Request**
Predetermined Hours   YTD Hours
Requested for year   Hours Eligible   Cashed-In   Hours Requested   Requested Pay Date

Present Supervisor: Susan O'Connell   Date: 1-15-01
New Supervisor:   Date: 1-16-2001
Personnel:   Date: 1/13/01

HHJUL 796