EXHIBIT 17
Solomon v. Hartford Hospital, et al.
Case No. 3:02-cv-1116(EBB)

# CONFIDENTIAL

**EMPLOYEE RECORD/CHANGE NOTICE (CONFIDENTIAL)**

| Emp. Number | Dept/Cost Center | Social Security No. | Hire Date | Pay Cd | Emp. Stat | Date Last Maint |
|---|---|---|---|---|---|---|
| 43866 | 221-20 | | | | | |

### Section 1 Personal Information

Employee Name (Last, First, MI): Green, Virginia
Home Phone: 548-9866

### Section 2 Salary History

### Section 3 Education / Skills

[CLEARED LS/E stamp]

### Section 4 Status Changes (Transfer/Promotion/Hours)

Present Status:
Dept-CC: 221 / Position No. 100189 / Position Title: Transport Aide / Cur. Salary: 9.59 / Hrs/Wk: 40 FT / Effective Date: 11/21/99

To Status:
Dept-CC: 221 / Position No. 1001201 / Position Title: Admin Assoc I / New Salary: $10.50 / Hrs/Wk: 40 FT / Effective Date: 11/21/99

### Section 5 L.O.A. Information

Cost: HHJUL 521

### Section 6 Advanced Vacation Holiday/Vacation Cash-In Requests and Information

Signatures:
Employee: 11/18/99
Supervisor: 11-18-99
Personnel: 91-99
Date: 11/21/99