EXHIBIT 18
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

HHJUL 517

# CONFIDENTIAL

EMPLOYEE RECORD/CHANGE NOTICE
(CONFIDENTIAL)

## Section 1 Personal Information

Employee Number: 43806
Dept/Cost Center: 25515

Employee Name (Last, First, MI): Hernandez, Virginia

Home Phone: 956-9519

## Section 2 Salary History

## Section 3 Education / Skills

## Section 4 Status Changes (Transfer/Promotion/Hours)

Present Status:
Dept/CC: 0514  Position No: 00120  Position Title: P.S.A.
To Status:
Dept/CC: 0100  Position No: 00189  Position Title: Transport Aide

New Salary: $9.1086
Hrs/Wk: 40  Emp Cd: FT  Effective Date: 3/28/99

## Section 5 L.O.A. Information

## Section 6 Advanced Vacation Holiday/Vacation Cash-In Requests and Information

Kathleen X accelerate  3/10/99   [signature]  3/15/99
Present Supervisor  Date   New Supervisor  Date