

EXHIBIT 19
Solomon v. Hartford Hospital, et al
Case No. 3:02-cv-1116(EBB)