EXHIBIT 20
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

**CONFIDENTIAL**

EMPLOYEE RECORD/CHANGE NOTICE
(CONFIDENTIAL)

Section 1 Personal Information

Employee Number: 70977
Soc/Cost Center: 
Social Security No.: 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
Hire Date: 8/17/99

Employee Name (Last, First, MI): URENA, JUAN
Marital: M
Street Address: 27 Newman Ave
City: Waterbury
State: CT

Date of Birth: 12/21/61
Sex: M
Non Citizen / Permanent Resident:
Home Phone:
Person To Contact In An Emergency (Name): Gomes, Edith udio
Phone (Emergency): (203) 754-9274

Section 2 Salary History

Section 3 Education / Skills

Section 4 Status Changes (Transfer/Promotion/Hours)

Present Status
Dept-CC: 5/1/00
Position No.: A0561000
Skills Cd: 2189
Position Title: Transport Aid
Cur. Salary: $8.08
Hrs/Wk: 40

To Status
Dept-CC: A06130A0
Position No.: 97730
Position Title: PCA
New Salary: $9.50
Min. Salary: $9.63
Hrs/Wk: 40
Effective Date: 5-08-00

Section 5 L.O.A. Information

Section 6 Advanced Vacation Holiday/Vacation Cash-In Requests and Information

HHJUL 695

SAMPLE PRINT OF FORM - HHEMP1