CONFIDENTIAL

Timesheets for SOLOMON, SARAIYA (Employee ID 46355, Co ID 010002)

Week ending 02-03-01: Regular hours 40
Week ending 02-27-01 [02-17-01]: Regular hours 39½
Week ending 02-10-01: Regular hours 30

EXHIBIT 21
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)

HHJUL 213