# HARTFORD HOSPITAL
## Radiation Oncology Department
### Memorandum

**To:** Saraiya

**From:** Jan Lynch

**Date:** 03/01/01

**Re:** Check

**CONFIDENTIAL**

---

I called Saraiya at 8:10 a.m. to inform her that her time card did not get to payroll last week and therefore a check was not cut for her. Sandi Beggs asked me to sign her time card this morning and is processing it. Sandy said that payroll can hopefully have Saraiya's check to her by today, if not, then for Friday, March 2, 2001.

The procedure for time cards is the Supervisor receives a completed and signed time card for the previous week. The Supervisor signs the time card and gives it to the Cancer Program Administrative Assistant who records them and then brings them to the mailroom and puts them in the timecard slot.

*Jan Lynch*

EXHIBIT 22
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)