Policy #112
Page 1 of 3
Date 6/98

## STAFF REDUCTION

**PURPOSE:** To reduce the number of part-time and full-time employees due to lack of work, decreased patient census and for other economic reasons.

**SCOPE:** All part-time and full-time employees. This does not apply to employees in grant funded positions, standby, per diem, or temporary employees. The term department in this policy refers to designated departments (i.e. Engineering, Pharmacy, etc.) and to clinically similar patient units (i.e. Cardiology, Surgery, Medicine, etc.).

**POLICY:** Hartford Hospital follows a procedure for reducing the number of part time and full time employees if such action becomes necessary.

**PROCEDURE:** If it becomes necessary to reduce the number of employees in a department, the director will conduct an analysis of functions performed by the department and identify those functions that can be either reduced or eliminated. Once functions, and the specific positions responsible for performing those functions, have been identified (by position control number) the following will apply:

Vacant positions will be removed from the position control system.

If a position identified for reduction is occupied by a single incumbent, that employee will be notified by the director that his/her position is being eliminated.

If a position identified for reduction has more than one incumbent, individual employees to be affected by the reduction will be identified primarily on the basis of their past performance in the position. However, years of Hartford Hospital service (the length of an employee's most recent continuous employment, including approved leaves of absence) will also be considered. Separate years of service lists will be maintained for full-time

EXHIBIT 23
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)

Policy #112
Page 2 of 3
Date 6/98

and part time employees. Employees in positions identified for reduction who are at Step 2 (Written Warning) or higher of the Performance Improvement Process will be laid off and will not be eligible to be considered for other positions within the hospital. They may be eligible for severance pay according to the Hartford Hospital Severance Policy and will be provided assistance in resume preparation and job search techniques

Any employees affected by position reductions, and not at Step 2 or higher of the Performance Improvement Process, will first be given priority consideration for openpositions at any level in any department of the hospital for which they meet the qualifications and for which they have the ability to adequately perform the required functions within a ninety day period.

If vacant positions are not available or affected employees were not selected for vacant positions, or affected employees decline a vacant lower level position, they will be eligible to displace the least senior employee in their department, employee status (i.e. full-time or part-time), and at the same or lower job classification. Eligibility to displace another employee will be assessed by the director primarily based on the employee's qualifications for the position and overall performance in the director department. An Oversight Committee comprised of representatives from Human Resources, the Employees' Council and Management Forum will review the assessment of the director before a final decision on displacement is made.

Affected employees who fill either a vacant position or displace another employee will be paid at a rate consistent with the range of their new position. That is, if their current pay is above the maximum of the range of the new position, they will be brought to the maximum for the position they are filling. If their current pay is below the minimum for the position they are filling, they will be brought up to minimum.

EXHIBIT 23
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

HH 1096

Policy #112
Page 3 of 3
Date 6/98

If affected employees do not displace other employees in the same department, for whatever reason, the affected employees will be laid off and be eligible for severance pay according to the Hartford Hospital Severance Policy and will be provided assistance in resume preparation and job search techniques.

If an employee is involuntarily displaced by another employee, the displaced employee will be given priority consideration for open positions in any department of the hospital for which she/he has the ability to adequately perform the required functions within a ninety day period. If vacant positions are not available, or the displaced employee is not selected for vacant positions, they will be laid off and be eligible for severance pay according to the Hartford Hospital Severance Policy and will be provided assistance in resume preparation and job search techniques.

While receiving severance pay, laid off employees may apply for any open positions in any department of the hospital for which they meet the qualifications.

EXHIBIT 23
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)