CONFIDENTIAL

Policy #103  
Page 1 of 4  
Date 6/98

# RECRUITING AND SELECTION

**PURPOSE:** To establish guidelines in recruiting and selecting employees; to maximize hospital efforts and resources in selecting the best qualified employees available.

**SCOPE:** This policy applies to all hiring managers and human resource personnel.

**POLICY:** When a vacancy occurs, the appropriate manager and the Human Resources Consultant will conduct a joint recruiting and selection effort designed to identify the most suitable individual for the positions, after carefully considering those from within the hospital. Every effort will be made by the manager to meet the hospital's Affirmative Action Goals by hiring qualified where underutilization is indicated.

**PROCEDURE:** The following steps are a guidelines for managers :

A. The manager should:

1. Re-evaluate whether or not the positions should be filled, i.e. could the work be allocated among other staff members? Could this position be filled by a temporary or per diem employee?

2. Complete the employment requisition or any other justifying paperwork or electronic process (Smart Stream). After appropriate approval, forward to Human Resources.

3. Contact the Human Resources Consultant to establish a role description if the position does not exist. Managers will need to complete a PC 1 or PC 2 form or both depending upon whether or not the position currently exists within the organization and/or cost center or if the manager is converting budgeted hours.

EXHIBIT 24  
Solomon v. Hartford Hospital., et al.,  
Case No. 3:02-cv-1116(EBB)

HHJUL 935

CONFIDENTIAL

Policy #103
Page 2 of 4
Date 6/98

The manager must inform Human Resources if the position does not exist in their current cost-center prior to posting the position. Failure to may delay the hiring start date.

4. Interview candidates screened by the Human Resources Department and conduct a job-related employment interview. For each applicant, determine whether there is:

    a. no further interest;
    b. possible further interest;
    c. definite interest - schedule interviews with appropriate department managers and others on the selection panel, if appropriate.

5. Make the final selection in consultation with the Human Resources Consultant and make an oral job offer to the successful applicant. The manager must inform the candidate immediately following the offer regarding the Pre-employment Drug Test. This test must be completed within 48 hours of the job offer ( See Policy #004 - Substance Abuse).

6. Provide Human Resources with a completed Employment Application indicating the potential start date, salary, role title, hours and hiring requisition number.

B. The Human Resources Consultant /and or Associate should:

1. Upon receipt of the employment requisition, discuss with the manager all possibilities of career opportunities or transfer from within the organization. A recruitment plan should be

EXHIBIT 24
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

HHJUL 836

CONFIDENTIAL

Policy #103
Page 3 of 4
Date 6/98

established with the hiring manager within a designated time frame.

2. Post position.

3. Screen internal applicants.

4. Contact appropriate outside recruiting sources, i.e. community agencies, advertisements etc.

5. Review affirmative action underutilization goals and communicate to manager if the position is underutilized.

6. Screen external applicants and refer qualified candidates to manager.

7. Conduct reference checks on applicants upon request by manager.

8. Make a final selection recommendation to the manager and advise on appropriate hiring rate of pay.

9. Confirm job offer in writing.

10. Arrange for completion of pre-employment drug test and assessment.

11. Request that the hired applicant furnish proof of eligibility to work in the US and complete a I-9 form within three business days from the date of hire.

12. Request proof of licensure, certification or other qualifications as deemed necessary.

13. Schedule the employees for hospital orientation.

EXHIBIT 24
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)

HHJUL 937

CONFIDENTIAL

Policy #103
Page 4 of 4
Date 6/98

C. Follow-up and Documentation

1. Manager will notify all unsuccessful candidates.

2. The manager must return all applications/resumes to the Human Resource Department.

3. Applications/resumes must be maintained in Human Resources for three years.

EXHIBIT 24
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

HHJUL 938