Policy #106
Page 1 of 1
Date 6/98

# REHIRES

**PURPOSE:** To establish the guidelines regarding former employees applying for rehire.

**SCOPE:** All candidates for rehire.

**POLICY:** When former employees apply to be rehired, they will be evaluated on the same basis as other applicants. However, consideration will be given to past job performance, the circumstances surrounding their termination from Hartford Hospital and their references from their former employers.

**PROCEDURE:** The rehiring of any employee must be reviewed by the Human Resources Department.

Employees rehired within 30 consecutive workings days after separation will have their service bridged. This means that the employee will retain the original date of hire and will continue to accrue benefits (vacation, holiday, and sick time) at the same rate as before separation. Insurance benefits, previously in effect, will continue also.

Employees rehired after a break of service of more than 30 consecutive working days will receive a new date of hire. They will be treated the same as new employees for all benefits, unless approved in advance by the Director, Human Resources.

Former employees who have been terminated for violating the Rules of Conduct will not be rehired. Any exception must be approved by the VP of Human Resources or his/her designee.

Full-time and part-time employees who have terminated and are rehired without any break in service as Per Diem will keep their original hire date.

Per Diem employees who terminate and are rehired as part-time or full-time employees will be given a new hire date.

EXHIBIT 25
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

HH 1105