**CONFIDENTIAL**

Policy #801
Page 1 of 3
Date 6/98

# SEPARATION OF EMPLOYMENT

**PURPOSE:** To establish equitable and consistent procedures for handling matters related to an individual's separation of employment with the hospital.

**SCOPE:** All employees.

**POLICY:** It is the policy of Hartford Hospital to follow established guidelines in handling all types of separation of employment.

1. Definitions

    A. Resignation - A voluntary separation and/or failure to return from a leave of absence as arranged with the hospital.

    Non-exempt, non-clinical employees should give two weeks written notice. Exempt employees and those employees who work in a clinical area should give four weeks notice.

    B. Layoff - A termination in which the employee is not qualified or adapted for the type of work assigned and no other assignment is available. Employees who are unable to perform satisfactory during the new employee orientation period will be considered as layoff. See Staff Reduction Policy #112 and/or Reorganization Policy #113. Employees may be eligible for severance depending on employment status and years of service. (See Severance Policy #803)

    C. Deceased - The death of an employee in active employment.

EXHIBIT 26
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

HHJUL 962

CONFIDENTIAL

Policy 801
Page 2 of 3
Date 6/98

    D.    Retirement - A voluntary termination which includes benefits under the hospital's retirement plan for eligible employees.

    E.    Staff Reduction - An employee whose position is eliminated through the staff reduction policy

    F.    Reorganization - An employee whose position is eliminated through the Reorganization Policy.

    G.    Termination - A separation in which the employee is removed from the payroll for violations of Rules of Conduct, unsatisfactory job performance, or any other reason indicating termination. Employees who are discharged must be paid out within 2 business days from their termination date.

**PROCEDURE:**    Notice to employee - There are no requirements for advance notice to employees upon termination.

Pay in Lieu of Notice - Where a future date is established for termination, immediate removal from duties may occasionally be desirable to minimize the adverse effect on other employees or to allow the separated employee to seek employment. In such cases, up to two weeks pay may be provided in lieu of notice. Department Head approval is required.

Change in Status - The immediate manager or supervisor is responsible for initiating the ERCN and designating the appropriate reason for termination.

Return of Equipment and Keys - Prior to or on the last day of work, the supervisor must obtain all hospital equipment, keys, beepers etc. from the employee.

Exit Interview - Terminated employees, whether voluntary or involuntary, should schedule an appointment with a Human Resources Consultant for an exit interview before their last day worked.

EXHIBIT 26
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

HHJUL 883

CONFIDENTIAL

Policy #801
Page 3 of 3
Date 6/98

**BENEFIT ELIGIBILITY:**

<u>Vested Rights Under the Hartford Hospital Retirement Plan</u> - General provisions of benefit credit are specified in the summary plan description available form the Human Resources Department.

<u>Health, Dental and Life Insurance Benefit</u> - Extended coverage and conversion privileges of health, dental and life insurance benefit plans are provided in accordance with hospital policy. Contact the Human Resources Department regarding extended coverage. Employees will receive a COBRA form no later than two weeks from their termination date.

<u>Accrued Benefit Time</u> - Employees who are terminated from the payroll will be paid out their holiday and vacation time.

EXHIBIT 26
<u>Solomon v. Hartford Hospital., et al.,</u>
Case No. 3:02-cv-1116(EBB)

HHJUL 984