**CONFIDENTIAL**

## Positions currently available within *HARTFORD HOSPITAL*

Only internal applicants will be considered for the first seven days a position is posted. Please include Position Reference Number when filling out a transfer application.

| Reference # Date Posted | Department | Position Requirements | Position Summary | Going Rate (mid-point) and Hours | Assigned To | Closing Date |
|---|---|---|---|---|---|---|
| A0204200002D 09/15/2000 | Hartford Hospital Care Continuum - Case Coordination | Administrative Associate II | High school diploma required. Prior experience in patient care/office environments desired performing various support functions where solid interpersonal skills were essential. Basic word processing and spreadsheet skills required. | In collaboration with the manager for case coordination and case coordinators, provide support for various needs of the staff. AA II #1 - Support those activities around the utilization review and discharge planning process. Duties include communication with home care agencies and vendors to procure services for discharge for individual patients; communication with insurance companies to obtain authorization for services and forwarding of needed communication. AA II #2 - Support the physician review/appeals and denial process. Duties include processing of physician review/appeal and denial paperwork, tracking of account status, update of software application regarding these processes and forwarding of needed information to relevant parties. | $14.00 2 - FT 40 hr positions, Monday - Friday, normal business hours | Gladys Ciaschini, Ext. 5-2057 | 09/22/2000 |

EXHIBIT 27
Solomon v. Hartford Hospital., et al.
Case No. 3:02-cv-1116(EBB)

*Friday, September 15, 2000*                                                                 *Page 1 of 1*

HHJUL 1174

CONFIDENTIAL

# APPLICATION FOR PROMOTION / TRANSFER
ONLY THOSE APPLICATIONS WITH A REFERENCE NUMBER WILL BE ACCEPTED

DATE: 9/21/2000

RECEIVED SEP 21 2000

REFERENCE NO: A0204200020

ASSIGNED TO: _____
(PLEASE PRINT CLEARLY)

POSITION TITLE (APPLYING FOR): ADMINISTRATIVE ASSOCIATE II #1

EMPLOYEE NAME: SARAIYA SOLOMON

EMPLOYEE NO: 43655

PRESENT DEPT: CANCER CENTER

PRESENT POSITION NO: _____

PRESENT POSITION TITLE: ADMINISTRATIVE ASSOCIATE I

BEST TIME TO CONTACT FOR INTERVIEW: 7:30 AM - 4:00 PM

PHONE #: 545-4084

EDUCATION: A.S. Marketing, Certified Phlebotomist,

EXPERIENCE: Administrative office support.

WHAT DO YOU HAVE TO OFFER THIS POSITION? Professionalism, maturity, computer literacy (proficient in Microsoft office), excellent written and organizational skills

RESUME ATTACHED? ☒ NO  ☐ YES

HAVE YOU BEEN EMPLOYED LESS THAN 6 MONTHS? ☒ NO  ☐ YES, MANAGER SIGNATURE: _____

I GRANT PERMISSION FOR MY PERSONNEL FILE TO REVIEWED BY MY PROSPECTIVE MANAGER.
☐ NO  ☒ YES

EMPLOYEE SIGNATURE: Saraiya Solomon

**HUMAN RESOURCES USE ONLY**

REFERRED: ☐ YES ☐ NO
REASON: Hire date — 8/7/97, 8/3/00 Review [illegible]

HUMAN RESOURCES CONSULTANT: Linda [illegible]

**MANAGERS USE ONLY**

APPLICANT INTERVIEWED: ☐ YES ☐ NO    COMMENTS:

POSITION OFFERED: ☐ YES ☐ NO    REASON:

ACCEPTED: ☐ YES ☐ NO    COMMENTS:

EFFECTIVE DATE OF TRANSFER:    MANAGER SIGNATURE:

**HUMAN RESOURCES USE ONLY**

DISPOSITION NUMBER:    DATABASE ENTRY:

HUMAN RESOURCES SIGNATURE: