**CONFIDENTIAL**

## Positions currently available within *HARTFORD HOSPITAL*

Only internal applicants will be considered for the first seven days a position is posted. Please include Position Reference Number when filling out a transfer application.

| Reference # Date Posted | Department | Position Requirements | Position Summary | Going Rate (mid-point) and Hours | Assigned To | Closing Date |
|---|---|---|---|---|---|---|
| A0204003006D 01/05/2001 | Hartford Hospital Care Continuum | **Patient Administrative Associate** HS diploma. Prior experience in patient care environments desired performing various support functions where solid interpersonal skills were essential. Ability to navigate hospital based computer applications for information (SMS look-up, lab studies etc.) desired. Ability to perform phlebotomy and obtain quality EKGs highly desired. | In collaboration with the registered nurse, participate in the preparation of the surgical patient (including ambulatory) for admission to the hospital. Duties include telephone follow-up regarding required admission documents, retrieval and sorting of chart documents, assembly and delivery of patient chart. Assist in the Pre-Admission Testing Center performing phlebotomy and EKGs for pre-admission patients. | $12.50 40 Hours Fulltime | Gladys Ciaschini, Ext. 5-2057 | |

**EXHIBIT 28**
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

Friday, January 05, 2001     Page 1 of 1

HHJUL 1147

**CONFIDENTIAL**

# APPLICATION FOR PROMOTION / TRANSFER
ONLY THOSE APPLICATIONS WITH A REFERENCE NUMBER WILL BE ACCEPTED

DATE: 1/5/2001

REFERENCE NO: A02040030060

ASSIGNED TO: _____
(PLEASE PRINT CLEARLY)

POSITION TITLE (APPLYING FOR): PATIENT ADMINISTRATIVE ASSOCIATE

EMPLOYEE NAME: SARAIYA SOLOMON

EMPLOYEE NO: 46355

PRESENT DEPT: CANCER CENTER

PRESENT POSITION NO: _____

PRESENT POSITION TITLE: ADMINISTRATIVE ASSOCIATE I

BEST TIME TO CONTACT FOR INTERVIEW: 1–1:30 PM

PHONE #: 545-4084

EDUCATION: A.S. MARKETING, CERTIFIED PHLEBOTOMIST (ASCP)

EXPERIENCE: ADMINISTRATIVE SUPPORT BACKGROUND

WHAT DO YOU HAVE TO OFFER THIS POSITION? I AM COMPUTER LITERATE, I HAVE AN ADMINISTRATIVE BACKGROUND, I HAVE EXCELLENT WRITTEN AND ORGANIZATIONAL SKILLS, AND I HAVE EXPERIENCE DEALING WITH THE PUBLIC.

RESUME ATTACHED? ☐ NO ☒ YES

HAVE YOU BEEN EMPLOYED LESS THAN 6 MONTHS? ☒ NO ☐ YES, MANAGER SIGNATURE: _____

I GRANT PERMISSION FOR MY PERSONNEL FILE TO REVIEWED BY MY PROSPECTIVE MANAGER.
☐ NO ☒ YES

EMPLOYEE SIGNATURE: *Saraiya Solomon*

## HUMAN RESOURCES USE ONLY

REFERRED: ☒ YES ☐ NO
REASON: [illegible] exemplary review [illegible] 2000

HUMAN RESOURCE CONSULTANT: [illegible] Packma[n]

## MANAGERS USE ONLY

APPLICANT INTERVIEWED ☒ YES ☐ NO    COMMENTS: _____

POSITION OFFERED ☐ YES ☒ NO    REASON: [illegible]
ACCEPTED ☐ YES ☐ NO    COMMENTS: [illegible]
EFFECTIVE DATE OF TRANSFER: _____    MANAGER SIGNATURE: [signature]

## HUMAN RESOURCE USE ONLY

DISPOSITION NUMBER: _____    DATABASE ENTRY: _____
HUMAN RESOURCES SIGNATURE: _____

**EXHIBIT 28**
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

EMPLOYEE'S RECEIPT
REFERENCE #: _____    INITIAL: _____    DATE: _____

HHJUL 1153

REVISED 10/23/96 G:\DATA\HRDOC\FORM\PROMO.PPT