UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SARAIYA SOLOMON | :    CASE NO. 3:02-cv-1116 GLG |
| Plaintiff, | : |
| v. | : |
| HARTFORD HOSPITAL; GLADYS CIASCHINI, as an agent of HARTFORD HOSPITAL and individually; SUSAN A. O'CONNELL, as an agent of HARTFORD HOSPITAL and individually; and SANDRA NILES, as a de facto agent of HARTFORD HOSPITAL and individually | : |
| Defendants. | :    March 18, 2004 |

### DEFENDANTS' OBJECTIONS AND SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS

Hartford Hospital (the "Hospital") responds to plaintiff's Requests for Admission as follows:

27. In selecting internal candidates for new or vacant positions, Hartford Hospital has a preference for employees returning from worker's compensation leave.

Objection:

The Hospital objects to this Request as overbroad in that it is unlimited in scope of time.

Response:

Subject to and without waiving the foregoing objection, the Hospital admits that in making job reassignments for employees who are no longer able to perform

EXHIBIT 29
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

their usual work because of a compensable injury, the Hospital complies with Connecticut Worker's Compensation laws, including Conn. Gen. Stat. sec. 31-313 and 31-290a, regardless of the employee's race. The Hospital denies the remainder of this request.

28. In selecting candidates for new or vacant positions, Hartford Hospital has a preference for internal candidates.

Objection:

The Hospital objects to this Request as overbroad in that it is unlimited in scope of time.

Response:

Subject to and without waiving the foregoing objection, the Hospital admits that it has a preference for selecting qualified internal candidates for new or vacant positions in accordance with the terms of its Career Opportunities policy. The Hospital denies the remainder of this Request.

29. In selecting candidates for new or vacant positions, Hartford Hospital has a preference for full-time Hartford Hospital employees working in positions that have a pre-determined termination date.

Objection:

The Hospital objects to this Request as overbroad in that it is unlimited in scope of time.

EXHIBIT 29
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)

Response:

    Subject to and without waiving the foregoing objection, the Hospital admits that qualified internal candidates whose positions are ending are afforded the same preference as other qualified internal candidates in the selection process for new or vacant positions consistent with the Hospital's Career Opportunities policy. The Hospital denies the remainder of this request.

36.     Hartford Hospital has within its custody or control a compilation of its policies.

Objection:

    The Hospital objects to this Request to the extent that it fails to define the types of policies to which it refers. The Hospital further objects to this Request as overbroad in that it is unlimited in scope of time.

Response:

    Subject to and without waiving the foregoing objection, the Hospital admits that it maintains a Human Resources Policy and Procedure Manual, which contains the Hospital's Human Resources policies.

145.     While Plaintiff was employed at Hartford Hospital, Hartford Hospital had no preference for bilingual candidates in selecting internal candidates for new or vacant positions.

Response:

**EXHIBIT 29**
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

Deny.

149. While Plaintiff was employed at Hartford Hospital, Hartford Hospital had no preference for bilingual candidates in selecting external candidates for new or vacant positions.

Response:

Deny.

153. While Plaintiff was employed at Hartford Hospital, Hartford Hospital had no preference for bilingual candidates in selecting internal candidates for new or vacant positions.

Response:

Deny.

184. Sandra Niles did not give work assignments to Plaintiff.

Response:

Upon information and belief, on one occasion when Susan O'Connell assigned plaintiff a work assignment, Sandra Niles communicated a work assignment to plaintiff. The Hospital admits remainder of this Request.

EXHIBIT 29
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

DEFENDANTS,
HARTFORD HOSPITAL, GLADYS
CIASCHINI, SUSAN O'CONNELL, AND
SANDRA NILES

By _____
Brenda A. Eckert (ct00021)
Beckert@goodwin.com
Gregg Goumas (ct19095)
Ggoumas@goodwin.com
For Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
(860) 251-5000

348894 v.02 S2

**EXHIBIT 29**
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)