Policy #602
Page 1 of 3
Date 6/98

# CAREER OPPORTUNITIES

**PURPOSE:** To fill new and vacant positions by promoting or transferring qualified employees. No individual will be discriminated against regardless of race, color, age, religion, sex, marital status, national origin, sexual orientation, and disability or veteran status.

**SCOPE:** All employees except temporary employees.

**POLICY:** New and/or vacant openings will be posted for seven days and be available to all employees. To be considered for an internal promotion the employee must:

    a. Have completed the hospital's six-month period of adjustment.
    b. Have been in the present position for at least six months.
    c. Meet the posted requirements.
    d. Not be in the Performance Improvement process.

**PROCEDURE:**

1. A promotion/transfer application must be completed and returned to Human Resources.

2. The employee's present supervisor shall not be contacted except at the employee's specific request, thus assuring the confidentiality of the application.

3. Qualified candidates will be referred to the requesting department. If the candidate is not referred, s/he will be told why and will be counseled by Human Resources as to how s/he can better prepare for a promotion.

4. The supervisor in the department in which the opening exists shall interview, select and notify all referred candidates and the Human Resource Department after selecting an internal candidate or before considering outside applicants. Candidates will be selected on the basis

EXHIBIT 31
Solomon v. Hartford Hospital, et al.
Case No. 3:02-cv-1116(EBB)

HH 1138

Policy #602
Page 2 of 3
Date 6/98

of performance and qualification. Seniority is a consideration only when all other factors are equal.

5. The department to which the candidate is transferring will coordinate the transfer date within two weeks after she/he has accepted the position. This period may be extended by mutual agreement.

6. The department from which the candidate is transferring should initiate the Employee Record Change Notice (ERCN)--indicate transfer date, sign the form, and forward it to the new department.

7. The new department completes section 4 of the ERCN, signs and forwards it to the appropriate Human Resources Consultant indicating which position they filled.

8. Promotional pay increases may be considered either at the time of transfer or on the completion of a satisfactory training period.

9. Employees in new roles will have a one-month minimum probationary period in the new job.

   a. If at any time during the orientation period it is determined that the employee is not suited to the work which s/he has been promoted, the Human Resources Department will be consulted.

   b. The employee may be returned to the previous salary grade in any open position for which s/he is qualified. The offered position will not necessarily be the same as the one held before promotion. If a position is unavailable, the employee will be placed on a personal LOA until the first available position occurs for (which she/he is qualified), not to exceed the employee's allowable unpaid leave. Refer to the Leave of Absence Policy for details.

   c. Any promotional increase granted may be rescinded.

EXHIBIT 31
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)

HH 1137

Policy #602
Page 3 of 3
Date 6/98

10. Employees who are granted Educational LOAs will be considered internal candidates for posted positions.

11. Temporary positions:

   a. Are approved for up to 6 months. If an extension beyond 6 months is required, written permission from a Human Resource Director is necessary.

   b. Must be posted for a minimum of one week. All interested internal candidates must be interviewed and notified that they do not meet all expectations of the position before outside candidates can be considered.

   c. Internal candidates who elect to fill a temporary position have no guarantee that they will be returned to their original position, rate of pay, or department when the temporary assignment is completed.

   d. Should a temporary position become full or part-time, it must be re-posted and all career opportunity procedures will apply.

   e. Temporary employees cannot apply for posted positions until all internal candidates have been interviewed and have been notified that they do not meet all expectations.

12. Intradepartmental promotions resulting from department reorganization or job reassignments which do not result in increased hours will not be posted on the career opportunities board. They will be posted only in the department where they occur, and will follow the usual career opportunity procedures.

EXHIBIT 31
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)

HH 1136