## HARTFORD HEALTH CARE CORPORATION
## APPLICATION FOR EMPLOYMENT

**CONFIDENTIAL**

Please complete all spaces on this application even if a resume is submitted, but do not include extraneous or non-responsive information. Hartford Hospital and its affiliates/subsidiaries are Affirmative Action/Equal Opportunity employers, and do not discriminate on the basis of race, sex, color, creed, national origin, sexual orientation, age, marital status, religion, veteran status or disability. All information requested on this application has been determined essential to the processing of applications for employment.

### POSITION

Position Applied for: _____
Date: 9/28/00
REFERENCE NO: A02168103 7P

Company Applying for (One only):
- [X] Hartford Hospital
- [ ] Clinical Laboratory Partners
- [ ] HHCC, MSO
- [ ] MidState Medical Center
- [ ] Hartford Medical Group/Hartford Physician Svcs.
- [ ] Hartford Hospital Medical Office Building
- [ ] Eastern Rehabilitation Network

Salary Requirements: $

Hours Available: [X] Full-Time  [ ] Temporary  [ ] Part-Time  [ ] Per Diem
Shift Preferred: [X] Days  [ ] Evenings  [ ] Nights  [ ] Weekends  [ ] Any Shift

Have you ever been employed by Hartford Hospital and/or its affiliate companies, Connecticut Children's Medical Center, and/or MidState Medical Center?
Dates: From __/__/__ To __/__/__  Previous Manager's Name: _____

How did you hear about this position?
- [ ] Community Agency Source
- [ ] Career Information Line
- [ ] Employee Referral Source
- [ ] Advertisement Source: Posting in Cafeteria
- [ ] Walk in
- [ ] Other Source

### PERSONAL

Name (Last): Ducler  (First): Terri  (Middle): A  Prior Last Name: _____
Address: 72 Governor Street
City: East Hartford  State: CT  Zip: 06108
Home Telephone: (860) 282-7153
Social Security No: _____

If you are not at least 18 years of age, please indicate birth date: _____

Authorization To Work In The U.S.
Are you legally authorized to work in the US?  [ ] No  [X] Yes

### EDUCATION / SKILL

| SCHOOL | NAME AND ADDRESS OF SCHOOL | CIRCLE HIGHEST YEAR COMPLETED | DID YOU GRADUATE | COURSE/OR DEGREE |
|---|---|---|---|---|
| High | East Hartford High School, Burnside Avenue E. Htfd | 9 10 11 (12) | Yes / No | Business |
| College | | 1 2 3 4 | Yes / No | |
| Trade/Business | Capitol Community Technical College, Home Health Aide Course | | Yes / No | |
| Other | | | Yes / No | |

### SPECIAL QUALIFICATIONS, SKILLS, OCCUPATIONAL LICENSES, CERTIFICATES

| Type of License/Certification | License Number | State | Date |
|---|---|---|---|

List up to 6 key skills you would bring to the position for which you are applying:
Appointment Scheduling, Telephones, Filing, Vascular Lab Scheduling, Medical Records, Typing

### OTHER

Do you have any relatives employed within the company to which you are applying? (This information is used only to determine if there are hiring conflicts). [ ] Yes [X] No
If yes, identify person: _____  Relationship: _____  Hospital/Affiliate: _____

Are you currently or have you ever been excluded from participation in State or Federal Health Care Programs (e.g., Medicaid, Medicare) in any previous Employment?  [ ] Yes [X] No  If yes, please give information regarding the situation _____

Have you been convicted of a crime?  [ ] Yes [X] No
If yes, please give information regarding the charge and disposition of the case _____

Applicant's Signature (Do not print) _____

EXHIBIT 32
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

HHJUL 1169

CONFIDENTIAL

## EMPLOYMENT BACKGROUND

Starting with the most recent position, state your last three employment experiences. Please complete even if application is accompanied by resume.

**Name of Most Recent Employer:** Connecticut Surgical Group
**Address:** 85 Seymour Street, Hartford, CT 06106
**Phone Number:** (860) 522-415[_]
**Position:** Medical Receptionist
**Supervisor:** Marie Arre
**From:** 11/99 **To:** Present **Ending Salary:** $11.00 **Reason for Leaving:** Still employed
**Describe your responsibilities:** Answering Phones, Vascular Lab Scheduling, Appointment Scheduling, Greeting Patients

May we immediately contact your present employer for a work reference?  X Yes   No

**Name of Past Employer:** Kelly Services
**Address:** Glastonbury, CT 06033
**Phone Number:** (860) [_]
**Position:** Temp. at Hartford Hospital Vascular Lab
**Supervisor:** Janice Givica
**From:** 9/99 **To:** 10/99 **Ending Salary:** $9.00 **Reason for Leaving:** Temp position - Hired at present job
**Describe your responsibilities:** Scheduling Patients, Charging, Typing Studies, Filing, Greeting Patients, Copying Stud[_]

**Name of Past Employer:** Morrison Electric
**Address:** 72 Governor Street, East Htfd, CT 06108
**Phone Number:** (860) 282-715[_]
**Position:** Electricians Helper
**Supervisor:**
**From:** 8/95 **To:** 8/99 **Ending Salary:** $15.00 **Reason for Leaving:** Temporarily Out of Business
**Describe your responsibilities:** Invoicing, Phones, Filing, Electrical work (switching, Plugging etc.)

### STATEMENT

Please read before signing.

I certify that the information on this application and/or on my resume is true and correct. I understand that HHCC will verify pertinent information which I have stated and I authorize them to do so. Should they find that I have falsified any information or omitted any material information, I understand my employment could be terminated or that my application for employment could be disqualified.

I understand that a pre-employment drug test is required to be completed within 48 hours of job offer. I agree to fully cooperate with the required procedure and realize that failure to do so will disqualify me from further consideration for employment. I also realize that if the dr[ug test] reveals usage of prohibited substances, I may not be employed by the hospital or its affiliates. If employed, I recognize that the hospital or affiliates have the right to require a substance abuse test whenever my actions, in the opinion of supervision, reflect a reasonable suspicion of illegal or improper substance abuse. Once offered a position I understand a pre-placement assessment is required prior to commencement of work.

I understand that this application and/or any resultant employment at HHCC does not imply or indicate any intent of establishing any contractual relationship. I further understand that my employment is at will and can be terminated by me or by HHCC at any time, for any [reason]. Also, I understand that this application is not an offer of employment.

I further understand that all applications and/or resumes submitted for employment consideration become the property of HHCC.

**DATE:**                **APPLICANT SIGNATURE:** _[signature]_

### APPLICATION STATUS

| Referred: | | Reason Not Hired: | |
|---|---|---|---|
| Yes  No. If no, reason | | | |
| Interviewed: Yes / No | | Offer: Yes / No | Date Of Offer: / / |
| Application Status: Future Consideration / No Longer Considered / Hired | | | |

### HIRING INFORMATION (MANAGER)

| Company Name: | Dept #: | Reference #: | Role Title: | Role #: |
|---|---|---|---|---|
| Hire Date: / / | Salary: $ | Hours Per/Wk: | Status: Full-time / Part-time / Per Diem | Temp: |

Manager's Signature
Phone #:
Reviewing Manager's Signature
Phone #:

### HIRING INFORMATION (HUMAN RESOURCES)

| Drug Screen Date: / / | Physical Date: / / | Occupational Health Clearance: Yes / No |
|---|---|---|

HR Signature:

EXHIBIT 32
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

HHJUL 1170