UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON | : | CASE NO. 3:02-cv-1116 (GLG) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL; | : | |
| GLADYS CIASCHINI, as an agent | : | |
| of HARTFORD HOSPITAL and | : | |
| individually; SUSAN A. O'CONNELL, | : | |
| as an agent of HARTFORD HOSPITAL | : | |
| and individually; and SANDRA NILES, | : | |
| as a de facto agent of | : | |
| HARTFORD HOSPITAL and individually | : | |
| | : | |
| Defendants. | : | October 31, 2003 |

### HARTFORD HOSPITAL'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

95.   Produce documents to support Hartford Hospital's claim that Plaintiff was advised at the time of her hire as an Administrative Associate I/Receptionist in the CORE Project that Plaintiff would be required to transport patients at the Conklin Building entrance.

Response:

To the extent that defendant has identified responsive documents, they have previously been produced.

96.   Produce Jan Lynch's statement related to the written warning that was issued to Plaintiff and dated February 13, 2001.

EXHIBIT 33
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

Response:

Despite conducting a diligent search, the Hospital is unable to locate any application by plaintiff for Position Reference Number A010803074A.

120. Produce applications submitted for Position Reference Number A010803074A other then the application submitted by Susan Bradshaw.

Objection:

The Hospital objects to this Request because it calls for the disclosure of information that is confidential pursuant to the Connecticut Personnel Files Act.

Response:

After conducting a diligent search, the Hospital has located and is producing the following documents with respect to Position Reference Number A010803074A (with the exception of the application submitted by Susan Bradshaw) subject to the stipulated protective order entered into by the parties: the job posting, Job Requisition, Role Description, Marcia Smith resume and ERCN, Lafaye Atkins application, and Sharlyn Pacheco resume. Upon information and belief, Celines Rosario and Maria Santiago resume also applied for Position Reference Number A010803074A. However, despite a diligent search, the Hospital is unable to locate any applications for these individuals. In addition, although she filed an application for Position Reference Number A010803064A, Jeannina Thompson was chosen and placed in Position Reference Number A010803074A. The Hospital is producing her application pursuant to the stipulated protective order entered into by the parties.

121. Produce personnel file for applicant hired on December 17, 2000, for the position of Administrative Associate I in the Hemodialysis Department.

Objection

The Hospital objects to this Request as overbroad and not reasonably calculated to lead to the discovery of admissible evidence. Further, any such documents are confidential personnel file documents pursuant to the Connecticut Personnel Files Act.

EXHIBIT 33
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

Response:

Subject to and without waiving the foregoing objection, the Hospital is producing the personnel file of Jennifer Vazquez subject to the stipulated protective order entered into by the parties. Ms. Vazquez was placed in the position after the individual who was originally offered the position (Terri Durler) did not complete mandatory drug screening.

122. Produce application for applicant hired on December 17, 2000, for the position of Administrative Associate I in the Hemodialysis Department.

Objection:

The Hospital objects to this Request because it calls for the disclosure of information that is confidential pursuant to the Connecticut Personnel Files Act.

Response:

Despite conducting a diligent search, the Hospital is unable to locate the application of the successful candidate, Jennifer Vazquez, for this position. The Hospital is producing Ms. Vazquez's ERCN pursuant to the stipulated protective order entered into by the parties.

123. Produce Hartford Hospital Employment Requisition Form for the Administrative I position in the Hemodialysis Department referenced in Requests 121 and 122, above.

Response:

The Hospital is producing the requested document.

124. Produce documents showing results of pre-employment drug screen for individual hired for Administrative Associate I position in the Hemodialysis Department referenced in Requests 121 and 122, above.

10

EXHIBIT 33
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

Objection:

The Hospital objects to this Request because it calls for the disclosure of information that is confidential pursuant to the Connecticut Personnel Files Act.

Response:

There are no responsive documents as the individual (Terri Durler) who was offered the position of AAI in the Hemodialysis Department did not appear for drug screening. Further, internal candidates are not required to submit to drug screening, thus there are no such results for Jennifer Vazquez.

125.    Produce applications for each person hired as an Administrative Associate I in the Hemodialysis Department since December 16, 2000.

Objection:

The Hospital objects to this Request because it calls for the disclosure of information that is confidential pursuant to the Connecticut Personnel Files Act.

Response:

The Hospital is producing the requested documents pursuant to the stipulated protective order entered into by the parties. See Applications from the following applicants for the full-time Administrative Associate I position in the Hemodialysis Department since December 16, 2000: Lovie DeGourville, April Walden, Maria Traina and Kelly Generis.

126.    Produce job posting for Administrative Associate I position in the Hemodialysis Department referenced in Requests 121 and 122, above.

Response:

The Hospital is producing the requested document. See Posting for Administrative Associate I in the Hemodialysis Department, Job Reference Number A021681037F.

127.    Produce personnel file for Lovie DeGourville.

EXHIBIT 33
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

11

search the Hospital is unable to locate any applicable ERCN. The Hospital is producing her application.

A0204003005D = Patient Administrative Associate (Care Continuum): Upon information and belief, although Novette Grant applied for Position Reference Number A0204003002, she was placed in Position Reference Number A0204003005D. The Hospital is producing the ERCN for N. Grant.

A025961062B = Patient Administrative Associate: Pamela Garcia was the successful applicant for this position. Despite a diligent search, the Hospital has been unable to locate an applicable ERCN. The Hospital is producing Ms. Garcia's application.

A025574022E = Patient Administrative Associate: The Hospital is providing the ERCN form for Marcella Martin.

A0300870043 (sic) A030087004E - Patient Administrative Associate: The Hospital is producing the ERCN form for T. Archer.

A025663036 = Administrative Associate - Despite a diligent search, the Hospital cannot locate an ERCN form for William Aiken, the successful applicant for this position.

30080029 = Administrative Associate- Despite a diligent search, the Hospital cannot determine the identity of the successful applicant for this position.

A010803075 = The Hospital is producing the ERCN form for Marcia Smith, who was the successful applicant for this position.

142.   Produce job description for Position Reference Number A0300870043

for which Plaintiff submitted an application dated 9/21/00.

Response:

Upon information and belief, plaintiff's reference in her application dated 9/21/00 to Position Reference Number A0300870043 was in error. There is no such position reference number. The Hospital believes that the correct Position Reference Number was A030087004E (Patient Administrative Associate). The Hospital is producing the Patient Administrative Associate role description.


EXHIBIT 33
Solomon v. Hartford Hospital, et al.
Case No. 3:02-cv-1116(EBB)

18

The Hospital has produced all documents it relied upon in responding to the referenced discovery requests.

THE DEFENDANT,
HARTFORD HOSPITAL

By: /s/ Brenda A. Eckert
Brenda A. Eckert (ct00021)
Beckert@goodwin.com
Gregg Goumas (ct19095)
Ggoumas@goodwin.com
For Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
(860) 251-5000
