Case 3:02-cv-01116-EBB   Document 90-41   Filed 04/05/2005   Page 1 of 1
Solomon v. Hartford Hospital, et al.
Case No. 3:02-cv-1116(EBB)

# HARTFORD HOSPITAL
## EMPLOYEE RECORD/CHANGE NOTICE
### (CONFIDENTIAL)

| L1 | L2 | Employee Number | Dept/Cost Center | Social Security No. | Hire Date | Pay Cd | Emp.Sts. | Date Last Maint. |
|---|---|---|---|---|---|---|---|---|
| 00 | 10 | 46869 | 0216-21 | 049 66 4911 | 01/29/98 | | 1 | 01/29/00 |

### Section 1 Personal Information

| Employee Name (Last, First, MI) | Marital | Street Address | City | State | Zip Code |
|---|---|---|---|---|---|
| VAZQUEZ, JENNIFER M. | 1 | 42 DANIEL STREET | EAST HARTFORD | CT | 06108 |

| Date of Birth | Sex | Non Citizen | Permanent Resident | Home Phone | Person To Contact In An Emergency (Name) | Phone (Emergency) |
|---|---|---|---|---|---|---|
| 08/14/76 | F | | | (860)528-4070 | RAMIREZ, CARMEN | (860)528-4070 |

| Auto Registration 1 | Auto Registration 2 |
|---|---|
| 220MKA | |

### Section 2 Salary History

| Date | Hrs/Wk | Salary | Position Code/Title | Date | Hrs/Wk | Salary | Position Code/Title |
|---|---|---|---|---|---|---|---|
| 00/00/00 | 00.00 | | | 00/00/00 | 00.00 | | |
| 00/00/00 | 00.00 | | | 00/00/00 | 00.00 | | |
| 00/00/00 | 00.00 | | | 00/00/00 | 00.00 | | |

### Section 3 Education / Skills

| Dates | Field of Study | Schools | Date | Skill/Certification | Cert/Yr |
|---|---|---|---|---|---|
| | | | 00/00/00 | | |
| | | | 00/00/00 | | |
| | | | 00/00/00 | | |

CONFIDENTIAL

### Section 4 Status Changes (Transfer/Promotion/Hours)

**Present Status**

| Dept-CC | Position Code | Split Cd | Position Title | Cur. Salary | Min. Salary | Max. Salary | Hrs/Wk | Emp.Cd | WC. Code | Emp.Cd | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3200 24 | 100201 2256 | | ADMIN ASSOCIATE I | 450.00 485.20 | 346.40 | 553.20 | 40.00 | F | N | | 12-17-00 |

New Salary: 485.20

**To Status**

| Dept-CC | Position Code | Position Title | Last Day Paid | Start Date | End Date | Hrs/Wk | Emp.Cd | Effective Date |
|---|---|---|---|---|---|---|---|---|
| 0216-21 | | Admin I 485.20 | 00/00/00 | 00/00/00 | 00/00/00 | 40 | F | 12-17-00 |

### Section 5 L.O.A. Information

| Code | L.O.A. Description | Last Day Worked | (Sunday to Saturday) From Date | To Date | Requested Pay Date | Comments |
|---|---|---|---|---|---|---|
| | | 00/00/00 | | | | |

### Section 6 Advanced Vacation Holiday/Vacation Cash-In Requests and Information

**Advanced Vacation Request**

| HOURS | | | Vacation Cash-In Request | | | |
|---|---|---|---|---|---|---|
| Vac. | Hol. | Weeks | Predetermined Hours Requested for year | YTD Hours Cashed-In | Hours Eligible | Hours Requested | Requested Pay Date |

Richard Herman 12/15/00  Maureen Kowalski 12/18/00
Present Supervisor     New Supervisor

HH 253