Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)

**EMPLOYEE RECORD / CHANGE NOTICE (CONFIDENTIAL)**

RECEIVED JAN 2 3 2003

CONFIDENTIAL

### Section 1 Personal Information

| L1 | L2 | Employee Number | Dept. Cost Center | Social Security No. | Hire Date | Pay Cd | Emp. Sts | Date Last Maint |
|---|---|---|---|---|---|---|---|---|
| 0010 | | 46869 | 622020 | 04966411 | 1-29-98 | | | |

| Employee Name (Last, First, MI) | Marital | Street Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Vazquez, Jennifer M. | 1 | 42 Daniel St | E Ha... | | |

| Date of Birth | Sex | Non Citizen | Permanent Resident | Home Phone | Person To Contact In An Emergency (Phone/Emergency) |
|---|---|---|---|---|---|
| 6-14-76 | F | | | 860 528-4070 | Ramirez, Carmen 860-628-... |

Auto Registration 1: 220MKA
Auto Registration 2:

### Section 2 Salary History

| Date | Hrs/Wk | Salary/Hour | Position Code/Title | Date | Hrs/Wk | Salary/Hr | Position Code/Title |
|---|---|---|---|---|---|---|---|

### Section 3 Education / Skills

| Degree | Field of Study | Schools | Date | Skill/Certification |
|---|---|---|---|---|

### Section 4 Status Changes (Transfer/Promotion/Hours)

**Present Status**

| Dept-CC | Position Code | Split Cd | Position Title | Cur. Salary | Min. Salary | Max. Salary | Hrs/Wk | Emp. Cd | WC Code |
|---|---|---|---|---|---|---|---|---|---|
| 221-20 | 100201 | | Admin Assoc 1 | $12.59/hr | | | 40 | | |

**To Status**

| Dept-CC | Position Code | Split Cd | Position Title | | | New Salary | Hrs/Wk | Emp. Cd | Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 221-20 | 118 | | PAA | | | $14.00/hr | 40 | | 2/1/03 |

### Section 5 L.O.A. Information

| Code | L.O.A. Description | Last Day Worked | Last Day Paid | Start Date | End Date | Comments |
|---|---|---|---|---|---|---|

### Section 6 Advanced Vacation

Holiday / Vacation Cash-In Requests and Information

**Advanced Vacation Request (Sunday to Saturday)**    **Vacation Cash-In Request**

| HOURS | | | From Date | To Date | Requested Pay Date | Predetermined Hours Requested for year | Hours Eligible | Hours Cashed-In | YTD Hours | Hours Requested | Requested Pay Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Vac. | Holiday | Weeks | | | | | | | | | |

Present Supervisor: Jan Lynch  Date: 22-03  
New Supervisor: _____  Date: _____  
Personnel: Christi Hayes  Date: 1/24/03