**CONFIDENTIAL**

RECEIVED
JUN 2 8 2000
HUMAN RESOURCES

## APPLICATION FOR PROMOTION / TRANSFER
*ONLY THOSE APPLICATIONS WITH A REFERENCE NUMBER WILL BE ACCEPTED*

DATE: 6/26/00

REFERENCE NO: A021681037F

ASSIGNED TO: Joyce Harrison
*(PLEASE PRINT CLEARLY)*

POSITION TITLE (APPLYING FOR): Administrative Associate I

EMPLOYEE NAME: Lovie De Gourville

EMPLOYEE NO: 47694

PRESENT DEPT: Hemodialysis - JB-8

PRESENT POSITION NO: 100 428 0013

PRESENT POSITION TITLE: Patient Care Tech.

BEST TIME TO CONTACT FOR INTERVIEW: 9:00 AM - 4:30 pm

PHONE #: 545-2070

EDUCATION: Trained Dialysis PCT, Certified Medical Assistant, High School Grad

EXPERIENCE: Knowledgeable of lab ordering, medical Records, computers, medical terminology,

WHAT DO YOU HAVE TO OFFER THIS POSITION? Excellent professional/communication skills, dialysis experience, current working relationship with dialysis physicians, patients and staff.

RESUME ATTACHED? ☒ NO ☐ YES

HAVE YOU BEEN EMPLOYED LESS THAN 6 MONTHS? ☒ NO ☐ YES, MANAGER SIGNATURE: _____

I GRANT PERMISSION FOR MY PERSONNEL FILE TO REVIEWED BY MY PROSPECTIVE MANAGER.
☐ NO ☒ YES

EMPLOYEE SIGNATURE: _____

**HUMAN RESOURCES USE ONLY**

REFERRED: ☒ YES ☐ NO
REASON: _____

HUMAN RESOURCE CONSULTANT: _____

**MANAGERS USE ONLY**

APPLICANT INTERVIEWED: ☐ YES ☐ NO   COMMENTS: _____

POSITION OFFERED ☐ YES ☐ NO   REASON: _____
ACCEPTED ☐ YES ☐ NO   COMMENTS: _____

EFFECTIVE DATE OF TRANSFER: _____   MANAGER SIGNATURE: _____

**HUMAN RESOURCE USE ONLY**

POSITION NUMBER: _____   DATABASE ENTRY: _____
HUMAN RESOURCES SIGNATURE: _____

EXHIBIT 36
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)

HH 812