

# Hartford Health Care Corporation
## Performance Management

Name: *Lovie DeGourville*

Role: *Patient Care Technician*

Organization/Department: Hemodialysis 021681

Performance Period: fy 2001

**CONFIDENTIAL**

## OVERVIEW AND INSTRUCTIONS

*In order to appropriately recognize and reward excellence in the workplace, an objective performance evaluation must be completed for each employee. The evaluation process consists of an assessment of an employee's performance relative to role accountabilities, individual goals, and organization-wide values. Once performance is assessed, an overall performance rating is assigned and that rating is used in determining an appropriate compensation decision.*

## PERFORMANCE DEFINITIONS

| Needs Improvement | Effective Performance | Exemplary Performance |
|---|---|---|
| *Does not fulfill accountabilities or accountabilities are not met in a fully satisfactory manner.* | *Consistently fulfills accountabilities in a fully satisfactory manner. Performs at competent level of qualified, experienced person. Also applies to those employees who are making expected progress in new roles but are not yet fully effective.* | *Consistently and continually achieves excellent results and exceeds overall standards.* |

## SECTION 1: BASIC REQUIREMENTS

*Please indicate in the appropriate space whether the employee demonstrates knowledge of, maintains, complies with, or has completed the following. If basic requirements have not been fulfilled, please indicate when this will be done.*

| Requirement | Yes | No (Date) | N/A |
|---|---|---|---|
| Licensing: *Certified Medical Assistant* | ✓ | *1973* | |
| Certification: *CPR (Adult/child/Infant)* | ✓ | *10/99* | |
| Compliance with regulatory standards (i.e. OSHA) *validation 9/7/00.* | ✓ | | |
| Review of confidentiality policy | ✓ | | |
| PPD.  *11/98   11/99   9/00* | ✓ | | |
| Training: CPR *9/7/00  Recert x 2 yrs 10/99* | ✓ | | |
| Training: TB Control | ✓ | | |
| Training: Blood-borne Pathogens | ✓ | | |
| Training: Infection Control | ✓ | | |
| Training: Safety | ✓ | | |
| Age-specific: (If yes, show evidence of demonstrated competency) | ✓ | | |
| Other: | | | |
| Other: | | | |

HH FORMS 571430 REV 10-98

Effective 10/98

**EXHIBIT 37**

Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

HH 292



# Hartford Health Care Corporation
# Performance Management

## SECTION 3: Value Assessment (HOW)

*This section assesses, relative to hospital-wide values, how the employee attained the results achieved in Section 2. Ratings should be supported by actual examples of demonstrated performance. See the Value Definitions for more information. Needs Improvement Ratings should be the basis for developmental goals for the next performance period.*

[✓] Employee          [ ] Manager          [ ] Senior Manager

| Value | Performance Level |
|---|---|
| **Patient-centered Care:** *In all our endeavors, we are guided by the needs of the patient, creating a partnership that is effective and personal across the continuum of care.*   **CONFIDENTIAL** | [ ] Needs Improvement<br>[ ] Effective<br>[ ] Exemplary<br>[ ] No Opportunity to Demonstrate |
| **Continuous Learning:** *We actively support outstanding programs of education and research designed to encourage the acquisition of knowledge and skills that are of value to the organization and the community.* | [ ] Needs Improvement<br>[ ] Effective<br>[ ] Exemplary<br>[ ] No Opportunity to Demonstrate |
| **Community:** *We actively support partnerships that will improve our community and, as stewards of a public trust, we ensure informed and dignified care for all patients regardless of their ability to pay.* | [ ] Needs Improvement<br>[ ] Effective<br>[ ] Exemplary<br>[ ] No Opportunity to Demonstrate |
| **Communication:** *We strive to acquire and understand information, and share it clearly and effectively.* | [ ] Needs Improvement<br>[ ] Effective<br>[ ] Exemplary<br>[ ] No Opportunity to Demonstrate |
| **Relationships:** *We develop and strengthen collaborative relationships with all of our customers, including our patients, their families, our employees, volunteers, medical staff and our business partners.* | [ ] Needs Improvement<br>[ ] Effective<br>[ ] Exemplary<br>[ ] No Opportunity to Demonstrate |
| **Diversity:** *We recognize, respect and actively support differences among individuals and demonstrate this philosophy through our words and actions.*   **EXHIBIT 37**<br>Solomon v. Hartford Hospital., et al.,<br>Case No. 3:02-cv-1116(EBB) | [ ] Needs Improvement<br>[ ] Effective<br>[ ] Exemplary<br>[ ] No Opportunity to Demonstrate |

HH 293

 **Hartford Health Care Corporation**
**Performance Management**

## SECTION 3: Value Assessment (continued)

| Value | Performance Level |
|---|---|

**Human Resources:** *We support the professional and personal growth of employees in their pursuit of the hospital's mission.*

☐ Needs Improvement
☐ Effective
☐ Exemplary
☐ No Opportunity to Demonstrate

# CONFIDENTIAL

**Organizational Ethics:** *We are guided by ethical values that emphasize honesty, fairness, dignity and respect for the individual.*

☐ Needs Improvement
☐ Effective
☐ Exemplary
☐ No Opportunity to Demonstrate

**Superior Performance:** *We strive for superior performance in all that we do, to preserve the hospital's clinical, organizational and financial strength.*

☐ Needs Improvement
☐ Effective
☐ Exemplary
☐ No Opportunity to Demonstrate

**Overall Performance Rating:**   ☑ EXEMPLARY    ☐ EFFECTIVE    ☐ NEEDS IMPROVEMENT

**Employee Comments**

**EXHIBIT 37**
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

Employee Signature: _____  Date: _____

*My signature does not necessarily mean that I agree with this evaluation; it is only to acknowledge that my supervisor and I have met and that he/she has reviewed it with me.*

Supervisor Signature: *Anne Reyn*  Date: 10/18/0_

Dept Head Signature: _____  Date: _____

FOLLOWING ASSESSMENT, THE EMPLOYEE SHOULD BE GIVEN A COPY OF THE COMPLETED FORM.
ORIGINAL SHOULD BE SENT TO YOUR ASSIGNED HUMAN RESOURCES CONSULTANT.
V2.0

HH 294