**Hartford Health Care Corporation**
**Performance Management**

# CONFIDENTIAL

Name: Lovie Kelsey                          Role: A.A.II

Organization/Department:                    Performance Period:

Interventional Electrophysiology            FY 2001

025922

## OVERVIEW AND INSTRUCTIONS

*In order to appropriately recognize and reward excellence in the workplace, an objective performance evaluation must be completed for each employee. The evaluation process consists of an assessment of an employee's performance relative to role accountabilities, individual goals, and organization-wide values. Once performance is assessed, an overall performance rating is assigned and that rating is used in determining an appropriate compensation decision.*

### PERFORMANCE DEFINITIONS

| Needs Improvement | Effective Performance | Exemplary Performance |
|---|---|---|
| *Does not fulfill accountabilities or accountabilities are not met in a fully satisfactory manner.* | *Consistently fulfills accountabilities in a fully satisfactory manner. Performs at competent level of qualified, experienced person. Also applies to those employees who are making expected progress in new roles but are not yet fully effective.* | *Consistently and continually achieves excellent results and exceeds overall standards.* |

### SECTION 1: BASIC REQUIREMENTS

*Please indicate in the appropriate space whether the employee demonstrates knowledge of, maintains, complies with, or has completed the following. If basic requirements have not been fulfilled, please indicate when this will be done.*

| Requirement | Yes | No (Date) | N/A |
|---|---|---|---|
| Licensing: | N/A | | |
| Certification: Certified Medical Assistant | (Current) | | |
| Compliance with regulatory standards (i.e. OSHA) | | | |
| Review of confidentiality policy | 11-01 | | |
| PPD | 11-01 | | |
| Training: CPR | | | |
| Training: TB Control | 11-01 | | |
| Training: Blood-borne Pathogens | | | |
| Training: Infection Control | | | |
| Training: Safety | | | |
| Age-specific: (If yes, show evidence of demonstrated competency) | 11-01 | | |
| Other: | | | |
| Other: | | | |

Effective 10/98

**EXHIBIT 38**
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

HH 283

**CONFIDENTIAL**

2001 PERFORMANCE REVIEW
AND REVIEW OF HARTFORD HOSPITAL VALUES

LOVIE KELSEY, ADMINISTRATIVE ASSOCIATE II
INTERVENTIONAL ELECTROPHYSIOLOGY

Patient Centered Care  Lovie's interactions with patients are always warm, caring and professional. She works hard with patients to plan procedure times and appointments to suit them. In every way, she puts the patient first.

Continuous Learning Lovie stepped into an newly developed role, in a new office on JB2,with Dr. Clyne who is new to the hospital. As a result of their work, the interventional electrophysiology service has grown enormously in the last six months. Lovie will continue to learn and grow in the administrative associate role.

Community

Communication In her role, Lovie must communicate effectively with a variety of customers including patients, physicians, vendors, insurance companies, and virtually every department in the hospital. Many times her communication must involve a coordinating, cooperative effort with the customer, which she does extremely well. Lovie communicates well in writing, verbally, and electronically. Her demeanor is always professional, open and friendly. She is willing to give and receive positive and negative feedback.

Relationships  Lovie has a good relationship with her peers in the Arrhythmia Unit and Cardiac cath lab. She is willing to help and is always cooperative in seeking solutions.

Diversity  Lovie is very sensitive to the emotions and needs of others. She respects different points of view and is willing to work with solutions to issues other than her own.

Human Resources Lovie will cover for her peers who are sick or on vacation without complaint. She is willing to stay as necessary to get work done. She sets goals and standards for the interventional ep office and attains them.

Organizational Ethics Lovie understands the importance of patient privacy with regard to office phone conversation. She also maintains patient privacy with regard to computer screens.

Superior Performance  Lovie demonstrates high levels of initiative to learn from others. She puts in many hours to assure that work products are completed in a timely fashion. Her personal work standards are extremely high. She is an important member of the Arrhythmia Services/Interventional EP team.

Lovie transferred to cardiology from dialysis on April 29, 2001.

EXHIBIT 38
Solomon v. Hartford Hospital, et al,
Case No. 3:02-cv-1116(EBB)

HH 284

## CONNECTICUT HEALTH SYSTEM, INC.

ITS WHOLLY-OWNED SUBSIDIARIES, ALLIANCES, JOINT VENTURES, REGIONAL PARTNERS AND USER-SUBSCRIBERS

### CONFIDENTIALITY AGREEMENT

I understand in the course of providing my services at Hartford Hospital, MidState Medical Center and Connecticut Children's Medical Center ("the hospital") I may have access to Confidential Information.

