Case 3:02-cv-01116-EBB    Document 90-47    Filed 04/05/2005    Page 1 of 1
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

# NOTICE (CONFIDENTIAL)

**CONFIDENTIAL**

## Section 1 Personal Information

| Employee Name (Last, First, MI) | Marital | Street Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Kelsey, Lovie J | S | 935 Poquonock Avenue | Windsor | CT | 06095 |

| Date of Birth | Sex | | Home Phone | Person to Contact In An Emergency (Name) | Phone (Emergency) |
|---|---|---|---|---|---|
| Feb 28 1955 | F | Non Citizen Permanent Resident | 860 683-0864 | Degourville, April | 860 726-2705 |

Auto Registration 1        Auto Registration 2

## Section 2 Salary History

| Date | Hrs/Wk | Salary | Position Code/Title | Date | Hrs/Wk | Salary | Position Code/Title |
|---|---|---|---|---|---|---|---|
| Oct 31 2001 | 40 | 31969.6 | ADMINISTRATIVE ASSOCIATE II | | | | |
| Apr 29 2001 | 40 | 30160 | ADMINISTRATIVE ASSOCIATE II | | | | |
| Nov 1 2000 | 40 | 27474.72 | PATIENT CARE TECHNICIAN - DI | | | | |
| Nov 3 1999 | 40 | 26166.4 | PATIENT CARE TECHNICIAN - DI | | | | |
| Jun 4 1999 | 40 | 25168 | PATIENT CARE TECH DIAL | | | | |

## Section 3 Education / Skills

| Degree | Field of Study | Date | Schools | Date | Skill/Certification | Cert/Yr |
|---|---|---|---|---|---|---|

## Section 4 Status Changes (Transfer/Promotion/Hours)

| Present Status | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Dept-CC | Position Code | Split Cd | Position Title | Cur. Salary | Min. Salary | Max. Salary | Hrs/Wk | Emp Cd | WC Code |
| To Status | | | | | | | | | |
| Dept-CC | Position Code | Split Cd | Position Title | Cur. Salary | Min. Salary | Max. Salary | Hrs/Wk | Emp Cd | WC Code |

## Section 5 L.O.A. Information

25922    Team 9/07/02

| Code | L.O.A. Description | Last Day Worked | Last Day Paid | Start Date | End Date | Comments |
|---|---|---|---|---|---|---|

## Section 6 Advanced Vacation Holiday/Vacation Cash-In Requests and Information

| Advanced Vacation Request | | | (Sunday to Saturday) | | | Vacation Cash-in Request | | | |
|---|---|---|---|---|---|---|---|---|---|
| HOURS | | | | | | Predetermined Hours | YTD Hours | | |
| Vac. | Hol. | Weeks | From Date | To Date | Requested Pay Date | Requested for year | Hours Eligible | Cashed-in | Hours Requested | Requested Pay Date |

| Present Supervisor: | Date: | New Supervisor: | Date: | Personnel: | Date: |
|---|---|---|---|---|---|