EXHIBIT 41
Solomon v. Hartford Hospital, et al.
Case No. 3:02-cv-1116(EBB)

EMPLOYEE RECORD/CHANGE NOTICE
(CONFIDENTIAL)

CONFIDENTIAL

**Section 1 Personal Information**

| Employee Name (last, first, MI) | Marital | Street Address | City | State | Zip Code |

| Date of Birth | Sex | Non-Citizen | Permanent Resident | Home Phone | Person To Contact In An Emergency (Name) | Phone (Emergency) |

| Auto Registration 1 | Auto Registration 2 |

Packman, Dawn

0010 - 7459 0105-01

**Section 2 Salary History**

| Date | Hrs/Wk | Salary | Position Code/Title |

**Section 3 Education / Skills**

| Degree | Field of Study | Schools | Date | Skill/Certification | Cert/Yr |

**Section 4 Status Changes (Transfer/Promotion/Hours)**

| Present Status | Position Code | Split Cd | Position Title | Cur. Salary | Min. Salary | Max. Salary | Hrs/Wk | Emp.Cd | WC.Code |
| To Status | Dept-CC | Position Code | Position Title | | | New Salary | Hrs/Wk | Emp.Cd | Effective Date |

term + cure

**Section 5 L.O.A. Information**

| Code | L.O.A. Description | Last Day Worked | Last Day Paid | Start Date | End Date | Comments |

**Section 6 Advanced Vacation/Holiday/Vacation Cash-In Requests and Information**

| Advanced Vacation Request | | Vacation Cash-In Request | |
| Hours / Hol | Weeks | (Sunday to Saturday) From Date | To Date | Requested Pay Date | Predetermined Hours Requested for year | Hours Eligible | YTD Hours Cashed-In | Hours Requested | Requested Pay Date |

HH 384

EXHIBIT 41
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

**NOTICE OF TERMINATION/RESIGNATION** – Must be coordinated with Personnel Department. attach letter of resignation if applicable.

Date: 8/21/02    Last Day Worked: 8/21/02

Resigned ___   Discharged ✓   Downsized ___   CHS Transfer ___

Retired ___   Deceased ___

Willing to Rehire: No    Notice Worked: ___

Termination Reason: Poor Performance

**OVERALL EVALUATION** (Circle one for each category)

PERFORMANCE: excellent   good   fair   (poor)
ATTENDANCE: excellent   good   (fair)   poor
CONDUCT: excellent   (good)   fair   poor
ATTITUDE: excellent   good   (fair)   poor
INTERPERSONAL SKILLS: excellent   good   (fair)   poor

Comments: ___

Supervisor: ___   Date: 8/21/02

Personnel: Cari Cuthrerg    Date: 8/21/02

THIS AREA FOR PERSONNEL/PAYROLL USE ONLY

Wages from Sunday of Week to date last worked
Vacation hours ___ $___
Holiday hours ___ $___
Severance hours ___ $___
Sick hours ___

PAYROLL SUPERVISOR: ___
RATE: ___

**Retirement Section**
Vested ___
Years Credited Service ___
% Sick Time Reimbursement ___
Authorized By: ___
Comments: ___

PAY CODE
1-JEP Employees
3-MEP Employees
6-House Staff

L.O.A. CODE
C-Workers Comp
E-Education
P-Family Leave
I-Illness
L-Layoff/Downsize
M-Maternity
P-Personal
S-Military Service

EMPLOYMENT CODE
P-Full Time        M-Management
P-Part Time       T-Temporary
W-Modified work week   Y-Relief
D-Per diem       Z-Vacation Relief
S-Student

CONFIDENTIAL

HH 365