## CONNECTICUT HEALTH SYSTEM TRANSFER FORM

CURRENT EMPLOYER  CCMC
TRANSFERRING TO  Hartford Hospital

NAME  Tiffany Rowe           HH EMPLOYEE # _____
HOME PHONE  860 523-4997     HH DEPT # _____
HOME ADDRESS  28 Whitney Street, Apt. 102
              Hartford, CT 06105
DATE OF BIRTH  12-4-75       SOCIAL SECURITY #  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

ORIGINAL EMPLOYMENT DATE  6/23/98
STATUS  FT                   BUDGETED HOURS  40
DATE OF TRANSFER  3/27/00
SALARY AT TIME OF TRANSFER  $14.33

**CONFIDENTIAL**

|                              | YES | NO |
|------------------------------|-----|----|
| HEALTH INSURANCE             | ✓   |    |
| DENTAL INSURANCE             | ✓   |    |
| LIFE INSURANCE               | ✓   |    |
| LTD INSURANCE                | ✓   |    |

|                              |     | CO. | AMT |
|------------------------------|-----|-----|-----|
| SUPPLEMENTAL LIFE INSURANCE  | ✓   |     | $50,000 |
| TAX SHELTERED ANNUITY        | ✓   |     |     |

MEDICAL/DEPEND CARE ACCTS  ___ ✓

ACCRUALS BEING TRANSFERRED:
   VACATION CASH IN _____         VACATION  28.94
   SICK  96.48                     HOLIDAY  _____
   FLOAT & PERSONAL _____

YEARS OF CREDITED SERVICE FOR RETIREMENT  1 yr. 8 mo.
YEARS OF VESTED SERVICE  _____
YTD CREDITED HOURS  (+/- 1000)  less than 1000
CHS YEARS & MONTHS OF EMPLOYMENT  _____
   (indicate any lengthy loa)

CONTACT PERSON AT SENDING HOSPITAL  Barbara Wartschow
TELEPHONE NUMBER  5-8045

CC: PAYROLL, HUMAN RESOURCES, TOWERS PERRIN, J. MOUNDS (TEAM 1), FILE

EXHIBIT 42
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)

HH 142