EXHIBIT 43
Solomon v. Hartford Hospital, et al.
Case No. 3:02-cv-1116(EBB)

**CONFIDENTIAL**

# EMPLOYEE RECORD/CHANGE NOTICE (CONFIDENTIAL)

| L1 | L2 | Employee Number | Dept/Cost Center | Social Security No. | Hire Date | Pay Cd | Emp. Sts | Date Last Maint |
|---|---|---|---|---|---|---|---|---|
| | | 42300 | 129503 | 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 | 6/23/98 | | | |

### Section 1 Personal Information

| Employee Name (Last, First, MI) | Sex | Marital | Non Citizen | Permanent Resident | Street Address | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|
| Rowe, Tiffany M. | F | S | | | 28 Whitney St - Apt 102 | Hartford | CT | 06105 |

| Date of Birth | Auto Registration 1 | Auto Registration 2 | Home Phone | Phone (Emergency) Person To Contact In An Emergency (Name) |
|---|---|---|---|---|
| 12/04/75 | | | (860)523-4997 | |

### Section 2 Salary History

| Date | Hrs/Wk | Salary/Hour | Position Code/Title |
|---|---|---|---|

### Section 3 Education / Skills

| Degree | Field of Study | Schools | Date | Skill/Certification |
|---|---|---|---|---|

### Section 4 Status Changes (Transfer/Promotion/Hourly)

| Present Status | Dept-CC | Position Code | Spl. Cd | Position Title | Hrs/Wk | Emp. Cd | WC Code |
|---|---|---|---|---|---|---|---|
| | A1295 3112 | | | Admin Associate III | | | |

| Cur. Salary | Min. Salary | Max. Salary |
|---|---|---|
| 18.90 | | |

| To Status | Dept-CC | Position Code | Position Title | Hrs/Wk | Emp. Cd | Effective Date |
|---|---|---|---|---|---|---|
| | 40503 | A1295-03108 | Business Systems Analyst | | | 12/1/00 |

| New Salary | Last Day Paid | Last Day Worked | Start Date | End Date | Comments |
|---|---|---|---|---|---|
| 21.00 | | | | | |

Paul B

### Section 5 LOA Information

| Code | Short Description |
|---|---|

### Section 6 Advanced Vacation Holiday/Vacation Cash-In Requests and Information

| Advanced Vacation Request | | | | Vacation Cash-In Request | | | |
|---|---|---|---|---|---|---|---|
| HOURS Req. | (Sunday to Saturday) Weeks | From Date | To Date | Requested Pay Date | Predetermined Hours Requested for year | YTD Hours Cashed-In | Hours Eligible | Requested Pay Date |

HH 126    SAMPLE PRINT OF FORM : HHEMP1