## HARTFORD HOSPITAL
### EMPLOYEE RECORD/CHANGE NOTICE
(CONFIDENTIAL)

| Pay Co | Emp No | Date Last Maint |
|---|---|---|
| 1 | | 12/22/00 |

| Employee Number | Dept/Cost Center | Social Security No. | Hire Date |
|---|---|---|---|
| 00 10 70569 | 0257 01 | | 06/19/99 |

### Section 1 Personal Information

| Employee Name (Last, First, MI) | Marital | Street Address | City | State | Zip Code |
|---|---|---|---|---|---|
| GRANT, NOVETTE JEAN | 1 | 229 FRANKLIN AVENUE | HARTFORD | CT | 06114 |

| Date of Birth | Sex | Non Citizen | Permanent Resident | Home Phone | Person To Contact In An Emergency (Name) | Phone (Emergency) |
|---|---|---|---|---|---|---|
| 12/16/62 | F | | | (860)296-4304 | GRANT, JOYCE | (860)278-6530 |

### Section 2 Salary History

| Date | Hrs/Wk | Salary | | Date | Hrs/Wk | Salary | Position Code/Title |
|---|---|---|---|---|---|---|---|
| 00/00/00 | 00.00 | | | 00/00/00 | 00.00 | | |
| 00/00/00 | 00.00 | | | 00/00/00 | 00.00 | | |
| 00/00/00 | 00.00 | | | 00/00/00 | 00.00 | | |
| 00/00/00 | 00.00 | | | 00/00/00 | 00.00 | | |

**CONFIDENTIAL**

### Section 3 Education / Skills

| Degree | Field of Study | Date | School | Cert/Yr | Skill/Certification |
|---|---|---|---|---|---|

### Section 4 Status Changes (Transfer/Promotion/Hours)

Present Status

| Dept-CC | Position Code | Shift Cd | Position Title | Cur. Salary | Min. Salary | Max. Salary | Hrs/Wk | Emp.Cd | WC Code |
|---|---|---|---|---|---|---|---|---|---|
| 0257 01 | 00120 | | Patient Care Assoc | | | | 40.00 | F | |

To Status

| Dept-CC | Position Code | Position Title | | | New Salary | | Hrs/Wk | Emp.Cd | Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 0250703 | 118 | PCA | | | | | 32 | | 1/23/200? |

### Section 5 L.O.A. Information

| Code | L.O.A. Description | Last Day Worked | Last Day Paid | Start Date | End Date | Comments |
|---|---|---|---|---|---|---|

### Section 6 Advanced Vacation Holiday/Vacation Cash-in Requests and Information

Advanced Vacation Request | Vacation Cash-In Request

| HOURS | | | (Sunday to Saturday) | | | Predetermined Hours | YTD Hours | | |
|---|---|---|---|---|---|---|---|---|---|
| Hol. | Vac. | Weeks | From Date | To Date | Requested Pay Date | Requested for year | Hours Eligible | Cashed-In | Hours Requested | Requested Pay Date |

Present Supervisor: _[signature]_ Date: 1/3/2001  New Supervisor: _[signature]_ Date: 1/5/00  Personnel: D. Mitchell Date: 1-31-01

Form HHEMP1  Rev. 11/16/92

**EXHIBIT 44**
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

HH 838