CONFIDENTIAL

Policy #101
Page 1 of 2
Date 6/98

# EQUAL EMPLOYMENT OPPORTUNITY/ AFFIRMATIVE ACTION

**PURPOSE:** To conform to both the letter and spirit of Executive Order 11246 and all other related civil rights laws.

**SCOPE:** All employees, students, vendors, contractors and applicants for employment.

**POLICY:** It has been and will continue to be the policy of Hartford Hospital to fill new and open positions from within by promoting qualified employees, thus providing an opportunity for individual growth. In the event there are no qualified applicants within Hartford Hospital, Connecticut Children's Medical Center or Mid-State Medical Center (as of 9/98), applicants will be recruited from outside sources. No employee, student or applicant will be discriminated against because of race, color, religion, age, sex marital status, national origin, ancestry, disability or sexual orientation. It is further the policy of Hartford Hospital that all vendors, contractors, and others doing business with the hospital adhere to the principles for Equal Employment Opportunity.

This statement is a reaffirmation of a hospital policy of long standing. The strengthening of this policy will be accomplished by the development of specific result-oriented programs which collectively will constitute the Affirmative Action Plan of the Hospital.

**PROCEDURE:** It is the responsibility of all staff to conform to both the letter and the spirit of Executive Order 11246 and all related civil rights laws. Conformance to this Executive Order implies adoption of a broad definition of the term "discrimination". Simply eliminating historical bias does not constitute affirmative action. This phrase is accepted by Hartford Hospital and its staff to include positive action aimed at increasing meaningful representation by minorities and all economic disadvantaged, including non-minorities in all Hartford Hospital activities.

EXHIBIT 46
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

HHJUL 033

CONFIDENTIAL

Policy #101
Page 2 of 2
Date 6/98

When hiring or promoting within those job categories in which a specific group is underutilized, we will take affirmative action to seek out qualified applicants. All terms and conditions of employment at Hartford Hospital are, and will continue to be, established on the basis of the individual's qualifications and ability to perform the job.

It is the primary responsibility of the Vice President of Human Resources to develop, coordinate, and monitor the Equal Opportunity programs, including the Affirmative Action Plan working with the Human Resources Department and Senior Management.

EXHIBIT 46
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)

IL 834