## Positions currently available within *HARTFORD HOSPITAL*

Only internal applicants will be considered for the first seven days a position is posted. Please include Position Reference Number when filling out a transfer application.

| Reference # Date Posted | Department | Position Requirements | Position Summary | Going Rate (mid-point) and Hours | Assigned To | Closing Date |
|---|---|---|---|---|---|---|
| A030089003E 09/22/2000 | Hartford Hospital OPD/Adult Primary | Patient Administrative Associate  High School graduate or equivalent required. Bi-lingual English/Spanish required. Customer focussed, computer knowledge essential. | Provide clerical, administrative support to a busy health care team. Contributes to the efficient operation of practice by greeting patients, booking appointments, answering phones. Maintain work area records, operates computer systems. | $12.50  Ft-40 hours. Monday-Friday 8:am-4:30pm. | Maria Herrera, Ext. 5-5105 | 09/29/2000 |

EXHIBIT 47
Solomon v. Hartford Hospital, et al.
Case No. 3:02-cv-1116(EBB)