CONFIDENTIAL
A01050103l



# GLADYS MORALES CIASCHINI

1 Olde Farms Road
Ellington, CT 06029
(860) 871-0309
Email: gcdc2@aol.com

## SUMMARY
A results oriented Human Resources professional with a strong emphasis on Recruitment, Retention, Employee Relations, Staffing, Coaching, Counseling and Compliance. A quick learner with excellent communication skills and a strong customer focus. Skills and experience include:

- recruitment/retention
- staffing
- employee relations
- salary administration
- conflict resolution

- consistent application of policies
- training and development
- consolidations/restructuring
- information systems (HR)
- employment law compliance

## RESPONSIBILITIES AND ACCOMPLISHMENTS
St. Francis Hospital & Medical Center, Hartford, CT            (1995 - Present)
**Human Resources Representative**
- Provide full scope of Human Resources services to management and professional staff.
- Plan and attend recruitment functions, career fairs, open houses and college recruitment.
- Formulate and implement strategies with department managers for recruitment.
- Implementation of a recruitment and retention committee.
- Recruit managers, registered nurses, and health care staff.
- Develop and introduce strategies to meet workforce diversity goals. Presented a community outreach program linking medical professionals with students.
- Assisted in developing a per-diem registered nurses pool with a cost savings of $80,000.
- Manage recruitment, staffing, employee relations, training, and counseling for Administration, Telecommunications, and Patient Care Services.
- Introduced exit interview software package to measure turnover rate and improve retention.
- Interpret and advise management and staff on Human Resources policies and procedures.
- Supervised Human Resources assistants inclusive of reviews and mentoring.
- Present training workshops for management and staff, including Sexual Harassment.
- Participated in multiple department re-organizations promoting cost effectiveness.

**Recruiter - Patient Care Services**            (1992 - 1995)
- Recruited and hired managers, nurses, assistants, technical and clerical staff.
- Developed applicant flow process improvements to expedite recruitment/hiring procedure.
- Managed career fairs and college recruitment at the national and local level.
- Led successful team efforts to meet recruitment and retention goals.
- Increased recruitment of diversified workforce.

**EXHIBIT 48**
Solomon v. Hartford Hospital, et al.
Case No. 3:02-cv-1116(EBB)

CONFIDENTIAL

Registered Nurse     (1986 - 1992)
- Practiced Medical Surgical nursing for Medical, Surgical, Telemetry and Orthopedic units that included charge nurse duties.
- Served as Assistant Nurse Manager of a Medical unit, responsible for the scheduling and review of 50 staff members including nurses, assistants, technical and administrative support.

## EDUCATION

Rensselaer, Hartford, CT
Graduate Business Courses

University of Hartford, Hartford, CT
BS Nursing

University of Connecticut, Storrs, CT
Certificate in Management

Dale Carnegie
Certificate in Leadership and Communication

## LANGUAGES

Bilingual in Spanish

## PROFESSIONAL MEMBERSHIPS

Nursing Spectrum - Board of Directors
Human Resources Association of Central Connecticut
Connecticut Association of Health Care Recruiters
National Association of Health Care Recruiters
National Association of Hispanic Nurses
Massachusetts Association of Hispanic Nurses

## REFERENCES

Available upon request

EXHIBIT 48
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)

HHJUL 406