UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SARAIYA SOLOMON                            :    CASE NO. 3:02-cv-1116 (GLG)
                                           :
        Plaintiff,                         :
    v.                                     :
                                           :
HARTFORD HOSPITAL;                         :
GLADYS CIASCHINI, as an agent              :
of HARTFORD HOSPITAL and                   :
individually; SUSAN A. O'CONNELL,          :
as an agent of HARTFORD HOSPITAL           :
and individually; and SANDRA NILES,        :
as a de facto agent of                     :
HARTFORD HOSPITAL and individually         :
                                           :
        Defendants.                        :    October 24, 2003

### DEFENDANT SUSAN O'CONNELL'S OBJECTIONS
### AND RESPONSES TO PLAINTIFF'S INTERROGATORIES

Interrogatory 1

Please identify each and every time, from June 1, 1998, through March 31, 2001, that Susan A. O'Connell suspended or terminated a Hartford Hospital employee under Step 4 of the Performance Improvement Process, including (a) the reason for the suspension or termination, (b) the conduct that resulted in the suspension or the termination, (c) the length of the suspension (if applicable), (d) the date of the suspension or termination, (e) the name,

**EXHIBIT 49**
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)

Interrogatory 7

Identify each attempt made by Susan O'Connell to reach Plaintiff on February 9, 2001.

Objection:

The defendant objects to this Interrogatory as "to reach Plaintiff" is vague.

Answer:

To the best of Ms. O'Connell's recollection, she tried to reach Ms. Solomon by telephone on February 9, 2001, but the telephone number that she had for Ms. Solomon was no longer in service.

Interrogatory 8

Identify each reason or basis for determining that the length of Plaintiff's written warning issued on February 13, 2001, was 34 days.

Response:

Thirty-four days was the number of work-days remaining at the time of plaintiff's written warning until plaintiff's position in the CORE Project was eliminated.

EXHIBIT 49
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

Interrogatory 9:

Why did you make statements to the Commission on Human Rights and Opportunities that Plaintiff was suspended with pay for part of the day on February 9, 2001?

Response:

Because at the time Ms. O'Connell appeared before the CHRO in this matter she believed that Ms. Solomon had, in fact, been paid for the six-hour suspension she received on February 9, 2001, because it was not Ms. O'Connell's intention to suspend Ms. Solomon without pay on that day.

Interrogatory 10:

Please state everything you know about why Robert Linder, John Unkewicz, and Sandy Beggs were in Jan Lynch's office at the time Plaintiff entered the office to retrieve a laptop computer.

Response:

Ms. O'Connell has no knowledge as to the exact reason that all of these individuals were in Jan Lynch's office at the time plaintiff entered. However, since they all work within the same department, Ms. O'Connell does not believe that it is unusual for them to all be in the same place at the same time.

EXHIBIT 49
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

~~OATH~~

~~I, Susan O'Connell, swear that the responses to the foregoing Interrogatories are true~~ and accurate to the best of my knowledge and belief.

*Susan A. O'Connell*
~~Susan O'Connell~~

Signed and sworn before me

this  23  day of October, 2003

*Diana Niro*
~~Notary:~~ Commission Expire 11/30/2007

~~10~~  EXHIBIT 49
Solomon v. Hartford Hospital, et al.
Case No. 3:02-cv-1116(EBB)