# HARTFORD HEALTH CARE CORPORATION
# APPLICATION FOR EMPLOYMENT

Please complete all spaces on this application even if a resume is submitted, but do not include extraneous or non-responsive information. Hartford Hospital and its affiliates/subsidiaries are Affirmative Action/Equal Opportunity employers, and do not discriminate on the basis of race, sex, color, creed, national origin, sexual orientation, age, marital status, religion, veteran status or disability. All information requested on this application has been determined essential to the processing of applications for employment.

## POSITION

Position Applied for: _____   Date: 10/02/2000   REFERENCE NO: _____

Company Applying for: (One only)
- ☐ MidState Medical Center
- ☑ Hartford Hospital
- ☐ Hartford Medical Group/Hartford Physician Svcs.
- ☐ Clinical Laboratory Partners
- ☐ Hartford Hospital Medical Office Building
- ☐ HHCC, MSO
- ☐ Eastern Rehabilitation Network

Salary Requirements: $ _____

Hours Available: ☑ Full-Time ☐ Temporary ☐ Part-Time ☐ Per Diem
Shift Preferred: ☑ Days ☐ Evenings ☐ Nights ☐ Weekends ☐ Any Shift

Have you ever been employed by Hartford Hospital and/or its affiliate companies, Connecticut Children's Medical Center, and/or MidState Medical Center?
Dates: From: __/__/__   To: __/__/__   Previous Manager's Name: _____

How did you hear about this position?
- ☐ Community Agency  Source: _____
- ☐ Career Information Line
- ☑ Employee Referral  Source: _____
- ☐ Advertisement  Source: _____
- ☐ Walk in
- ☐ Other  Source: _____

## PERSONAL

Name (Last) Laureano-Greer, (First) Brenda (Middle) Liz.   Prior Last Name: _____

Address (Number, Street, Box/Apt.) 31 Crosby Road

(City) Manchester   (State) CT   (Zip) 06040

Home Telephone: (860) 533-7425   Social Security No.: 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

If you are not at least 18 years of age, please indicate birth date _____

Authorization To Work In The U.S.:
Are you legally authorized to work in the US? ☐ No ☑ Yes

**CONFIDENTIAL**

## EDUCATION / SKILL  Please see resume

| SCHOOL | NAME AND ADDRESS OF SCHOOL | CIRCLE HIGHEST YEAR COMPLETED | DID YOU GRADUATE | COURSE/OR DEGREE |
|---|---|---|---|---|
| High |  | 9  10  11  12 | ☐ Yes ☐ No |  |
| College |  | 1  2  3  4 | ☐ Yes ☐ No |  |
| Trade/Business |  |  | ☐ Yes ☐ No |  |
| Other |  |  | ☐ Yes ☐ No |  |

### SPECIAL QUALIFICATIONS, SKILLS, OCCUPATIONAL LICENSES, CERTIFICATES

| Type of License/Certification | License Number | State | Date |
|---|---|---|---|
|  |  |  |  |

List up to 6 key skills you would bring to the position for which you are applying. Bilingual Spanish, English. Clerical skills, computer knowledge WP.60, 6.1, 8, 8.1, Lotus 1,2,3

## OTHER

Do you have any relatives employed within the company to which you are applying? (This information is used only to determine if there are hiring conflicts): ☐ Yes ☑ No

If yes, identify person: _____   Relationship: _____   Hospital/Affiliate: _____

Are you currently or have you ever been excluded from participation in State or Federal Health Care Programs (e.g., Medicaid, Medicare) in any previous Employment?  ☐ Yes ☑ No  If yes, please give information regarding the situation _____

Have you been convicted of a crime?  ☐ Yes ☑ No
If yes, please give information regarding the charge and disposition of the case _____

HH 755

EXHIBIT 50
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-116(EBB)

**EMPLOYMENT BACKGROUND** *Please see resume.*

Starting with the most recent position, state your last three employment experiences. Please complete even if application is accompanied by a resume.

Name of Most Recent Employer: The Salvation Army
Address: 855 Asylum Avenue, Hartford, CT
Phone Number: (860) 543-8400
Position: Secretary asst.
Supervisor: Major Arvilla Hostetter
From: 03/2000
To:
Ending Salary: $12.00
Reason for Leaving:
Describe your responsibilities:

May we immediately contact your present employer for a work reference? ☐ Yes ☐ No

Name of Past Employer: Community Mental Health Affiliates, Inc.
Address:
Phone Number: (860) 826-1358
Position: Secretary
Supervisor:
From: 1998
To: 3/2000
Ending Salary: $12.00
Reason for Leaving: Distance
Describe your responsibilities:

Name of Past Employer: The Salvation Army
Address: 100 Nelson Street, Hartford
Phone Number: (860) 543-8419
Position: Secretary
Supervisor:
From: 1994
To: 1998
Ending Salary: $10.00
Reason for Leaving: Better Paid
Describe your responsibilities:

**CONFIDENTIAL**

Please read before signing:    **STATEMENT**

I certify that the information on this application and/or on my resume is true and correct. I understand that HHCC will verify pertinent information which I have stated and I authorize them to do so. Should they find that I have falsified any information or omitted any material information, I understand my employment could be terminated or that my application for employment could be disqualified.

I understand that a pre-employment drug test is required to be completed within 48 hours of job offer. I agree to fully cooperate with the required procedure and realize that failure to do so will disqualify me from further consideration for employment. I also realize that if the drug test reveals usage of prohibited substances, I may not be employed by the hospital or its affiliates. If employed, I recognize that the hospital or its affiliates have the right to require a substance abuse test whenever my actions, in the opinion of supervision, reflect a reasonable suspicion of illegal or improper substance abuse. Once offered a position I understand a pre-placement assessment is required prior to commencement of work.

I understand that this application and/or any resultant employment at HHCC does not imply or indicate any intent of establishing any contractual relationship. I further understand that my employment is at will and can be terminated by me or by HHCC at any time, for any reason. Also, I understand that this application is not an offer of employment.

I further understand that all applications and/or resumes submitted for employment consideration become the property of HHCC.

DATE: 10-2-00    APPLICANT SIGNATURE: Brenda L. Lawrence-Dyer

**APPLICATION STATUS**

Referred:
☐ Yes ☐ No. If no, reason:
Reason Not Hired:

Interviewed: ☑ Yes ☐ No
Offer: ☑ Yes ☐ No
Date Of Offer: / /

Application Status: ☐ Future Consideration ☐ No Longer Considered ☐ Hired

**HIRING INFORMATION (MANAGER)**

Company Name: Adult Primary
Dept. #: 30089
Reference #:
Role Title: PAA
Role #:
Hire Date: 11/6/00
Salary: $11.00
Hours Per/Wk: 40
Status: ☑ Full-time ☐ Part-time ☐ Per Diem ☐ Temp ☐ MWW
Manager's Signature:
Phone #: Cathy Yavinsky
Reviewing Manager's Signature:
Phone #:

**HIRING INFORMATION (HUMAN RESOURCES)**

Drug Screen Date: / /
Physical Date: / /
Occupational Health Clearance: ☐ Yes ☐ No
HR Signature:

EXHIBIT 50
Solomon v. Hartford Hospital, et al.

HH-756