CONFIDENTIAL

Policy #803
Page 1 of 2
Date 6/98

# SEVERANCE PAY

**PURPOSE:** To compensate full time employees who are terminated in accordance with the staff reduction and/or reorganization policy.

**SCOPE:** All full-time employees.

**POLICY:** Full time employees are eligible for severance benefits for the following reasons:

- a reduction in work force
- the nature of the role has changed and the employee involved does not have the necessary ability to perform adequately in the new job.

Severance benefits will be paid in lieu of notice.

Severance benefits will be paid to employees whose termination is permanent.

Employees who retire under the Hartford Hospital Retirement Plan at age 65 or over are not eligible for severance pay.

In any instance where it appears necessary to institute this policy, the employee's years of service with Hartford Hospital will be considered and every effort will be made to transfer the employee to another position at Hartford Hospital.

The following table authorizes the amount of severance pay due an employee who meets the above mentioned criteria:

EXHIBIT 51
Solomon v. Hartford Hospital, et al.            HHJUL 965

CONFIDENTIAL

Policy #803  
Page 2 of 2  
Date 6/98

| Length of Service | Amount of Severance Pay |
|---|---|
| Up to six months | 0 |
| 6 months to less than 1 year | 1 week |
| 1 year to less than 3 years | 2 weeks |
| 3 years to less than 5 years | 4 weeks |
| 5 years to less than 10 years | 8 weeks |
| 10 years to less than 15 years | 16 weeks |
| 15 years to less than 20 years | 24 weeks |
| 20 years to less than 25 years | 32 weeks |
| 25 years to less than 30 years | 40 weeks |
| Over 30 years | 52 weeks |

EXHIBIT 51  
Solomon v. Hartford Hospital, et al.  
Case No. 3:02-cv-1116(EBB)

HH-JUL 966