

# Hartford Health Care Corporation
# Performance Management

**CONFIDENTIAL**

Name: Brenda Laureano-Geer  
Organization/Department: 030089  

Role: PAA  
Performance Period: 10/00-10/01

## OVERVIEW AND INSTRUCTIONS

*In order to appropriately recognize and reward excellence in the workplace, an objective performance evaluation must be completed for each employee. The evaluation process consists of an assessment of an employee's performance relative to role accountabilities, individual goals, and organization-wide values. Once performance is assessed, an overall performance rating is assigned and that rating is used in determining an appropriate compensation decision.*

## PERFORMANCE DEFINITIONS

| Needs Improvement | Effective Performance | Exemplary Performance |
|---|---|---|
| Does not fulfill accountabilities or accountabilities are not met in a fully satisfactory manner. | Consistently fulfills accountabilities in a fully satisfactory manner. Performs at competent level of qualified, experienced person. Also applies to those employees who are making expected progress in new roles but are not yet fully effective. | Consistently and continually achieves excellent results and exceeds overall standards. |

## SECTION 1: BASIC REQUIREMENTS

*Please indicate in the appropriate space whether the employee demonstrates knowledge of, maintains, complies with, or has completed the following. If basic requirements have not been fulfilled, please indicate when this will be done.*

| Requirement | Yes(Date) | No (Date) | N/A |
|---|---|---|---|
| Licensing: | ☐ | ☐ | ☒ |
| Certification: | ☐ | ☐ | ☒ |
| Compliance with regulatory standards (i.e. OSHA ) | ☒ 12/00 | ☐ | ☐ |
| Review of confidentiality policy | ☒ 4/01 | ☐ | ☐ |
| PPD. | ☒ | ☐ | ☐ |
| Training: CPR | ☐ | ☐ | ☒ |
| Training: TB Control | ☒ 12/00 | ☐ | ☐ |
| Training: Blood-borne Pathogens | ☒ 12/00 | ☐ | ☐ |
| Training: Infection Control | ☒ 12/00 | ☐ | ☐ |
| Training: Safety | ☒ 12/00 | ☐ | ☐ |
| Age-specific: (If yes, show evidence of demonstrated competency) | ☒ 6/01 | ☐ | ☒ |
| Other: | ☐ | ☐ | ☐ |
| Other: | ☐ | ☐ | ☐ |

HH FORMS 571430 REV 6/99                               Effective 10/98

**EXHIBIT 52**  
Solomon v. Hartford Hospital, et al.,  
Case No. 3:02-cv-1116(EBB)

HH 759



# Hartford Health Care Corporation
# Performance Management

**CONFIDENTI**[AL]

### SECTION 2: Results Expected/Achieved (WHAT)

*This section captures the results expected and achieved, based on a minimum of two or three of the employee's most critical role and/or individual accountabilities. The results expected should be discussed and agreed upon by the employee and the supervisor at the beginning of the performance period. At the end of the performance period, an assessment should be made relative to the actual results achieved for each accountability. Specific examples should be provided in the "Results Achieved" section for all assessments other than "Effective Performance". Use additional sheets if necessary.*

| Role and/or Individual Accountabilities | Performance Level |
|---|---|
| Results Expected: Fulfill PAA role acountabilities - hired 12/00<br><br>Results Achieved: Meets all PAA role accountabilities fully! | ☐ Needs Improvement<br>☐ Effective<br>☒ Exemplary |
| Results Expected: *Improve English skills*<br><br>Results Achieved: | ☐ Needs Improvement<br>☐ Effective<br>☐ Exemplary |
| Results Expected:<br><br>Results Achieved: | ☐ Needs Improvement<br>☐ Effective<br>☐ Exemplary |
| Results Expected:<br><br>Results Achieved: | ☐ Needs Improvement<br>☐ Effective<br>☐ Exemplary |
| Results Expected:<br><br>Results Achieved: | ☐ Needs Improvement<br>☐ Effective<br>☐ Exemplary |
| Results Expected:.<br><br>Results Achieved: | ☐ Needs Improvement<br>☐ Effective<br>☐ Exemplary |

EXHIBIT 52
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)

HH 760