| HARTFORD HOSPITAL | Hartford Health Care Corporation |
|---|---|

## ROLE DESCRIPTION

### SECTION 1: IDENTIFYING INFORMATION

| | | | |
|---|---|---|---|
| Role Number: | 153 | Date Prepared: | 5/24/96 |
| Role Title: | Human Resources Consultant | Prepared By: | Hay Consulting Group |
| Level: | D | Approved By: | |
| F.L.S.A. Status: | Exempt | Date Approved: | |
| Abbreviation: | HR CONSULTANT | Word Filename: | ROLE153.DOC |

### SECTION 2: POSITION SUMMARY

Manages the daily activities for assigned internal customers or businesses within the Corporation, ensuring that customer needs are met effectively.

### SECTION 3: KEY ACCOUNTABILITIES

Collaborates with managers to develop staffing plans and to recruit employees in accordance with the plans and Affirmative Action objectives.

Counsels employees/managers on employee relations issues, anticipating issues where possible and promptly resolving those that arise.

Implements compensation and benefit program.

Identifies training needs and assists in the design of training programs to meet those needs.

Identifies opportunities to improve Human Resources processes or reduce costs.

Consults and advises managers, identifying needs and assisting in development and implementation of new programs to meet changing business requirements.

Works effectively as a team member both within and across Human Resources teams.

Seeks opportunities to educate colleagues and to ensure consistent practices across teams.

Meets with employee and managers to interpret Human Resources policies, procedures and standards to ensure compliance with State and Federal laws.

Seeks opportunities to build into human resource management processes a preventive approach to legal and regulatory matters.

### SECTION 4: DIMENSIONS

**CONFIDENTIAL**

HHJUL 387

EXHIBIT 53
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

Human Resources Consultant                                                                                     Page 2

### SECTION 5: QUALIFICATIONS (Education, Experience, Additional Skills & Requirements)

Baccalaureate required.

More than one year current relevant experience and competence in one or more areas of human resources services.

Understanding of health care services and related human resource issues.

Technical expertise and organizational awareness required.

**CONFIDENTIAL**

EXHIBIT 53
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

HH/JUL 388