EXHIBIT 54
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

**EMPLOYEE RECORD/CHANGE NOTICE (CONFIDENTIAL)**

CONFIDENTIAL

Term 8-19-03#

**Section 1 Personal Information**

| Employee Number | Department Number | Social Security No. | Hire Date | Pay Cd | Emp Sts | Date Last Work |
|---|---|---|---|---|---|---|
| 00 10 75523 | 0259 61 | 047623537 | May 14 2001 | A | | |

Employee Name (Last, First, MI): [redacted]
Sex: F   Marital: M   Street Address: 225 Capen St.   City: Hartford   State: CT   Zip Code: 06112

Date of Birth: Aug 18 1972   Non Citizen / Permanent Resident   Home Phone: 860 547-1047   Person to Contact In An Emergency (Name):   Phone (Emergency):

Auto Registration 1:   Auto Registration 2:

**Section 2 Salary History**

| Date | Hrs/Wk | Salary | Position Code/Title | Date | Hrs/Wk | Salary | Position Code/Title |
|---|---|---|---|---|---|---|---|
| Nov 3 2002 | 40 | 27458.34 | PATIENT ADMINISTRATIVE ASSOC | | | | |
| Oct 31 2001 | 40 | 26150.8 | PATIENT ADMINISTRATIVE ASSOC | | | | |
| May 14 2001 | 40 | 24440 | PATIENT ADMINISTRATIVE ASSOC | | | | |

**Section 3 Education / Skills**

Degree | Field of Study | Date | Schools | Skill/Certification | Cert/Yr

**Section 4 Status Changes (Transfer/Promotion/Hours)**

Present Status:
Dept-CC | Position Code | Split Cd | Position Title | Cur. Salary | Min. Salary | Max. Salary | Hrs/Wk 40 | Emp.Cd REG | WC Code

To Status:
Dept-CC | Position Code | Split Cd | Position Title | Cur. Salary | Min. Salary | Max. Salary | Hrs/Wk | Emp Cd | WC Code CLER...

**Section 5 L.O.A. Information**

Code | L.O.A. Description | Last Day Worked | Last Day Paid | Start Date | End Date | Comments

**Section 6 Advanced Vacation Holiday/Vacation Cash-In Requests and Information**

Advanced Vacation Request:
HOURS — Vac. | Hol. | Weeks | (Sunday to Saturday) From Date | To Date | Requested Pay Date

Vacation Cash-in Request:
Predetermined Hours Requested for year | Hours Eligible | YTD Hours Cashed-in | Hours Requested | Requested Pay Date

Present Supervisor: T. Ogletel   Date: 8/17/03
New Supervisor:   Date:
Personnel:   Date:

HH 709

**EXHIBIT 54**
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

**NOTICE OF TERMINATION/RESIGNATION** – Must be coordinated with Personnel Department. Attach letter of resignation if applicable.

Date: 3/17/03    La☐ay Wor☐ 3/16/03

Resigned___ Discharged___ Downsized X ___ CHS Transfer___
Retired___ Deceased___

Willing to Rehire: No    Notice Worked___

**CONFIDENTIAL**

THIS AREA FOR PERSONNEL/PAYROLL USE ONLY

Wages from Sunday of Week to date last worked:

Vacation hours ___  $___
Holiday hours ___  $___
Severance hours ___  $___

Retirement Section
Vested___
Years Credited Service___
% Sick Time Reimbursement___
Sick Hours ___  $___
Authorized By:___
Comments:___
PAYROLL SUPERVISOR:___
DATE:___

**Termination Reason:** Pam was terminated due to her attendance.

**OVERALL EVALUATION** (circle one for each category)

PERFORMANCE: excellent  good  fair  (poor)
ATTENDANCE: excellent  good  fair  (poor)
CONDUCT: excellent  good  fair  (poor)
ATTITUDE: excellent  good  fair  (poor)
INTERPERSONAL SKILLS: excellent  good  fair  (poor)

Comments:___

Supervisor: T. Opthof    Date: 3/17/03
Personnel: [signature]    Date: 3/17/03

**L.O.A. REQUESTS**
C- Workers Comp    L- Layoff/ Downsize
E- Education    M- Maternity
F- Family Leave    P- Personal
I- Illness    S- Military Service

**PAY CODE**
1 – JEP Employees
3 – MEP Employees
6 – House Staff

**EMPLOYMENT CODE**
F – Full Time    M- Management
P – Part Time    T- Temporary
W – Modified Work Week    Y- Stand-by
D – Per Diem    Z- Vacation Relief
S – Student    R- Relief

HH 710