UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SARAIYA SOLOMON                    :        CASE NO. 3:02-cv-1116 (GLG)
                                  :
        Plaintiff,                :
    v.                            :
                                  :
HARTFORD HOSPITAL;                :
GLADYS CIASCHINI, as an agent     :
of HARTFORD HOSPITAL and          :
individually; SUSAN A. O'CONNELL, :
as an agent of HARTFORD HOSPITAL  :
and individually; and SANDRA NILES,:
as a de facto agent of            :
HARTFORD HOSPITAL and individually :
                                  :
        Defendants.               :        October 31, 2003

**DEFENDANT HARTFORD HOSPITAL'S OBJECTIONS
AND RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION**

193.    None of the hiring managers for positions sought by Plaintiff ever contacted

Susan O'Connell to obtain a reference for Plaintiff.

Objection:

    The Hospital objects to this Request as vague because it does not specify the

timeframe for which the information is requested.  Further, the term "reference" is

vague.

EXHIBIT 55
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

The Hospital objects to this Request to the extent that it pertains to disciplinary action taken by the Hospital, rather than being limited to discipline being recommended by the decision-makers in this case. Information regarding disciplinary action taken by individuals other than the decision-makers in this action is not reasonably calculated to lead to the discovery of admissible evidence. The Hospital also objects to this Request as over-broad and unduly burdensome in that it would require the Hospital to review the personnel files of all of its approximately 6000 employees in order to form a response.

240.    Hartford Hospital provided Juan Urena training to perform his key accountabilities as Patient Care Associate.

Objection:

The Hospital objects to this Request as vague because it does not specify the key accountabilities to which it refers.

Response:

The Hospital admits that Juan Urena received training as a Patient Care Associate.

EXHIBIT 55
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)

-26-

DEFENDANT,
HARTFORD HOSPITAL

By _____
Brenda A. Eckert (ct00021)
Beckert@goodwin.com
Gregg Goumas (ct19095)
Ggoumas@goodwin.com
For Shipman & Goodwin LLP
One American Row
Hartford, CT  06103-2819
(860) 251-5000

**EXHIBIT 55**
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)