CONFIDENTIAL

# Emy J. Lopez
✦✦✦
605 Hillside Avenue, Hartford, CT 06106
Tel/Fax: 860-956-0004

## EMPLOYMENT

**Office Manager**
*Mercy Housing and Shelter Corp.*   November 1999 - Present
My primary function is to provide secretarial and administrative support services to the Executive Team, such as:

- Confidential secretary to the Executive Director.
- Maintain current personnel files and records for the Human Resource Director.
- Prepare reports, researching special topics, synthesizing material and gathering information as requested. Maintain the Board of Trustees files, committee minutes, annual reports, corporate record.
- Writes and publishes the in-house newsletter
- Take minutes as requested for the Executive Team
- Liaison to the different vendors providing services to the Administrative Offices
- Perform typing, copying, scheduling, written communications, filing, etc.

**Payroll Administrator**
*Thos. Somerville Co., Washington, DC*   May 1998 - October 1998

- Verify Approval Reports for timecards biweekly
- Process payroll for an organization of 450 employees - union, non union and commissions
- Receive, verify and implement all wage garnishments, workmen compensation requests, employment verifications and salary changes
- Prepare all garnishments, union functions, sales/use taxes, state taxes, health insurances and 401k every month
- Maintain the petty cash for the office
- Implement new employees into the payroll and benefits
- Process all reports as needed - weekly, monthly, quarterly, annually

**Adnet Temporary Agency**
*Columbia, MD*   December 1997 - May 1998

- Temporary assignments, various responsibilities as per position - administrative, customer service, reception, payroll clerk

**Office Manager**
*Archdiocese of Hartford, Bloomfield, CT*   October 1996 - November 1997

- Assist the Director
- Coordinate workshops, retreats, seminars, and Catholic "feasts" for Hispanic communities
- Organize meetings, securing conference spaces, and conference calls
- Responsible for scheduling, travel arrangements and expense reports reimbursements
- Maintain the budget of the office
- Liaison between Parishes and office
- General office work - typing, faxing, copying, filing

1

EXHIBIT 56
Solomon v. Hartford Hospital, et al.
Case No. 3:02-cv-1116(EBB)

HHJUL 1178

CONFIDENTIAL

## Emy J. Lopez
♦♦♦
605 Hillside Avenue, Hartford, CT 06106
Tel/Fax 860-956-0004

**Kelly Temporary Services**
Farmington, CT                                     March 1996 - October 1996

- Temporary assignments, various responsibilities as per position - administrative, customer service, reception

**Emergency Room Assistant**
Hartford Hospital, Hartford, CT                    August 1990 - March 1996

- Assist the E.R. Nurse
- Label specimens
- Maintain medical charts and information on patients
- Interpret
- Maintain confidentiality

**Payroll Clerk**
Hartford Hospital, Hartford, CT                    Febuary 1989 - August 1990

- Collect and verify time cards for an organization of 3000 employees
- Input all information into the computer
- Divide and distribute payroll checks per departments
- Received, verified, and implemented all wage garnishments, workmen compensation requests, employment verifications from outside companies and salary increases.
- Issued "special" payroll checks due to discrepancies
- Maintain confidentiality

**EDUCATION**
Capital Community Technical College
Hartford, CT
Associates Degree

**COMPUTER SKILLS**
MS OfficeSuite, Corel WordPerfect, Excel, Lotus 123,
Payroll Programs - ADP, Ceridian, Liberty

**LANGUAGES**
Spanish

EXHIBIT 56
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

HHJUL 1179