CONFIDENTIAL

**Activity Windows**

File Edit Options Settings Window Help

**Employee Assignment** - 70977, Position, A026060461, 10/31/2001

Employee: 70977    Name: Urena, Juan

Employment Status: Active

Assigned To: Position  A026060461   PSYCHIATRIC TECHNICIAN-BU

Begin Date: 09/17/2001    Assignment Status: Inactive

End Date: 12/22/2001    Effective Date: 10/31/2001

### Base Salary and Schedule

**Salary**

| | | |
|---|---|---|
| Rate Table: | | Rate Table Code: |
| Hourly Rate: | 12.8260 | ☐ Exception |
| Period: | 410.43 Per WEEK | |
| Annual: | 21,342.46 | |

Administration Basis: Hourly Rate    Currency: USD - United States Dollars

Change Type: PERFA  Performance Appraisal    Change Date: 10/31/2001

**Standard Work**

Time: Part-Time    ☑ Pay Based on Standard Hours

Hours Per Day: 8    Hours: 32.00 Per WEEK    FTE: 0.8

Overtime Status: Not Applicable

Printing

Start | Novell GroupWise - Mailbox | SmartStream | Activity Windows

EXHIBIT 57
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)

HHJUL 1090