CONFIDENTIAL

**Activity Windows**

File  Edit  Options  Settings  Window  Help

Employee Assignment - 70977, Position, A012025135, 10/01/1999

Employee: 70977    Name: Urena, Juan
Employment Status: Active
Assigned To: Position   A012025135   FOOD AND NUTRITION SERVICES AS
Begin Date: 08/17/1999    Assignment Status: Inactive
End Date: 12/18/1999    Effective Date: 10/01/1999

### Base Salary and Schedule

**Salary**

Rate Table:    Rate Table Code:
Hourly Rate:    7.7000    ☐ Exception
Period:    0.08  Per  WEEK
Annual:    4.00
Administration Basis: Hourly Rate    Currency: USD - United States Dollars
Change Type:    Change Date:

**Standard Work**

Time: Unspecified    ☑ Pay Based on Standard Hours
Hours Per Day: 0    Hours: 1.00 Per WEEK    FTE: 0.03
Overtime Status: Not Applicable

Start | Novell GroupWise - Mailbox | SmartStream | Activity Windows

EXHIBIT 58
Solomon v. Hartford Hospital, et al.
Case No. 3:02-cv-1116(EBB)

HHJUL 1087