CONFIDENTIAL

**Activity Windows**

File  Edit  Options  Settings  Window  Help

**Employee Assignment - 70977, Position, A010002189, 12/19/1999**

- Employee: 70977    Name: Urena, Juan
- Employment Status: Active
- Assigned To: Position   A010002189   TRANSPORTATION AIDE
- Begin Date: 12/19/1999   Assignment Status: Inactive
- End Date: 05/07/2000    Effective Date: 12/19/1999

### Base Salary and Schedule

**Salary**

- Rate Table:
- Rate Table Code:
- Hourly Rate: 8.0900    ☐ Exception
- Period: 323.60 Per WEEK
- Annual: 16,827.20
- Administration Basis: Hourly Rate
- Currency: USD - United States Dollars
- Change Type: TRANS   Transfer
- Change Date: 12/19/1999

**Standard Work**

- Time: Full-Time    ☑ Pay Based on Standard Hours
- Hours Per Day: 8    Hours: 40.00 Per WEEK    FTE: 1
- Overtime Status: Not Applicable

Printing

Start | Novell GroupWise - Mailbox | SmartStream | Activity Windows

**EXHIBIT 59**
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)

HHJUL 1088