CONFIDENTIAL

## Activity Windows

File  Edit  Options  Settings  Window  Help

### Employee Assignment - 70977, Position, A022130119, 11/01/2000

**Employee:** 70977  **Name:** Urena, Juan
**Employment Status:** Active
**Assigned To:** Position  A022130119  PATIENT CARE ASSOCIATE
**Begin Date:** 05/08/2000  **Assignment Status:** Inactive
**End Date:** 09/16/2001  **Effective Date:** 11/01/2000

#### Base Salary and Schedule

**Salary**
- Rate Table:
- Hourly Rate: 10.1115    ☐ Exception    Rate Table Code:
- Period: 404.46 Per WEEK
- Annual: 21,031.92
- Administration Basis: Hourly Rate    Currency: USD - United States Dollars
- Change Type:    Change Date: 11/01/2000

**Standard Work**
- Time: Full-Time    ☑ Pay Based on Standard Hours
- Hours Per Day: 8    Hours: 40.00 Per WEEK    FTE: 1
- Overtime Status: Not Applicable

Printing...

Start | Novell GroupWise - Mailbox | SmartStream | Activity Windows

EXHIBIT 60
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)

HHJUL 1089