**CONFIDENTIAL**

Administrative Associate
Interview Process

Name _Emy Lopez_    Date: _9/26/00_

**What is your interest in this position?**

Mercy Housing -
Arch diocheses HPd
HH EB 9 years
Womans Health - end Oct 30

**Explain Role**

**What strengths would you bring to the role?**   People person
Followup contacts/problems
Bilingual   Detailed person
Translates in   Makes notes/accurate records
ER frequently

**Experience with patient contacts?**

Treats pt c respect

**Experience with insurance/community agencies?**

Knows community resources

**Experience with typing?**   Familiar computer   59 words per minute
Excel/Word - letter   98% accuracy
Electric/Cops -
Power Point
**Other**   Filing Systems

HH 833

EXHIBIT 61
Solomon v. Hartford Hospital., et al.
Case No. 3:02-cv-1116(EBB)

CHRO 460