**CONFIDENTIAL**

## Administrative Associate
## Interview Process

Name: _Sararya Solomon_    Date: _____

9/25 Received
9/25 Called
10/9 Notified
did not get position

**What is your interest in this position?** Doesn't like saying no
Presently works as receptionist AH 1.5 years
disseminates information
problem solver
not utilizing skills

**Explain Role**

**What strengths would you bring to the role?**
mature, phlebotomy, organizational skills
communication skills very good
computer skills

**Experience with patient contacts?**
Compassionate
Puts self in their place
Has an ear for listening

**Experience with insurance/community agencies?**
Open to learning

**Experience with typing?** Word
Excel
Business correspondence
Not familiar w/ SMS or graypowise

**Other** Worked as data entry travel

HH 831

EXHIBIT 62
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)

CHRO 458