# EMPLOYEE RECORD/CHANGE NOTICE (CONFIDENTIAL)

**Section 1 Personal Information**

| Employee Number | Dept/Cost Center | Social Security No. | Hire Date | Pay Cd | Emp.Sts | Date Last Maint |
|---|---|---|---|---|---|---|
| 010.73658 | 013021 | | 9/5/02 | | | |

| Employee Name (Last, First, MI) | Marital | Street Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Mcgaw Hef | | | | | |

| Date of Birth | Sex | Non Citizen | Permanent Resident | Home Phone | Person To Contact In An Emergency (Name) | Phone (Emergency) |
|---|---|---|---|---|---|---|
| | | | | | | |

Auto Registration 1    Auto Registration 2

**Section 2 Salary History**

| Date | Hrs/Wk | Salary | Position Code/Title |
|---|---|---|---|

**Section 3. Education / Skills**

| Degree | Field of Study | Schools | Date | Skill/Certification | Cert/Yr |
|---|---|---|---|---|---|

**Section 4 Status Changes (Transfer/Promotion/Hours)**

| | Present Status | To Status |
|---|---|---|
| Dept-CC | | 021 |
| Position Code | 100459 | 100201 |
| Position Title | Billing # B+LM-I | ADM ASC I |
| Split Cd | | |
| Cur. Salary | | |
| Min. Salary | | |
| Max. Salary | 10.01 hr | |
| New Salary | | |
| Hrs/Wk | 20 | 20 |
| Hrs/Wk | BA P | BA P |
| Emp.Cd | | |
| WC Code | | |
| Effective Date | | 5/20/01 |

**Section 5 L.O.A. Information**

| Code | L.O.A. Description | Last Day Worked | Last Day Paid | Start Date | End Date | Comments |
|---|---|---|---|---|---|---|

**Section 6 Advanced Vacation Holiday/Vacation Cash-in Requests and Information**

| Advanced Vacation Request | HOURS Vac. Hol. | Weeks | (Sunday to Saturday) From Date To Date | Requested Pay Date | Vacation Cash-in Request Predetermined Hours Requested for year | YTD Hours Cashed-in | Hours Eligible | Hours Requested | Requested Pay Date |
|---|---|---|---|---|---|---|---|---|---|
| HHJUL 783 | | | | | | | | | |

Present supervisor: _(signature)_  Date: 5/18/01  New Supervisor: _Kathie B_

**EXHIBIT 63**
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

CONFIDENTIAL