Policy #307
Page 1 of 4
Date 6/98

## Time Cards and Timekeeping

**PURPOSE:** To ensure that employees are paid accurately, timely and in accordance with State and Federal laws and regulations.

**SCOPE:** This policy applies to all employees on the Hartford Hospital payroll.

**POLICY:** Every employee is paid at a rate of at least the current minimum wage except for those employees in institutional training programs specifically exempted by the Connecticut Labor Commissioner.

True and accurate records of hours worked and wages paid are kept in order to prove compliance with the minimum wage laws. These records may be audited by the Connecticut Department of Labor.

All employees on the Hartford Hospital payroll are required to complete a time card. Those employees classified as non-exempt (hourly) must indicate the following for each day:

   A. Time in (reporting for duty)

   B. Time out for unpaid meal period

   C. Time back from unpaid meal period

   D. Time out at completion of work day

Employees classified as exempt, must indicate on what day(s) vacation, sick and/or holiday hours were used and the number of vacation, sick and/or holiday hours used.

Although time clocks are utilized by most non-exempt employees to record time, with the approval of the management member, employees may record their hours on the time card by hand, legibly, accurately and in ink. Time clocks are located throughout the hospital and supervisors will instruct each new employee as to the location and use of the time clock.

EXHIBIT 65
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)

HH 1081

Policy 307
Page 2 of 4
Date 6/98

It is important that the quarter-hour pay period as defined by State Labor Law is understood, i.e. when an employee works less than half of a 15-minute segment, 7 minutes or less, they should not be paid. An employee who arrives 1 to 7 minutes after his scheduled time is late and may be disciplined, but should be paid of for the full 15 minutes. An employee who leaves within 7 minutes of his scheduled time must also be paid but may be disciplined for leaving early without permission.

Equally important in the interpretation of the 15-minute rule is a clear understanding and application of the 15-minute pay period before and after an employee's scheduled time. Employees who punch in early for their own convenience and don't expect to be paid, because of time clock location or personal preference, should be spoken to and corrected. The punched time is an official time and if it is at variance with the time worked, the entry must be corrected in ink and initialed by the employee.

Employees who linger after their scheduled time should punch out no more than 7 minutes after their scheduled time unless you expect to pay them. There should be no difference between punched time, authorized time and scheduled.

The penalty for falsifying time cards or punching another employee's time card will be immediate discharge.

PROCEDURE:

I. Explanation of time card entries:

A. Block One - Hours paid up to 40. For non-exempt employees, hours worked in excess of 40 should be placed in block two. At all times blocks 1, 6, 7, 8 and 12 should not total more than 40 hours unless there is an explanation on the face of the time card.

B. Block Two - Overtime hours - 50% differential.

**EXHIBIT 65**
Solomon v. Hartford Hospital, et al.
Case No. 3:02-cv-1116(EBB)

HH 1080

Policy #307
Page 3 of 4
Date 6/98

    C. Block Three - Night/ Evening bonus hours - 15% differential.

    D. Block Four - Weekend bonus hours - 25% differential.

    E. Block Six - Sick hours.

    F. Block Seven - Holiday hours.

    G. Block Eight - Excused hours without pay.

    H. Block Ten - On-call hours, call-in hours and double shift hours - 25% differential.

    I. Block Twelve - Vacation hours.

    J. Block Thirteen - Permanent night hours - 25% differential.

    K. Block Fourteen - Holiday differential hours - 50% differential.

II. Submission of Time Cards

    A. All time cards must be received weekly and must contain employee's name, department/ cost center number and employee number.

    B. Upon completion and authorization, these time cards shall be arranged in employee number sequence and placed in an envelope with the department name and cost center indicated on the envelope as well as the appropriate Payroll Clerk's name, if possible. Time cards must be brought to the Mail Room by 11:00 a.m. each Monday. If they are not received in the Mail Room by 11:00 a.m. they must be hand delivered to the Payroll Department to ensure processing.

    C. All time cards shall be returned to Payroll each week regardless if they have been used or not.

    D. If the time card has not been used, the supervisor shall indicate the reason on the face of the card (did not work, terminated, on vacation, transferred to another department, leave of absence, etc.).

EXHIBIT 65
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

HH 1079

Policy#307
Page 4 of 4
Date 6/98

E. It may take one or two weeks to set up a printed time card for a new employee. If an employee does not have a regular prepared time card, a blank card shall be used indicating the employee name, department/ cost center number and employee number.

III. Authorization to Approve Time Cards

A. The Hartford Hospital Payroll Time Card Authorization form should be completed and kept current by each department head. After approval by a management member the original should be forwarded to the Payroll Department and the yellow copy retained in the department.

B. Employees authorized to approve time card entries and overtime must be supervisory/ management personnel.

C. No employee shall be authorized to approve their own time card or overtime except department heads.

IV. Please refer to the booklet entitled <u>Hartford Hospital Supervisor's Payroll Orientation</u> for more information and examples.

EXHIBIT 65
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)

HH 1078