# Hartford Hospital

## PERFORMANCE APPRAISAL PROCESSING FORM

**CONFIDENTIAL**

Name: O'Connell, Susan A  
SS Emp ID: 29134  
Postion No: A022120545  
Minimum: $27.00  
Current Rate: $40.65  
Current Annual: $84,569.96  

Center: 022120  
Anniversary Date: 8/16/1982    FLSA: Exempt  
Role Title: MANAGER - GOING RATE IV  
Midpoint: $36.00  
% of Midpoint: 112.94%    Hours Per Pay Period: 40  
Maximum: $45.00  

### FY 2003 Base Pay Compensation Guidelines

| Performance Rating | Min - 90% | 91% - 110% | 111%-Max |
|---|---|---|---|
| Exemplary | 2-6% | 2-5% | 2-4% |
| Effective | 2-5% | 2-3% | 2% |
| Needs Improvement | $0 | $0 | $0 |

Performance Rating: Exemplary

### BASE PAY INCREASE:

| Current Rate: | % of Increase: | Increase Amount | Current Rate: | New Rate: | Effective Date: |
|---|---|---|---|---|---|
| $40.65 x | 6.00 = | $2.44 + | $40.65 = | $43.09 | 11/3/2002 |

EXHIBIT 66  
Solomon v. Hartford Hospital, et al.,  
Case No. 3:02-cv-1116(EBB)

HHJUL 221