**HARTFORD HOSPITAL**
**HUMAN RESOURCES POLICY AND PROCEDURE MANUAL**

*REORGANIZATION and STAFF REDUCTION POLICY*

Section: II. Employment
Policy #: 210
Page 1 of 4

| | |
|---|---|
| Purpose: | This policy provides a procedure for implementing and staffing roles created as a result of a reorganization or reducing the number of part-time and full-time employees due to lack of work, decreased patient census, changes in how the work is performed and for other economic reasons. |
| Scope: | All part-time and full-time employees. This does not apply to employees in grant-funded positions, per diem, or temporary employees. |
| Policy: | When qualified employees are affected by reorganization that impacts more than one department or by staff reductions, Hartford Hospital follows a fair and consistent process. |
| Definitions: | Priority Consideration – The affected employees receive exclusive consideration for open positions for which they apply and are qualified. Other candidates will not be considered until a decision has been made regarding the affected employees. |
| | Equivalent Position – A similar position with the same midpoint and the same number of budgeted hours, not necessarily the same work schedule or shift. |
| | Department refers to designated departments (i.e. Engineering, Pharmacy, etc.) and to clinically similar patient units/ clusters (i.e. Cardiology, Surgery, Medicine, etc.). |
| Procedure: | **Reorganization** |
| | When reorganization is necessary, and it impacts more than one department, the following will apply: |

- Managers contemplating reorganization should contact their Human Resource Consultant to discuss the reorganization plans and define the basic requirements for new/reorganized roles.
- New/reorganized roles will be posted, and any employees personally affected by the reorganization, except those at Step 2 (i.e., Formal Improvement Documentation/Written Warning) or higher of the Performance Improvement Process will have priority consideration for these roles.

**EXHIBIT 67**
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

HH 947

HARTFORD HOSPITAL
HUMAN RESOURCES POLICY AND PROCEDURE MANUAL

*REORGANIZATION and STAFF REDUCTION POLICY*

Section: II. Employment
Policy #: 210
Page 2 of 4

---

- Affected employees, except those at Step 2 (i.e., Formal Improvement Documentation/Written Warning) or higher of the Performance Improvement Process, who are not qualified, not selected, or choose not to apply for the new/reorganized roles will have the opportunity to fill vacant positions for which they are qualified within their department.

**Staff Reduction**

When it becomes necessary to reduce the number of employees within a department, the manager will conduct an analysis of functions performed by the department and identify those functions that can be either reduced or eliminated. Once functions and the specific role responsible for performing those functions have been identified (by role number within a cost center) the following will apply:

- Managers should contact their Human Resources Consultant to discuss the implementation plan.
- Vacant positions within the identified cost center will be removed from the budget.
- If a single incumbent occupies a position identified for reduction, the director will notify that employee that his/her position is being eliminated.
- If a position identified for reduction has more than one incumbent, individual employees to be affected by the reduction will be identified primarily on the basis of their past performance in the position. However, years of Hartford Hospital service (the length of an employee's most recent continuous employment, including approved leaves of absence) will also be considered. Separate years of service lists will be maintained for full-time and part time employees.

**The following applies to both Reorganization and Staff Reduction:**
Affected employees at Step 2 (i.e., Formal Improvement Documentation/Written Warning) or higher of the Performance Improvement Process will be laid off and will not be eligible to be considered for another role. They may be eligible for severance pay according to the Hartford Hospital Severance Policy.

**EXHIBIT 67**
Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

HH 948

# HARTFORD HOSPITAL
## HUMAN RESOURCES POLICY AND PROCEDURE MANUAL

*REORGANIZATION and STAFF REDUCTION POLICY*

Section: II. Employment
Policy #: 210
Page 3 of 4

Any employees affected by position reductions or reorganization, and not at Step 2 (i.e., Formal Improvement Documentation/Written Warning) or higher of the Performance Improvement Process, will be given priority consideration for two weeks to apply for open positions for which they meet the qualifications and for which they have the ability to adequately perform the required functions within a ninety day period; these positions may be at any level in any department of the hospital. If, at the end of the two-week period open positions are not available, or affected employees were not selected for open positions, or affected employees decline an open lower level position, they may be eligible to displace the least senior employees in their own department. The employees that they displace must be in the same Hartford Hospital department number, employee status (i.e., full time or part time), and in a role with the same or lower midpoint. Eligibility to displace another employee will be assessed by the department head primarily based on the employee's qualifications for the position and overall performance in the department. An Oversight Committee comprised of representatives from Human Resources, the Employees' Council and Management Forum will review the assessment of the director before a final decision on displacement is made.

If affected employees do not displace other employees in the same department for whatever reason, the affected employees will be laid off and may be eligible for severance pay according to the Hartford Hospital Severance Policy.

Any employee who declines an offer of an equivalent position for which he/she is qualified or chooses not to apply for equivalent positions for which he/she is qualified will not be eligible for severance pay

If an employee is displaced as described above, the displaced employee will be given priority consideration for two weeks to apply for open positions for which they meet the qualifications and for which they have the ability to adequately perform the required functions within a ninety day period; these positions may be at any level in any department of the hospital.

Employees selected for reorganized/new roles or for other open roles will be given a ninety-calendar day period of orientation/adjustment in the new


EXHIBIT 67
Solomon v. Hartford Hospital, et al.
Case No. 3:02-cv-1116(EBB)

HARTFORD HOSPITAL
HUMAN RESOURCES POLICY AND PROCEDURE MANUAL

*REORGANIZATION and STAFF REDUCTION POLICY*

Section: II. Employment
Policy #: 210
Page 4 of 4

---

role. If the department manager determines that the ninety-day period does not allow sufficient time for a thorough evaluation, the period may be extended. During the period of orientation/adjustment, the department management will work with the employees to help them meet the standards of the new role. If the standards of the new role are not met within the appropriate time period, the employees will be given one additional opportunity for priority consideration for two weeks to apply for open positions for which they meet the qualifications; these positions may at any level in any department of the hospital. If vacant roles are not available, or if employees are not selected for vacant roles, they will be laid off. They may be eligible for severance pay according to the Hartford Hospital Severance Policy and will be provided assistance in resume preparation and job search techniques.

Affected employees not selected for reorganized/new roles due to a lack of job skills or education but selected for another role within the hospital will be encouraged to work with a Human Resource Consultant and manager to develop a plan to gain the appropriate skills or education to prepare them for consideration for future vacancies in the reorganized/new roles.

While receiving severance pay, laid off employees who were not at Step 2 (i.e., Formal Improvement Documentation/Written Warning) or higher of the Performance Improvement Process will receive priority consideration for any open positions for which they apply and meet the qualifications; these positions may be at any level in any department of the hospital.

Related
Policies:   Policy #902-Severance Pay Policy
            Policy #702-Employee Performance Improvement Policy

| | |
|---|---|
| Issued: | 5/95 |
| Replaces: | Reduction in Force Policy |
| Review Date: | 6/01 |
| Revised Date: | 9/95, 4/97, 6/98, 6/01 |

EXHIBIT 67
Solomon v. Hartford Hospital, et al.
Case No. 3:02-cv-1116(EBB)

HH 950