**CONFIDENTIAL**

CHANGE OF NAME, ADDRESS AND/OR SOCIAL SECURITY #

PLEASE PRINT CLEARLY

DEPARTMENT _Cardiology_ *Interventional EP* #  ____ UNIT (if nursing) ____ EMPLOYEE # _47694_

|  | FROM | TO |
|---|---|---|
| NAME | Lovie DeGourville | Lovie Kelsey |
| NUMBER & STREET |  |  |
| P O BOX |  |  |
| CITY |  |  |
| STATE & ZIP |  |  |
| PHONE # |  |  |
| MARITAL STATUS (& DATE OF EVENT) |  | 6/23/01 |
| SOCIAL SECURITY # attach copy & list reason or explanation |  |  |

EFFECTIVE DATE OF NAME CHANGE ____

EFFECTIVE DATE OF ADDRESS CHANGE _8/31/01_

ARE YOU A MEMBER OF TAX SHELTERED ANNUITY?   YES ____ NO ____

ARE YOU A MEMBER OF QUARTER CENTURY CLUB?   YES ____ NO ✓

ARE YOU A MEMBER OF SUPPLEMENTAL LIFE?   YES ✓ NO ____

DO YOU HAVE MEDICAL INSURANCE THROUGH HARTFORD HOSPITAL?   YES ✓ NO ____

  IF YES, IT IS NECESSARY FOR YOU TO COMPLETE A SEPARATE FORM FOR THE INSURANCE CARRIER.

ARE YOU A HARTFORD HOSPITAL RETIREE?   YES ____ NO ____

  IF YES, ARE YOUR PENSION CHECKS DIRECT DEPOSITED?   YES ____ NO ____

DATE _8/31/01_

**EXHIBIT 68**
Solomon v. Hartford Hospital, et al.,
Case No. 3:02-cv-1116(EBB)

HH 287