**EXHIBIT 69**

Solomon v. Hartford Hospital., et al.,
Case No. 3:02-cv-1116(EBB)

## EMPLOYEE RECORD/CHANGE NOTICE (CONFIDENTIAL)

| L1 | L2 | Employee Number | Dept/Cost Center | Social Security No. | Hire Date | | Pay Cd | Emp.St. | Date Last Maint |
|---|---|---|---|---|---|---|---|---|---|
| | | 46869 | | 049 66 4911 | 01/29/9 | | | | |

### Section 1 Personal Information

| Employee Name (Last, First, MI) | | Marital | Street Address | | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| Vazquez, Jennifer M | | 1 | 42 Daniel Street | | East Hartford | CT | 06108 |

| Date of Birth | Sex | Non Citizen | Permanent Resident | Home Phone | Person To Contact In An Emergency (Name) | Phone (Emergency) |
|---|---|---|---|---|---|---|
| 06/14/76 | F | | | | | |

Auto Registration 1   220MKA

Auto Registration 2

### Section 2 Salary History

| Date | Hrs/Wk | Salary | Position Code/Title | Date | Hrs/Wk | Salary | Position Code/Title |
|---|---|---|---|---|---|---|---|

**CONFIDENTIAL**

### Section 3 Education / Skills

| Degree | Field of Study | Date | Schools | Date | Skill/Certification | Cert/Yr. |
|---|---|---|---|---|---|---|

### Section 4 Status Changes (Transfer/Promotion/Hours)

**Present Status**

| Dept-CC | Position Code | Split Cd | Position Title | Cur. Salary | Min. Salary | Max. Salary | New Salary | Hrs/Wk | Emp.Cd | WC Code |
|---|---|---|---|---|---|---|---|---|---|---|

**To Status**

| Dept-CC | Position Code | Position Title | | Last Day Paid | Last Day Worked | Start Date | End Date | Hrs/Wk | Emp.Cd | Emp.Cd Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 020120 | 120177 | Pharmacy Associate | | | | | | 40 F | | 1-28-01 |

New Salary: $11.50/hr

### Section 5 L.O.A. Information

| Code | L.O.A. Description | Start Date | End Date | Comments |
|---|---|---|---|---|

### Section 6 Advanced Vacation Holiday/Vacation Cash-in Requests and Information

**Advanced Vacation Request**

| HOURS | Hol. | Weeks | (Sunday to Saturday) From Date | To Date | Requested Pay Date | Vacation Cash-in Request Predetermined Hours Requested for year | Hours Eligible | YTD Hours Cashed-in | Hours Requested | Requested Pay Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Vac. | | | | | | | | | | |

Maureen Kuwoeski    1/16/01    _____    _____

Present Supervisor

HH 246