UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON | : | CIVIL ACTION NO. |
| | : | 3:02-CV-1116 (EBB) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, et al. | : | |
| | : | |
| Defendants. | : | April 18, 2005 |

## CONSENTED TO MOTION FOR EXTENSION OF TIME

The Defendants respectfully request an extension of time of thirty (30) days up to and including **May 19, 2005** to file their Reply to Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment. In support of this Motion the defendants state as follows:

1. Plaintiff's Second Amended Complaint, dated February 20, 2004, contains nineteen (19) counts alleging various violations of 42 U.S.C. §§ 1981 and 2000e et seq. and state common law.

2. On November 19, 2005, Defendants filed a motion seeking summary judgment on plaintiff's Amended Complaint in its entirety. Following six motions for

extension of time, on April 5, 2005, Plaintiff filed her Memorandum in Opposition to Defendants' Motion for Summary Judgment making Defendants' Reply due on or before April 19, 2005. Due to numerous previously scheduled depositions in other matters over the last two weeks, the undersigned has been unable to devote significant time to the drafting of Defendants' Reply Memorandum.

    3.    Defendants seek a thirty (30) day extension of time, up to and including **May 19, 2005**, to file their Reply Memorandum. Defendants require this additional time to adequately reply to the issues raised in Plaintiff's Memorandum. The Plaintiff consents to this Extension of Time.

    **WHEREFORE**, the Defendants respectfully request that their Consented to Motion for Extension of Time be GRANTED.

DEFENDANTS,
HARTFORD HOSPITAL, GLADYS
CIASCHINI, SUSAN O'CONNELL, AND
SANDRA NILES

By _____
    Brenda A. Eckert (ct00021)
    Beckert@goodwin.com
    Gregg Goumas (ct19095)
    Ggoumas@goodwin.com
    For Shipman & Goodwin LLP
    One Constitution Plaza Row
    Hartford, CT  06103-2819
    (860) 251-5000 (telephone)
    (860) 251-5214 (fax)

<sup></sup>
<sub></sub>

## CERTIFICATION OF SERVICE

      I hereby certify that a copy of the foregoing Consented to Motion for Extension of Time was mailed, postage prepaid, first-class mail on this 18th day of April, 2005 to the following:

Attorney Rachel M. Baird
Law Office of Rachel M. Baird
Stonegate Professional Building
379 Prospect Street
Torrington, CT  06790

With Courtesy Copy by Hand-delivery to:

The Honorable Ellen Bree Burns
United States District Court
141 Church Street
New Haven, CT 06510

_____
Gregg P. Goumas

400393 v.01 S1