UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON | : | CIVIL ACTION NO. |
| | : | 3:02-cv-1116 (EBB) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, et al. | : | |
| | : | |
| Defendants. | : | June 2, 2005 |

**THIRD MOTION FOR EXTENSION OF TIME**

The Defendants respectfully request an extension of time of two (2) days up to and including **Monday, June 6, 2005** to file their Reply to Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment. In support of this Motion the defendants state as follows:

1. Plaintiff's Second Amended Complaint, dated February 20, 2004, contains nineteen (19) counts alleging various violations of 42 U.S.C. §§ 1981 and 2000e et seq. and state common law. Many of plaintiff's claims of discrimination stem from her application for more than twelve different internal transfer positions within the Hospital.

2.  On November 19, 2005, Defendants filed a motion seeking summary judgment on plaintiff's Amended Complaint in its entirety. Following six motions for extension of time, on April 5, 2005, Plaintiff filed her Memorandum in Opposition to Defendants' Motion for Summary Judgment.

3.  Defendants have been granted two extensions of time up to file their Reply Memorandum. Their Memorandum is currently due on June 2, 2005.

4.  Defendants seek a third extension of time (of two days) up to and including **June 6, 2005** because in order to address the many issues raised by Plaintiff, it has been necessary for defendants' counsel to consult with several current and former Hospital employees some of whom are now living out of state. The process of contacting these individual has occasioned some delay which was further complicated by the long Memorial Day weekend. Defendants believe that if they are able to address as many of the points raised by the plaintiff as possible it will be of assistance to the court in framing the many issues before it.

5.  The undersigned attempted to contact opposing counsel yesterday to see if she takes a position with respect to this motion but has not yet heard back.

WHEREFORE, the Defendants respectfully request that their Motion for Extension of Time be GRANTED.

DEFENDANTS,
HARTFORD HOSPITAL, GLADYS CIASCHINI, SUSAN O'CONNELL, AND SANDRA NILES

By _____
Brenda A. Eckert (ct00021)
Beckert@goodwin.com
Gregg Goumas (ct19095)
Ggoumas@goodwin.com
For Shipman & Goodwin LLP
One Constitution Plaza Row
Hartford, CT 06103-2819
(860) 251-5000 (telephone)
(860) 251-5214 (fax)

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed, postage prepaid, first-class mail on this 2nd day of June, 2005 to the following:

Attorney Rachel M. Baird
Law Office of Rachel M. Baird
Stonegate Professional Building
379 Prospect Street
Torrington, CT 06790

With Courtesy Copy by Hand-delivery to:

The Honorable Ellen Bree Burns
United States District Court
141 Church Street
New Haven, CT 06510

_____
Gregg P. Goumas

404357 v.01 S1