UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON | : | CIVIL ACTION NO. |
| | : | 3:02-cv-1116 (EBB) |
| Plaintiff, | : | |
| v. | : | |
| HARTFORD HOSPITAL, et al. | : | |
| Defendants. | : | June 6, 2005 |

**DEFENDANTS' UNOPPOSED MOTION FOR PERMISSION
TO FILE REPLY BRIEF IN EXCESS OF TEN PAGES**

Defendants, Hartford Hospital, Susan O'Connell, Gladys Ciaschini and Sandra Niles, through their attorneys, hereby move this Court for permission to file a Reply to Plaintiff's Memorandum of Law in Opposition Defendants' Motion for Summary Judgment in excess of ten (10) pages in length. In support of this Motion, the defendants respectfully state as follows:

1.   Plaintiff Saraiya Solomon's Second Amended Complaint, dated February 20, 2004, contains nineteen (19) counts alleging multiple violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e et seq., the Civil Rights Act of 1866,

as amended, 42 U.S.C. § 1981, and the Connecticut Fair Employment Practices Act, §§ 46a-51 et seq. Plaintiff also alleges state common law claims of breach of implied contract, breach of the implied covenant of good-faith and fair dealing, intentional and negligent infliction of emotional distress, and tortious interference.

2. On November 19, 2004, Defendants' filed their Motion for Summary Judgment on Plaintiff's Second Amended Complaint in its entirety, accompanied by a sixty-nine (69) page Memorandum of Law in support thereof.

3. On April 5, 2005, Plaintiff filed a fifty-six (56) page Memorandum in Opposition to Defendants' Motion for Summary Judgment. Plaintiff's Memorandum contains an extensive discussion of various Hospital personnel policies, which Defendants believe Plaintiff has misinterpreted and misapplied.

4. It was not possible for Defendants' to respond to both the substantive issues raised by Plaintiff and the issues relating to the Hospital's human resources policies within the ten-page limit established by the Local Rules. Defendants' Reply Memorandum is sixteen (16) pages in length.

5. Plaintiff does not object to this Motion.

WHEREFORE, the defendants respectfully request that their Motion be granted.

        DEFENDANTS,
        HARTFORD HOSPITAL, GLADYS
        CIASCHINI, SUSAN O'CONNELL, AND
        SANDRA NILES

By _____
        Brenda A. Eckert (ct00021)
        Beckert@goodwin.com
        Gregg Goumas (ct19095)
        Ggoumas@goodwin.com
        Shipman & Goodwin LLP
        One Constitution Plaza
        Hartford, CT 06103-1919
        Telephone: (860) 251-5000
        Facsimile: (860) 251-5214

## CERTIFICATION OF SERVICE

I hereby certify that the foregoing Motion for Permission to File Reply Brief in Excess of Ten Pages was mailed, via U.S. mail, postage prepaid, on this 6th day of June, 2005, to:

Attorney Rachel M. Baird
Law Office of Rachel M. Baird
379 Prospect Street
Torrington CT 06790-5239

With Courtesy Copy by Hand-delivery to:

The Honorable Ellen Bree Burns
United States District Court
141 Church Street
New Haven, CT 06510

_____
Gregg P. Goumas

404608 v.01 S1

4