UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON, | : | CIVIL ACTION NO. |
| | : | 3:02-cv-1116 (EBB) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, et al. | : | |
| | : | |
| Defendants. | : | June 6, 2005 |

DEFENDANTS' NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE that Defendants Hartford Hospital, Susan O'Connell, Gladys Ciaschini and Sandra Niles have manually filed the following documents:

- **Exhibits A through D to their Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.**

These documents have not been filed electronically because

[ X ]   the electronic file size of the document exceeds 1.5 megabytes

The documents have been manually served on all parties.

1

DEFENDANTS,
HARTFORD HOSPITAL, GLADYS
CIASCHINI, SUSAN O'CONNELL, AND
SANDRA NILES

By_____
Brenda A. Eckert (ct00021)
beckert@goodwin.com
Gregg P. Goumas (ct19095)
ggoumas@goodwin.com
For Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Tel.: (860) 251-5000
Fax: (860) 251-5214

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Notice of Manual Filing was mailed, via U.S. mail, postage prepaid, on this 6th day of June, 2005, to:

Rachel M. Baird, Esq.
Law Office of Rachel M. Baird
379 Prospect Street
Torrington CT  06790-5239

With Courtesy Copy by Hand-delivery to:

The Honorable Ellen Bree Burns
United States District Court
141 Church Street
New Haven, CT 06510

_____
Gregg P. Goumas

404611 v.01 S1