UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON, | : | |
| | : | |
| Plaintiff, | : | CASE NO.: 3:02-cv-1116(EBB) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, | : | |
| GLADYS M. CIASCHINI, | : | |
| SUSAN A. O'CONNELL, and | : | |
| SANDRA NILES, | : | |
| | : | |
| Defendants. | : | JUNE 20, 2005 |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME RE:
FILING REQUEST FOR LEAVE TO FILE SURREPLY
WITH APPENDED PROPOSED SURREPLY BRIEF**

Plaintiff Saraiya Solomon, by and through her undersigned counsel and pursuant to Local Civil Rule 7, hereby requests an extension of time from June 20, 2005, to June 30, 2005, to request leave to file a surreply with an appended proposed surreply brief. In support, Plaintiff offers:

1. Defendants' Reply Brief is docketed as filed on June 9, 2005, and entered on June 13, 2005. (doc. #100)

2. The undersigned received a copy of the Reply Brief on June 10, 2005, and another copy on June 13, 2005, that was postmarked June 6, 2005.

3. The ten day period for filing a Surreply Brief ends on June 20, 2005.

4. Plaintiff requests an extension of ten days to review the Reply Brief and confer with opposing counsel regarding the exhibits to the Reply Brief.

5. In addition, Plaintiff's counsel has summary judgment opposition papers due on June 20, 2005, in the matter of Branciforte v. Town of Middletown, et al., Case No. 3:02-cv-928(AVC) and due to other pressing business requires additional time.

6. Opposing counsel was contacted and takes no position regarding this request for an extension.

                    PLAINTIFF
                    SARAIYA SOLOMON

BY: _____
Rachel M. Baird
(ct12131)
Law Office of Rachel M. Baird
379 Prospect Street
Torrington CT 06790-5239
Tel: (860) 626-9991
Fax: (860) 626-9992
E-mail: bairdlawoffice@aol.com

### CERTIFICATION

I HEREBY CERTIFY THAT the foregoing Plaintiff's Motion for Extension of Time was mailed, first-class, postage paid, on June 20, 2005, to counsel for the Defendants at the following address:

Brenda Eckert
Gregg P. Goumas
Shipman & Goodwin LLP
One Constitution Plz
Hartford CT 06103-1919

*Counsel for Hartford Hospital, et al*

_____
Rachel M. Baird

2