UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON, | : | |
| | : | |
| Plaintiff, | : | CASE NO.:  3:02-cv-1116(EBB) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, | : | |
| GLADYS M. CIASCHINI, | : | |
| SUSAN A. O'CONNELL, and | : | |
| SANDRA NILES, | : | |
| | : | |
| Defendants. | : | JULY 1, 2005 |

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME RE:
FILING REQUEST FOR LEAVE TO FILE SURREPLY
WITH APPENDED PROPOSED SURREPLY BRIEF**

Plaintiff Saraiya Solomon, by and through her undersigned counsel and pursuant to Local Civil Rule 7, hereby requests an extension of time from June 30, 2005, to July 5, 2005, to request leave to file a surreply with an appended proposed surreply brief.  In support, Plaintiff offers:

1. Defendants' Reply Brief is docketed as filed on June 9, 2005, and entered on June 13, 2005.  (doc. #100)

2. The undersigned received a copy of the Reply Brief on June 10, 2005, and another copy on June 13, 2005, that was postmarked June 6, 2005.

3. The ten day period for filing a Surreply Brief ended on June 20, 2005.

4. Plaintiff filed a motion for an extension of ten (10) days until June 30, 2005, to file a request to file Surreply Brief with an appended Surreply Brief.

5. In support and as good cause, Plaintiff represents that the preceding ten (10) days required Plaintiff's counsel to divert attention to summary judgment opposition papers in the matter of Branciforte v. Town of Middletown, et al., Case No. 3:02-cv-928(AVC) filed on June

22, 2005, that due to the expiration of a discovery deadline in the matter of <u>Crocco v. Advance Stores Company, Inc., et al.</u>, 3:04-cv-1608(JCH), Plaintiff's counsel was required at depositions, in accordance with an Order pending since May 31, 2005, in the matter of <u>Shorter v. Hartford Financial Services Group, Inc.</u>, 3:03-cv-149(WIG), Plaintiff's undersigned counsel required substantial hours to submit in interest calculations on June 28, 2005, , in addition to other routine pressing business.

6.     Plaintiff respectfully requests the holiday weekend to finalize the request to file and appended Surreply Brief.

7.     Opposing counsel was contacted and takes no position regarding this request for an extension.

8.     An Affidavit of Cliffton T. Baird is attached at Exhibit 1 indicating that counsel did attempt to file the instant motion for extension of time on June 30, 2005, but the motion was delayed in traffic on Route 84 in West Hartford, Connecticut.

9.     A copy of the June 30, 2005, motion intended for filing is attached as Exhibit 2.

                          PLAINTIFF
                          SARAIYA SOLOMON

              By:    /s/ Rachel M. Baird        .
                   Rachel M. Baird
                   (ct12131)
                   Law Office of Rachel M. Baird
                   Stonegate Professional Building
                   379 Prospect Street
                   Torrington CT 06790-5239
                   Tel: (860) 626-9991
                   Fax: (860) 626-9992
                   E-mail: bairdlawoffice@aol.com

**CERTIFICATION**

     I HEREBY CERTIFY THAT the foregoing Plaintiff's Second Motion for Extension of Time Re: Filing Request for Leave to File Surreply With Appended proposed Sureply Brief, and Exhibits 1 and 2, were mailed, first-class, postage paid, on July 1, 2005, to counsel for the Defendants at the following address:

Brenda Eckert  
Gregg P. Goumas  
Shipman & Goodwin LLP  
One Constitution Plz  
Hartford CT 06103-1919

                                            /s/ Rachel M. Baird     .  
                                            Rachel M. Baird