UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON, | : | |
| Plaintiff, | : | CASE NO.: 3:02-cv-1116(EBB) |
| v. | : | |
| HARTFORD HOSPITAL, GLADYS M. CIASCHINI, SUSAN A. O'CONNELL, and SANDRA NILES, | : | |
| Defendants. | : | JULY 1, 2005 |

## AFFIDAVIT OF CLIFFTON T. BAIRD

Cliffton T. Baird, being first duly sworn, deposes and states as follows:

1. This Affidavit is prepared and submitted in support of Plaintiff's Second Motion for Extension of Time.

2. The Affiant is over the age of eighteen (18) years and understands the obligations of an Oath.

3. On June 30, 2005, at approximately 3 P.M., I left the Law Office of Rachel M. Baird in Torrington, Connecticut, where I am employed, for New Haven, Connecticut to file Plaintiff's Second Motion for Extension of Time Re: Filing Request for Leave to File Surreply With Appended Proposed Surreply Brief along with a disk and a copy for date stamping.

4. At 4:30 P.M., I had only reached Exit 42 on I-84 eastbound in West Hartford due to a delay in traffic and was unable to reach the courthouse at in New Haven before 5 P.M.

Exhibit 1 - Plaintiff's Motion for Extension of Time
Solomon v. Hartford Hospital, et al.
Case No. 3:02-cv-1116(EBB)
July 1, 2005

CLIFFTON T. BAIRD, being duly sworn, on oath, states that he is the Affiant herein; that he has read the foregoing Affidavit and knows the content thereof; that the same is true of his own knowledge, except as to the matter herein stated on information and belief and that as to these matters he believes the same to be true.

Dated at Torrington, Connecticut.

                                                         Cliffton T. Baird

Subscribed and sworn to before me on this 1st day of July, 2005.

Rachel M. Baird
Commissioner of the Superior Court

Exhibit 1 - Plaintiff's Motion for Extension of Time
Solomon v. Hartford Hospital, et al.
Case No. 3:02-cv-1116(EBB)
July 1, 2005