UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SARAIYA SOLOMON,                        :
                                        :
        Plaintiff,                      :       CASE NO.:  3:02-cv-1116(EBB)
                                        :
        v.                              :
                                        :
                                        :
HARTFORD HOSPITAL,                      :
GLADYS M. CIASCHINI,                    :
SUSAN A. O'CONNELL, and                 :
SANDRA NILES,                           :
                                        :
        Defendants.                     :       JUNE 30, 2005

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME RE:**
**FILING REQUEST FOR LEAVE TO FILE SURREPLY**
**WITH APPENDED  PROPOSED SURREPLY BRIEF**

Plaintiff Saraiya Solomon, by and through her undersigned counsel and pursuant to Local

Civil Rule 7, hereby requests an extension of time from June 30, 2005, to July 5, 2005, to request

leave to file a surreply with an appended proposed surreply brief.  In support, Plaintiff offers:

        1.      Defendants' Reply Brief is docketed as filed on June 9, 2005, and entered on June

13, 2005.  (doc. #100)

        2.      The undersigned received a copy of the Reply Brief on June 10, 2005, and another

copy on June 13, 2005, that was postmarked June 6, 2005.

        3.      The ten day period for filing a Surreply Brief ended on June 20, 2005.

        4.      Plaintiff filed a motion for an extension of ten (10) days until June 30, 2005, to

file a request to file Surreply Brief with an appended Surreply Brief.

        5.      In support and as good cause, Plaintiff represents that the preceding ten (10) days

required Plaintiff's counsel to divert attention to summary judgment opposition papers in the

matter of Branciforte v. Town of Middletown, et al., Case No. 3:02-cv-928(AVC) filed on June

Exhibit 2 - Plaintiff's Motion for Extension of Time
Solomon v. Hartford Hospital, et al.
Case No. 3:02-cv-1116(EBB)
July 1, 2005

22, 2005, that due to the expiration of a discovery deadline in the matter of Crocco v. Advance

Stores Company, Inc., et al., 3:04-cv-1608(JCH), Plaintiff's counsel was required at depositions,

in accordance with an Order pending since May 31, 2005, in the matter of Shorter v. Hartford

Financial Services Group, Inc., 3:03-cv-149(WIG), Plaintiff's undersigned counsel required

substantial hours to submit in interest calculations on June 28, 2005, , in addition to other routine

pressing business.

     6.     Plaintiff respectfully requests the holiday weekend to finalize the request to file

and appended Surreply Brief.

     7.     Opposing counsel was contacted and takes no position regarding this request for

an extension.

PLAINTIFF
SARAIYA SOLOMON

BY: _____

Rachel M. Baird
(ct12131)
Law Office of Rachel M. Baird
379 Prospect Street
Torrington CT 06790-5239
Tel: (860) 626-9991
Fax: (860) 626-9992
E-mail: bairdlawoffice@aol.com

2

Exhibit 2 - Plaintiff's Motion for Extension of Time
Solomon v. Hartford Hospital, et al.
Case No. 3:02-cv-1116(EBB)
July 1, 2005

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY THAT the foregoing Plaintiff's Second Motion for Extension of

Time was mailed, first-class, postage paid, on June 30, 2005, to counsel for the Defendants at the

following address:

Brenda Eckert
Gregg P. Goumas
Shipman & Goodwin LLP
One Constitution Plz
Hartford CT 06103-1919

_____
Rachel M. Baird

Exhibit 2 - Plaintiff's Motion for Extension of Time
Solomon v. Hartford Hospital, et al.
Case No. 3:02-cv-1116(EBB)
July 1, 2005