UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON, | : | |
| | : | |
| Plaintiff, | : | CASE NO.: 3:02-cv-1116(EBB) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, | : | |
| GLADYS M. CIASCHINI, | : | |
| SUSAN A. O'CONNELL, and | : | |
| SANDRA NILES, | : | |
| | : | |
| Defendants. | : | JULY 7, 2005 |

**PLAINTIFF'S REQUEST FOR LEAVE TO FILE SURREPLY BRIEF
AND TO FILE IN EXCESS OF TEN PAGES**

Plaintiff Saraiya Solomon, by and through her undersigned counsel, hereby requests leave to file a Surreply Brief concerning Defendants' pending Motion for Summary Judgment and to submit such brief in sixteen (16) pages. In support, Plaintiff offers:

1. Defendants' filed a Motion for Summary Judgment and related papers on November 22, 2004, and December 2, 2004. (doc. ## 68-75)

2. Plaintiff filed an opposition to Defendants motion and related papers on April 5, 2005. (doc. ##89-91)

3. Defendants filed a Reply Brief on June 9, 2005. (doc. #100)

4. Plaintiff and Defendants filed requests for leave to file their previous summary judgment memoranda and brief to exceed their respective page limits due to the complexity and quantity of the factual issues in the instant matter. (doc. ##69, 88, 98)

5. Plaintiff now requests leave to file a Surreply Brief to: (1) Clarify the applicability of two standards of law relied upon by the Defendants Hartford Hospital, Gladys M. Ciaschini, Susan A. O'Connell, and Sandra Niles ("Defendants") in their Reply Brief; (2) augment facts

and exhibits already in the record using information included in the Reply Brief and accompanying declarations; and (3) challenge the authenticity of an Employee Record Change Notice included as an exhibit to the Reply Brief but not disclosed in the course of discovery.

6. For the reasons stated in paragraphs four (4) and five (5), above, Plaintiff requests leave to file a Surreply Brief in excess of ten (10) pages.

For the foregoing reasons, Plaintiff respectfully requests leave to file the appended Surreply Brief, declaration in support, and four (4) exhibits.

                                              PLAINTIFF
                                              SARAIYA SOLOMON

By: /s/ Rachel M. Baird
Rachel M. Baird
(ct12131)
Law Office of Rachel M. Baird
Stonegate Professional Building
379 Prospect Street
Torrington CT 06790-5239
Tel: (860) 626-9991
Fax: (860) 626-9992
E-mail: bairdlawoffice@aol.com

**CERTIFICATION**

I HEREBY CERTIFY THAT the foregoing Plaintiff's Request for Leave to File Surreply With Appended Surreply, declaration in support, and four (4) exhibits were mailed, first-class, postage paid, on July 13, 2005, to counsel for the Defendants at the following address:

Brenda Eckert
Gregg P. Goumas
Shipman & Goodwin LLP
One Constitution Plz
Hartford CT 06103-1919

          /s/ Rachel M. Baird     .
          Rachel M. Baird