## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON, | : | |
| | : | |
| Plaintiff, | : | CASE NO.:  3:02-cv-1116(EBB) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, | : | |
| GLADYS M. CIASCHINI, | : | |
| SUSAN A. O'CONNELL, and | : | |
| SANDRA NILES, | : | |
| | : | |
| Defendants. | : | JULY 13, 2005 |

### PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME RE:
### FILING REQUEST FOR LEAVE TO FILE SURREPLY
### WITH APPENDED PROPOSED SURREPLY BRIEF

Plaintiff Saraiya Solomon, by and through her undersigned counsel and pursuant to Local Civil Rule 7, hereby requests an extension of time from July 5, 2005, to July 13, 2005, *nunc pro tunc*, to request leave to file a surreply with an appended surreply brief.  In support, Plaintiff offers:

1. Plaintiff's Request for Leave to File a Surreply Brief With an Appended Surreply Brief, a declaration in support, and four exhibits are filed this day July 13, 2005.

2. Defendants' Reply Brief is docketed as filed on June 9, 2005, and entered on June 13, 2005.  (doc. #100)

3. Defendants requested and received extensions of time through June 6, 2005, which totaled sixty-two (62) days to file a Reply Brief.

4. The undersigned received a copy of the Reply Brief on June 10, 2005, and another copy on June 13, 2005, that was postmarked June 6, 2005.

5. The ten day period for filing a Surreply Brief ended on June 20, 2005.

6.      Plaintiff filed an initial motion for an extension of ten (10) days until June 30, 2005, and a second motion for an extension until July 5, 2005, to file a Request to File Surreply Brief With an Appended Surreply Brief.

7.      In support and as good cause for this third and final extension of time Plaintiff represents that the amount of documents reviewed by Plaintiff's counsel to verify whether certain documents attached to the Reply Brief were requested and produced in discovery and the complexity of the fact pattern and issues in the case, as demonstrated by the sixty-two (62) days required by Defendants two counsel of record to file a sixteen (16) page Reply Brief, make the total extension time of twenty-seven (33) days requested by Plaintiff's counsel to file a Request for Leave to File a Surreply With Appended Surreply Brief reasonable.

8.      Opposing counsel, which has not taken a position regarding the first two motions for an extension to file a Request for Leave to File Surreply Brief, was contacted but may not have had opportunity to respond prior to the filing of this motion.


                                        PLAINTIFF
                                        SARAIYA SOLOMON


                        By:     /s/  Rachel M. Baird              .
                                Rachel M. Baird
                                (ct12131)
                                Law Office of Rachel M. Baird
                                Stonegate Professional Building
                                379 Prospect Street
                                Torrington CT 06790-5239
                                Tel:  (860) 626-9991
                                Fax:  (860) 626-9992
                                E-mail: bairdlawoffice@aol.com

## **CERTIFICATION**

I HEREBY CERTIFY THAT the foregoing Plaintiff's Third Motion for Extension of

Time Re: Filing Request for Leave to File Surreply With Appended proposed Surreply Brief was

mailed, first-class, postage paid, on July 13, 2005, to counsel for the Defendants at the following

address:

Brenda Eckert
Gregg P. Goumas
Shipman & Goodwin LLP
One Constitution Plz
Hartford CT 06103-1919


    /s/  Rachel M. Baird      .
    Rachel M. Baird