## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON, | : | |
| | : | |
| Plaintiff, | : | CASE NO.:  3:02-cv-1116(EBB) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, | : | |
| GLADYS M. CIASCHINI, | : | |
| SUSAN A. O'CONNELL, and | : | |
| SANDRA NILES, | : | |
| | : | |
| Defendants. | : | July 13, 2005 |

### DECLARATION OF RACHEL M. BAIRD IN SUPPORT OF SURREPLY BRIEF

Rachel M. Baird, being duly sworn and according to law, deposes and states:

1. I represent Saraiya Solomon and appear on her behalf in the above-referenced matter. This Affidavit is submitted in support of Plaintiff's Surreply Brief on Defendants' Motion for Summary Judgment.

2. I affirm that Exhibit 1 to Plaintiff's Surreply Brief is a true and accurate copy of Admissions by Defendants served on Defendants on or about September 19, 2003.

3. I affirm that Exhibit 2 to Plaintiff's Surreply Brief is a true and correct copy of a business record received from Defendant Hartford Hospital in response to Plaintiff's discovery requests.

4. I affirm that Exhibit 3 to Plaintiff's Surreply Brief is a true and correct copy of a newspaper article from *The Hartford Courant* cut out by the undersigned in 2004 or 2005.

5. I affirm that Exhibit 4 to Plaintiff's Surreply Brief is a true and correct copy of discovery requests served on Defendants on or about May 28, 2003.

6. I affirm that I have thoroughly reviewed each and every document produced in the course of discovery in the above-referenced matter and have not located the Employee Record Change Notice appended to the Declaration of Gladys Ciaschini at Tab 3 submitted with Defendants' Reply Brief. In addition, I affirm that I have thoroughly reviewed each and every document provided to me by the Plaintiff that she received in the course of the administrative proceeding before the Commission on Human Rights and Opportunities and have not located the Employee Record Change Notice appended to the Declaration of Gladys Ciaschini at Tab 3 submitted with Defendants' Reply Brief.

*I declare under penalty of perjury that the foregoing is true and correct.*
*Executed at Litchfield, Connecticut, this 13th day of July, 2005.*

    /s/ Rachel M. Baird    .
Rachel M. Baird

2

Tab A Pl.'s Surreply Brief
Solomon v. Hartford Hospital, et al.
Case No. 3:02-cv-1116(EBB)