UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON | : | CASE NO. 3:02-cv-1116 GLG |
| Plaintiff, | : | |
| v. | : | |
| HARTFORD HOSPITAL; GLADYS CIASCHINI, as an agent of HARTFORD HOSPITAL and individually; SUSAN A. O'CONNELL, as an agent of HARTFORD HOSPITAL and individually; and SANDRA NILES, as a de facto agent of HARTFORD HOSPITAL and individually | : | |
| Defendants. | : | September 19, 2003 |

## DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS

Hartford Hospital (the "Hospital") responds to plaintiff's Requests for Admission as follows:

1. A temporary employee of Hartford Hospital is an employee who is hired to work a specific period of time to a maximum of six months.

Objection:

The Hospital objects to this Request on the basis that it is overbroad in that it is unlimited in scope of time.

Response:

Subject to and without waving the forgoing objection, the Hospital admits that pursuant to current Hartford Hospital Human Resources Policy #202, "temporary employees" are hired to work a specific period of time to a maximum of

Exhibit 1 Pl.'s Surreply Brief
Solomon v. Hartford Hospital, et al.
Case No. 3:02-cv-1116(EBB)
July 7, 2005

six months. However, the Hospital denies the remainder of this Request including any implication that "temporary employees" are in fact always hired to work a specific period of time.

2. A temporary employee of Hartford Hospital is ineligible for benefits and holiday pay.

**Objection:**

The Hospital objects to this Request on the basis that it is overbroad in that it is unlimited in scope of time. Further, the Hospital objects to this Request as vague on the basis that the term "benefits and holiday pay" is undefined.

**Response:**

Subject to and without waiving the foregoing objection, the Hospital admits that pursuant to current Hartford Hospital Human Resources Policies #202 and #503, "temporary employees" are not eligible for benefits and holiday pay.

3. A part-time employee of Hartford Hospital is an employee who works less than forty (40) hours per week.

**Objection:**

The Hospital objects to this Request on the basis that it is overbroad in that it is unlimited in scope of time.

**Response:**

Exhibit 1 Pl.'s Surreply Brief
Solomon v. Hartford Hospital, et al.
Case No. 3:02-cv-1116(EBB)
July 7, 2005

-2-

192. Prior to March 1, 2001, Hartford Hospital had never received a complaint from Plaintiff regarding Hartford Hospital's failure to provide Plaintiff with a paycheck on time.

**Objection:**

**The Hospital object to this request as overbroad in that it is unlimited in scope of time. Further, the Hospital also objects because this Request is overbroad and unduly burdensome in that it does not specify any particular person as being the recipient of such complaint. In order to respond to this Request, the Hospital would need to poll its more than 6000 employees.**

DEFENDANTS,
HARTFORD HOSPITAL, GLADYS
CIASCHINI, SUSAN O'CONNELL, AND
SANDRA NILES

By /s/ Brenda A. Eckert

Brenda A. Eckert (ct00021)
Beckert@goodwin.com
Gregg Goumas (ct19095)
Ggoumas@goodwin.com
For Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
(860) 251-5000

348894 v.02 S2

Exhibit 1 Pl.'s Surreply Brief
Solomon v. Hartford Hospital, et al.
Case No. 3:02-cv-1116(EBB)
July 7, 2005

-82-