# Proving Language Bias Could Be Difficult

**By CARRIE MASON-DRAFFEN**

### CAN THEY DO THAT?

**Q.** *I responded to a newspaper ad for a warehouse job. The woman who took my call asked me right off the bat if I spoke Spanish. I said, "No," and she said, "Don't even bother to apply." Since when does a warehouse job require you to speak another language? This doesn't seem fair. Is this reverse discrimination?*

**A.** Whether discrimination played a part in the brush-off depends on what prompted it, according to Lewis Maltby, president of the National Workrights Institute in Princeton, N.J.

For example, if you need to be fluent in Spanish to speak to the company's clients, that skill "would be a legitimate requirement," Maltby said. "There are jobs in which being able to speak another language is a legitimate requirement, and it might be the case here."

On the other hand, he said, "If the boss is Hispanic and he just likes to hire other Hispanics, that's not kosher."

In any event, your case could be difficult to prove because it's such a new area, Maltby said. "I don't know if this case is a winner because I have never seen a case like this," he said.

But that shouldn't stop you if you believe your rights have been violated. You may have suffered reverse discrimination on the basis of national origin. Call the U.S. Equal Employment Opportunity Commission at 800-669-4000.

*Carrie Mason-Draffen is a columnist for Newsday, a Tribune Co. newspaper. E-mail her at yourmoney@tribune.com.*

Exhibit 3 Pl.'s Surreply Brief
Solomon v. Hartford Hospital, et al.
Case No. 3:02-cv-1116(EBB)
July 7, 2005