UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON, | : | CIVIL ACTION NO. |
| | : | 3:02-cv-1116 (EBB) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, et al. | : | |
| | : | |
| Defendants. | : | August 22, 2005 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned respectfully requests that his appearance in the above matter be withdrawn as counsel for the defendants. As of Friday, August 26, 2005, the undersigned will no longer be associated with the law firm of Shipman & Goodwin LLP. Attorney Brenda A. Eckert will remain as counsel of record for the defendants.

WHEREFORE, the undersigned respectfully requests that his motion be granted.

By_____
Gregg P. Goumas (ct19095)
For Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Tel.: (860) 251-5000
Fax: (860) 251-5214

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion to Withdraw was mailed, via U.S. mail, postage prepaid, on this 22nd day of August, 2005, to:

Rachel M. Baird, Esq.
Law Office of Rachel M. Baird
379 Prospect Street
Torrington CT  06790-5239

Gregg P. Goumas

411063 v.01 S1