IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------x
                                                           :
SARAIYA SOLOMON                         :   3:02 CV 1116 (EBB)
                                                           :
v.                                                         :
                                                           :
HARTFORD HOSPITAL ET AL.                :   DATE: NOVEMBER 21, 2005
                                                           :
-----------------------------------------------------------x
```

MEMORANDUM OF SETTLEMENT CONFERENCE

Date of Conference:   November 21, 2005

Attorneys Present:    Rachel M. Baird, Esq.
                      (For Plaintiff)

                      Brenda A. Eckert, Esq.
                      Robert Simpson, Esq.
                      (For Defendants)

DISCUSSIONS

Settlement discussions were not productive. At the end of the conference, defense counsel indicated that they have uncovered new evidence with respect to the sole claim that remains in the lawsuit following Judge Burns' Ruling on Defendants' Motion for Summary Judgment, filed September 29, 2005 (Dkt. #111), namely defendants' alleged failure to hire plaintiff for the AAI position in hemodialysis, in Counts Three and Four (Title VII and § 1981).

Counsel agreed to the deadlines below.

ORDERS

1. By agreement of counsel, **on or before December 2, 2005**, defendants will produce for plaintiff's counsel all documents relevant to plaintiff's sole remaining claim in this case, and plaintiff shall complete all discovery, including depositions, if any, with respect to these documents **on or before December 30, 2005**.

2. By further agreement of counsel, defendants' supplemental Motion for Summary

Judgment, and such other filings as are required to FED. R. CIV. P. 56 and Local Civil Rule 56, shall be filed **on or before February 1, 2006**; plaintiff's brief, and such other filings as are required to FED. R. CIV. P. 56 and Local Civil Rule 56, shall be filed **on or before February 22, 2006**; and defendants' reply brief, if any, shall be filed **on or before March 8, 2006**.

    3. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

    Dated at New Haven, Connecticut, this 21st day of November, 2005.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge