UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON, | : | |
| | : | |
| Plaintiff, | : | CASE NO.: 3:02-cv-1116(EBB) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, | : | |
| GLADYS M. CIASCHINI, | : | |
| SUSAN A. O'CONNELL, and | : | |
| SANDRA NILES, | : | |
| | : | |
| Defendants. | : | DECEMBER 30, 2005 |

**PLAINTIFF'S MOTION FOR RELIEF
FROM JUDGMENT OR ORDER (Fed. R. Civ. P. 60(b))**

The Plaintiff, Saraiya Solomon, by and through her undersigned counsel, hereby moves for relief from orders of the Court issued on September 29, 2005, (doc. #111) granting summary judgment against Plaintiff on certain counts of the Second Amended Complaint.[1]

As cause, Plaintiff asserts that the Defendants have engaged in fraud, misconduct, and misrepresentation upon Plaintiff in the discovery process and upon the Court during the Court's consideration of Defendants' Motion for Summary Judgment.

The relief requested is that the Court vacate its previous judgment and orders granting Defendant's motion for summary judgment on certain claims.

A Memorandum of Law and Affidavit of Rachel M. Baird accompany the instant motion.

---

[1] The Court ruling on Defendants' Motion for Summary Judgment ordered: "Accordingly, for the reasons stated above, defendants' Motion for Summary Judgment (Doc. No. 68) is DENIED with respect to plaintiff's allegations of failure to hire her for the AAI position in hemodialysis in Counts Three and Four (Title VII and § 1981), see Section II.E.2 supra, and is GRANTED in all other respects, see Sections II.A-D, E.1, and E.3-5 supra." (doc. #111 at 69.)

**ORAL ARGUMENT REQUESTED**

2

        PLAINTIFF
        SARAIYA SOLOMON


BY: _____
    Rachel M. Baird
    Law Office of Rachel M. Baird
    379 Prospect Street
    Torrington CT 06790-5239
    Tel: (860) 626-9991
    Fax: (860) 626-9992

*Attorney for Plaintiff*


## CERTIFICATION

I HEREBY CERTIFY THAT the foregoing Plaintiff's Motion for Relief from Judgment or Order was mailed, first-class, postage-paid on December 30, 2005, to the following counsel of record:

Brenda A. Eckert
Shipman & Goodwin LLP
1 Constitution Plz
Hartford CT 06103-1919


_____
Rachel M. Baird

2