## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON, | : | |
| | : | |
| Plaintiff, | : | CASE NO.: 3:02-cv-1116(EBB) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, | : | |
| GLADYS M. CIASCHINI, | : | |
| SUSAN A. O'CONNELL, and | : | |
| SANDRA NILES, | : | |
| | : | |
| Defendants. | : | DECEMBER 30, 2005 |

### PLAINTIFF'S NOTICE OF MANUAL FILING

Plaintiff Saraiya Solomon, by and through her undersigned counsel, hereby provides notice of manual filing.

Plaintiff's Exhibits 1 through 3 to Plaintiff's Memorandum of Law in Support of Motion for Relief from Judgment or Order have not been submitted in PDF format because:

[X]  the electronic file size of the document exceeds 1.5 mb.

The documents and things have been manually served on all parties.

                                          PLAINTIFF
                                          SARAIYA SOLOMON


                              BY:  _____
                                          Rachel M. Baird
                                          Law Office of Rachel M. Baird
                                          379 Prospect Street
                                          Torrington CT 06790-5239
                                          Tel: (860) 626-9991
                                          Fax: (860) 626-9992

                                          *Attorney for Plaintiff*

2

**CERTIFICATION**

     I HEREBY CERTIFY THAT the foregoing <u>Plaintiff's Notice of Manual Filing</u> was mailed, first-class, postage-paid on December 30, 2005, to the following counsel of record:

Brenda A. Eckert
Shipman & Goodwin LLP
1 Constitution Plz
Hartford CT 06103-1919

                                                                 _____
                                                                 Rachel M. Baird