UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SARAIYA SOLOMON | : CIVIL ACTION NO.<br>: 3:02-cv-1116 (EBB) |
| Plaintiff,<br>v. | : |
| HARTFORD HOSPITAL, et al. | : |
| Defendants. | : January 18, 2006 |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S DECEMBER 30, 2005 MOTION FOR RELEIF
FROM JUDGMENT OR ORDER AND FOR PERMISSION TO DELAY THE
FILING OF A MOTION FOR PARTIAL SUMMARY JUDGEMENT IN
COMPLIANCE WITH THE COURT'S ORDER DATED NOVEMBER 21, 2005**

Defendants, Hartford Hospital, Susan O'Connell, Gladys Ciaschini and Sandra Niles, through their attorneys, hereby move this Court for an extension of time from January 27, 2006, to February 24, 2006, to respond to Plaintiff's December 30, 2005 Motion for Relief from Judgment or Order, and for permission to delay the filing of a Motion for Partial Summary Judgment in compliance with the Court's order of November 21, 2005. In support of this Motion, the defendants respectfully state as follows:

1.  On September 29, 2005, the Court granted summary judgment against Plaintiff Saraiya Solomon on all count's of her Second Amended Complaint except two

claims of disparate treatment race discrimination (Counts Three [Title VII against Hartford Hospital] and Count Four [42 U.S.C. §1981 against all Defendants]) arising from the decision not to hire Plaintiff for an Administrative Assistant I position in Hartford Hospital's Hemodialysis Department based on Plaintiff's June 6, 2000 job application.

2.      In its September 29th Summary Judgment Ruling, the Court stated: "There is no indication that ... [Lovie DeGourville Kelsey] ever assumed the role of AAI in Hemodialysis. This discrepancy undermines defendant's assertion that it filled the position with a black applicant who was more qualified than plaintiff." Additionally, the Court noted: "Moreover, although defendant Kowalski avers that plaintiff was not qualified for the AAI position, she testified at the administrative proceeding that she was not as qualified as the chosen applicant."

3.      On November 21, 2005, the Honorable Magistrate Judge Joan Glazer Margolis conducted a settlement conference in this matter; and in connection with this conference, the Defendants filed an Ex Parte Settlement Conference Memorandum on November 18, 2005, which contained the additional documentation and factual evidence related to the above-referenced issues that it had discovered since the Court's September 29th Summary Judgment Ruling and would present at trial.

2

4.  At the November 21, 2005, Settlement Conference, Magistrate Judge Margolis offered the Defendants that opportunity to file a Motion for Partial Summary Judgment based on the evidence discovered by the Defendants since the Court's September 29th Ruling and established the following schedule:

   a. By December 2, 2005, the Defendants were required to supplement their discovery responses with the aforementioned additional evidence;

   b. Plaintiff would be afforded the opportunity until December 30, 2005, to conduct additional discovery regarding the remaining claims;

   c. By February 1, 2006, Defendants would file the Motion for Partial Summary Judgment based on the remaining claims;

   d. By February 22, 2006, Plaintiff would respond to the Defendants' Motion for Partial Summary Judgment; and

   e. By March 8, 2006, Defendants would file their Reply Brief, if necessary.

5.  On December 2, 2005, the Defendants filed Defendants' Supplemental Responses to Defendants' May 28, 2003 Objections and Responses to Plaintiff's First Request for Production of Documents in compliance with Magistrate Judge Margolis' Order.

3

6.  On December 30, 2005, the Plaintiff filed her pending Motion for Relief from Judgment or Order, and a response to this Motion is due on January 27, 2006.

7.  As Defendants' counsel is moving within its current location within the next two weeks and the former associate who was primarily responsible for handling this matter has voluntarily departed from the firm and withdrawn his Appearance, Attorney Brenda A Eckert contacted opposing counsel, Rachel M. Baird, on January 18, 2006, and requested an extension to February 24, 2006, in order to respond to the Plaintiff's Motion for Relief from Judgment or Order. Attorney Baird does not oppose this request.

8.  Additionally, Attorneys Eckert and Baird are in agreement that in order to avoid having the Parties incur additional attorney's fees at this time, it would not be appropriate for the Defendants to proceed with the filing of a Motion for Partial Summary Judgment in compliance with Magistrate Margolis' Order of November 21, 2005, until after the Court has ruled on Plaintiff's Motion for Relief from Judgment or Order.

WHEREFORE, the Defendants respectfully request that this Motion be granted.

SHIPMAN & GOODWIN® LLP • COUNSELORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103-1919 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

DEFENDANTS,
HARTFORD HOSPITAL, GLADYS
CIASCHINI, SUSAN O'CONNELL, AND
SANDRA NILES

By _____
Brenda A. Eckert (ct00021)
Beckert@goodwin.com
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5214

5

### CERTIFICATION OF SERVICE

I hereby certify that the foregoing Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's December 30, 2005 Motion for Relief from Judgment or Order and for Permission to Delay the Filing of a Motion for Partial Summary Judgment in Compliance with the Court's Order dated November 21, 2005 was mailed, via U.S. mail, postage prepaid, on this 18th day of January, 2006, to:

Attorney Rachel M. Baird
Law Office of Rachel M. Baird
379 Prospect Street
Torrington CT 06790-5239

With Courtesy Copy by mail to:

The Honorable Judge Ellen Bree Burns
United States District Court
141 Church Street
New Haven, CT 06510

The Honorable Judge Joan Glazer Margolis
United States District Court
141 Church Street
New Haven, CT 06510

/s/ Brenda A. Eckert

424709 v.01

SHIPMAN & GOODWIN® LLP • COUNSELORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103-1919 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385