UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON | : | CIVIL ACTION NO. |
| | : | 3:02-cv-1116 (EBB) |
| Plaintiff, | : | |
| v. | : | |
| HARTFORD HOSPITAL, et al. | : | |
| Defendants. | : | February 24, 2006 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as attorney for the Defendants Hartford Hospital, Gladys Ciaschini, Susan O'Connell, and Sandra Niles in the above-captioned matter.

DEFENDANTS,
HARTFORD HOSPITAL, GLADYS
CIASCHINI, SUSAN O'CONNELL, AND
SANDRA NILES

By_____
Benjamin M. Wattenmaker (ct26923)
Bwattenmaker@goodwin.com
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5214

## CERTIFICATION OF SERVICE

I hereby certify that the foregoing Notice of Appearance was mailed, via U.S. mail, postage prepaid, on this 24th day of February, 2006, to:

Attorney Rachel M. Baird
Law Office of Rachel M. Baird
379 Prospect Street
Torrington CT  06790-5239

_____
Benjamin M. Wattenmaker

428483 v.01