UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON, | : | |
| | : | |
| Plaintiff, | : | CASE NO.: 3:02-cv-1116(EBB) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, | : | |
| GLADYS M. CIASCHINI, | : | |
| SUSAN A. O'CONNELL, and | : | |
| SANDRA NILES, | : | |
| | : | |
| Defendants. | : | March 6, 2005 |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME RE:
MOTION FILED PURSUANT TO RULE 60**

The Plaintiff, Saraiya Solomon, by and through her undersigned counsel, hereby moves for a thirty (30) day extension of time from March 6, 2006, to April 5, 2006, to respond to Defendant's Opposition to Motion for Relief from Judgment or Order.

1. Plaintiff filed a Motion for Relief from Judgment or Order with a Declaration by Rachel M. Baird in support dated December 30, 2005, and entered January 3, 2006. (doc. ## 116-118.)

2. Defendants, following a thirty (30) day continuance of time, filed an opposition brief to Plaintiff's Motion for Relief or Judgment on February 24, 2006. (doc. # 122.)

3. Plaintiff's reply to Defendants' opposition is due March 6, 2006.

4. Plaintiff represents that opposing counsel does not object to the instant request for extension of time to file a reply.

2

        PLAINTIFF
        SARAIYA SOLOMON

BY:   /s/ Rachel M. Baird
       Rachel M. Baird
       (ct12131)
       Law Office of Rachel M. Baird
       Stonegate Professional Building
       379 Prospect Street
       Torrington CT 06790-5239
       Tel:  (860) 626-9991
       Fax:  (860) 626-9992
       Email: bairdlawoffice@sbcglobal.net

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY THAT the foregoing Motion for Extension of Time was mailed, first-class, postage-paid on March 6, 2006, to the following counsel of record:

Brenda A. Eckert
Shipman & Goodwin LLP
1 Constitution Plz
Hartford CT 06103-1919

       /s/ Rachel M. Baird
       Rachel M. Baird