UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON, | : | |
| | : | |
| Plaintiff, | : | CASE NO.: 3:02-cv-1116(EBB) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, | : | |
| GLADYS M. CIASCHINI, | : | |
| SUSAN A. O'CONNELL, and | : | |
| SANDRA NILES, | : | |
| | : | |
| Defendants. | : | April 3, 2006 |

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME RE:**
**MOTION FILED PURSUANT TO RULE 60**

The Plaintiff, Saraiya Solomon, by and through her undersigned counsel, hereby moves for a five (5) day extension of time from April 5, 2006, until April 10, 2006, to respond to Defendant's Opposition to Motion for Relief from Judgment or Order.

1. Plaintiff filed a Motion for Relief from Judgment or Order with a Declaration by Rachel M. Baird in support dated December 30, 2005, and entered January 3, 2006. (doc. ## 116-118.)

2. Defendants, following a thirty (30) day continuance of time, filed an opposition brief to Plaintiff's Motion for Relief or Judgment on February 24, 2006. (doc. # 122.)

3. Plaintiff's reply to Defendants' opposition was due March 6, 2006.

4. The Court granted Plaintiffs' motion for extension of time to file a reply until April 5, 2006.

5. Plaintiff's counsel requests an additional five (5) days to file a reply due to the necessity of preparing for a trial at the Superior Court in Hartford during the week of April 3, 2006.

2

6. Undersigned counsel represents that opposing counsel was contacted on April 3, 2006, and does not object to the instant request for extension of time to file a reply.

           PLAINTIFF
           SARAIYA SOLOMON

BY:  /s/ Rachel M. Baird
       Rachel M. Baird
       (ct12131)
       Law Office of Rachel M. Baird
       Stonegate Professional Building
       379 Prospect Street
       Torrington CT 06790-5239
       Tel: (860) 626-9991
       Fax: (860) 626-9992
       Email: bairdlawoffice@sbcglobal.net

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY THAT the foregoing Motion for Extension of Time was mailed, first-class, postage-paid on April 4, 2006, to the following counsel of record:

Benjamin M. Wattenmaker
Shipman & Goodwin LLP
1 Constitution Plz
Hartford CT 06103-1919

       /s/ Rachel M. Baird
       Rachel M. Baird

2