**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SARAIYA SOLOMON, | : | |
| | : | |
| Plaintiff, | : | CASE NO.: 3:02-cv-1116(EBB) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, GLADYS M. CIASCHINI, SUSAN A. O'CONNELL, and SANDRA NILES, | : | |
| | : | |
| Defendants. | : | APRIL 10, 2006 |

**PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME RE: MOTION FILED PURSUANT TO RULE 60**

The Plaintiff, Saraiya Solomon, by and through her undersigned counsel, hereby moves for a three (3) day extension of time from April 10, 2006, through April 13, 2006, to reply to Defendant's Opposition to Motion for Relief from Judgment or Order.

**PROCEDURAL BACKGROUND**

1. Plaintiff filed a Motion for Relief from Judgment or Order with a Declaration by Rachel M. Baird in support dated December 30, 2005, and entered January 3, 2006. (doc. ## 116-118.)

2. Defendants, following a thirty (30) day continuance of time, filed an opposition brief to Plaintiff's Motion for Relief or Judgment on February 24, 2006. (doc. # 122.)

3. Plaintiff's reply to Defendants' opposition was due on March 6, 2006, and then April 5, 2006, following the Court's grant of Plaintiff's first motion for extension of time.

4. Plaintiff filed a motion for extension of time on April 3, 2006, requesting until April 10, 2006, to file a reply and presently requests a final continuance of three additional days to complete the reply and file it in New Haven on April 13, 2006.

**GOOD CAUSE FOR EXTENSION**

5. Plaintiff's counsel requests a final continuance of three (3) days due to the press of business and necessity of appearing in Court on criminal matters on April 10 and April 11, 2006, following trial during the week of April 3, 2006.

6. Undersigned counsel represents that opposing counsel was contacted on April 10, 2006, and does not object to the instant request for extension of time to file a reply.

PLAINTIFF
SARAIYA SOLOMON

BY: /s/ Rachel M. Baird

Rachel M. Baird
(ct12131)
Law Office of Rachel M. Baird
Stonegate Professional Building
379 Prospect Street
Torrington CT 06790-5239
Tel: (860) 626-9991
Fax: (860) 626-9992
Email: bairdlawoffice@sbcglobal.net

**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY THAT the foregoing Third Motion for Extension of Time was mailed, first-class, postage-paid on April 10, 2006, to the following counsel of record:

Benjamin M. Wattenmaker
Shipman & Goodwin LLP
1 Constitution Plz
Hartford CT 06103-1919

/s/ Rachel M. Baird
Rachel M. Baird