**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SARAIYA SOLOMON, | : | |
| | : | |
| Plaintiff, | : | CASE NO.: 3:02-cv-1116(EBB) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, | : | |
| GLADYS M. CIASCHINI, | : | |
| SUSAN A. O'CONNELL, and | : | |
| SANDRA NILES, | : | |
| | : | |
| Defendants. | : | APRIL 13, 2006 |

## PLAINTIFF'S NOTICE OF MANUAL FILING

Plaintiff Saraiya Solomon, by and through undersigned counsel, hereby provides notice of manual filing.

Plaintiff files the following documents manually due to a lack of access to a scanning machine on April 13, 2006, and provides Notice of Manual Filing

    Ex. 1   -   Letter to Linda Huskey, dated August 12, 2004 (2 pgs.)

    Ex. 2   -   Affidavit of Linda Huskey, dated April 3, 2006 (3 pgs.)

A copy of each of the exhibits listed above and this notice have been provided to counsel for Defendants as indicated in the certification below.

2

        PLAINTIFF
        SARAIYA SOLOMON


BY: _____
     Rachel M. Baird
     Law Office of Rachel M. Baird
     379 Prospect Street
     Torrington CT 06790-5239
     Tel: (860) 626-9991
     Fax: (860) 626-9992

*Attorney for Plaintiff*


## CERTIFICATION OF SERVICE

I HEREBY CERTIFY THAT the foregoing Plaintiff's Notice of Manual Filing, with Exhibits 1 and 2, was mailed, first-class, postage-paid on April 13, 2006, to the following counsel of record:

Benjamin M. Wattenmaker
Shipman & Goodwin LLP
1 Constitution Plz
Hartford CT 06103-1919


        _____
        Rachel M. Baird