UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SARAIYA SOLOMON, | : |
| Plaintiff, | : CASE NO.: 3:02-cv-1116(EBB) |
| v. | : |
| HARTFORD HOSPITAL, GLADYS M. CIASCHINI, SUSAN A. O'CONNELL, and SANDRA NILES, | : |
| Defendants. | : April 3, 2006 |

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME RE:
MOTION FILED PURSUANT TO RULE 60**

The Plaintiff, Saraiya Solomon, by and through her undersigned counsel, hereby moves for a five (5) day extension of time from April 5, 2006, until April 10, 2006, to respond to Defendant's Opposition to Motion for Relief from Judgment or Order.

1. Plaintiff filed a Motion for Relief from Judgment or Order with a Declaration by Rachel M. Baird in support dated December 30, 2005, and entered January 3, 2006. (doc. ## 116-118.)

2. Defendants, following a thirty (30) day continuance of time, filed an opposition brief to Plaintiff's Motion for Relief or Judgment on February 24, 2006. (doc. # 122.)

3. Plaintiff's reply to Defendants' opposition was due March 6, 2006.

4. The Court granted Plaintiffs' motion for extension of time to file a reply until April 5, 2006.

5. Plaintiff's counsel requests an additional five (5) days to file a reply due to the necessity of preparing for a trial at the Superior Court in Hartford during the week of April 3, 2006.