UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON, | : | |
| Plaintiff, | : | CASE NO.: 3:02-cv-1116(EBB) |
| v. | : | |
| HARTFORD HOSPITAL, GLADYS M. CIASCHINI, SUSAN A. O'CONNELL, and SANDRA NILES, | : | |
| Defendants. | : | APRIL 10, 2006 |

**PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME RE: MOTION FILED PURSUANT TO RULE 60**

The Plaintiff, Saraiya Solomon, by and through her undersigned counsel, hereby moves for a three (3) day extension of time from April 10, 2006, through April 13, 2006, to reply to Defendant's Opposition to Motion for Relief from Judgment or Order.

**PROCEDURAL BACKGROUND**

1. Plaintiff filed a Motion for Relief from Judgment or Order with a Declaration by Rachel M. Baird in support dated December 30, 2005, and entered January 3, 2006. (doc. ## 116-118.)

2. Defendants, following a thirty (30) day continuance of time, filed an opposition brief to Plaintiff's Motion for Relief or Judgment on February 24, 2006. (doc. # 122.)

3. Plaintiff's reply to Defendants' opposition was due on March 6, 2006, and then April 5, 2006, following the Court's grant of Plaintiff's first motion for extension of time.

4. Plaintiff filed a motion for extension of time on April 3, 2006, requesting until April 10, 2006, to file a reply and presently requests a final continuance of three additional days to complete the reply and file it in New Haven on April 13, 2006.