"Confidential Information" means any information that is created or received by the Hospital relating to a patient's past, present, or future physical or mental health or condition, the provision of health care to a patient, or the past, present or future payment for the provision of health care to a patient.

"Confidential Information" also means all Hospital personnel records, employee health records, administrative and financial information, marketing materials, business plans and practices, forms, agreements, policies, guidelines, inventions, know how, software systems and products, and any other data, documents and information owned by or in the custody or possession of the Hospital regardless of form or storage media.

*By signing this document, I agree :*

1.  To abide by all Hospital polices, procedures and guidelines relating to the use, access and protection of Confidential Information, as amended from time to time.

2.  To hold in strictest confidence all Confidential Information and not to disclose or discuss Confidential Information with any other third party including, friends or family except as permitted by Hospital policies and procedures.

3.  To use Confidential Information only in connection with the performance of my duties on behalf of the Hospital, and not remove Confidential Information from the Hospital premises except as required by my position in accordance with Hospital policies, procedures and guidelines.

4.  That I will not discuss Confidential Information where unauthorized persons can overhear the conversation, such as in hallways, elevators, cafeterias, and restaurants, and at social events.

5.  That I will access Confidential Information for the sole purpose of performing my approved job function and will not access confidential Information at the request of others who do not have a need or right to have access to such Confidential Information.

6.  That I will not leave my computer terminal unattended while on-line or share or lend my user passwords or authentication code or device with any other person.

7.  To ensure that all Confidential Information is retained and destroyed according to Hospital policy, procedures and guidelines.

*I understand that:*

8.  Access to and use of Confidential Information is subject to regular audit and monitoring.

9.  The restrictions described in the Agreement are in force at all times and in all locations.

10. If I fail to comply with the terms of this Agreement, I may be subject to disciplinary action, including revocation of my access and/or termination from employment.

11. A patient's right to the confidentiality of health information is protected by state and federal laws and Hospital policies, procedures, and guidelines.

12. If I violate this Agreement, I as an individual, may be subject to civil or criminal legal action for which I will not be provided defense counsel or insurance coverage by the hospital.

13. I understand that my obligations under this Agreement shall continue to be in effect after termination of this agreement or employment.

Signature: _____    Date: 11/15/01

Name (Print or Type): Lovie DeGurville    Employee Number: _____

Department: Interventional E.P.    Hospital: Hartford

**EXHIBIT 38**
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

HH 285

9/7/99

 **Hartford Health Care Corporation**
**Performance Management**

### SECTION 3: Value Assessment (continued)

| Value | Performance Level |
|---|---|
| **Human Resources:** *We support the professional and personal growth of employees in their pursuit of the hospital's mission.* | ☐ Needs Improvement<br>☐ Effective<br>☐ Exemplary<br>☐ No Opportunity to Demonstrate |
| **Organizational Ethics:** *We are guided by ethical values that emphasize honesty, fairness, dignity and respect for the individual.* | ☐ Needs Improvement<br>☐ Effective<br>☐ Exemplary<br>☐ No Opportunity to Demonstrate |
| **Superior Performance:** *We strive for superior performance in all that we do, to preserve the hospital's clinical, organizational and financial strength.* | ☐ Needs Improvement<br>☐ Effective<br>☐ Exemplary<br>☐ No Opportunity to Demonstrate |

**Overall Performance Rating:**   ☑ EXEMPLARY   ☐ EFFECTIVE   ☐ NEEDS IMPROVEMENT

**Employee Comments**

**CONFIDENTIAL**

**EXHIBIT 38**
<u>Solomon v. Hartford Hospital., et al.,</u>
Case No. 3:02-cv-1116(EBB)

6% Exemplary rating = $ 15.37

Employee Signature: *Louie Kelsey*   Date: 11/15/01

*My signature does not necessarily mean that I agree with this evaluation; it is only to acknowledge that my supervisor and I have met and that he/she has reviewed it with me.*

Supervisor Signature: _____   Date: _____

Dept. Head Signature: *Susan DeMella en/ms*   Date: 11-15-01

FOLLOWING ASSESSMENT, THE EMPLOYEE SHOULD BE GIVEN A COPY OF THE COMPLETED FORM. ORIGINAL SHOULD BE SENT TO YOUR ASSIGNED HUMAN RESOURCES CONSULTANT. V2.0

HH 286