UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SARAIYA SOLOMON | : | CIVIL ACTION NO. |
| | : | 3:02-cv-1116 (EBB) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| HARTFORD HOSPITAL, et al. | : | |
| Defendants. | : | April 28, 2006 |

**DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY
AND ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE SUR-REPLY**

Pursuant to Local Rules 7(b) and 7(d), Defendants Hartford Hospital, Susan O'Connell, Gladys Ciaschini, and Sandra Niles (collectively, "Defendants") move this Court for leave to file a Sur-Reply to Plaintiff's Reply Brief to Defendant's Memorandum of Law in Opposition to Motion for Relief from Judgment or Order. In addition, Defendants move for an extension of time of ten days, from April 28, 2006 to May 12, 2006, to file the aforementioned Sur-Reply. In support of this motion, Defendants state the following:

1.  On September 29, 2005, this Court granted Defendants' motion for summary judgment on all but two counts of Plaintiff Saraiya Solomon's Second Amended Complaint.

2. Just prior to the November 21, 2005 settlement conference with Magistrate Judge Margolis, Defendants located additional documentary evidence through their trial preparation efforts. When the case could not be resolved, the Magistrate Judge entered an order permitting Defendants to file a motion for partial summary judgment based on the additional documents, and allowing Plaintiff to take additional discovery on the documents.

3. Plaintiff elected not to take any discovery. Instead, on December 30, 2005, Plaintiff filed a Motion for Relief from Judgment or Order on the basis that Defendants perpetrated a fraud upon the Court. However, Plaintiff's motion presented no evidence in support of her very serious charge.

4. Defendants, following a thirty day continuance, filed an Opposition to Plaintiff's Motion for Relief for Judgment on February 24, 2006.

5. Plaintiff filed three motions seeking leave for extensions of time from March 6, 2006, to April 13, 2006, to file a Reply Brief. Defendants assented to all three motions seeking extensions of time.

6. On April 13, 2006, Plaintiff filed her Reply to Defendants' Opposition, which purports to raise "Newly Discovered Evidence" by way of an affidavit from Linda

Huskey that allegedly demonstrates that Defendants' counsel perpetrated a fraud upon this Court in the course of discovery. See Plaintiff's Reply at 7-8.

7. Defendants respectfully request leave to file a Sur-Reply brief in order to respond to Plaintiff's new allegation of fraud against Defendants' counsel based on Ms. Huskey's affidavit.

8. In addition, Defendants respectfully request a continuance of ten days to complete and file the Sur-Reply, from April 28, 2006 to May 12, 2006.

9. Defendants request a continuance of ten days due to the press of business. One of Defendants' attorneys is presently assisting with preparations for trial in another matter in state court, in which jury selection is scheduled to begin on May 2, 2006.

10. Undersigned counsel represents that opposing counsel was contacted on April 26, 2006, and does not object to Defendants' request for extension of time to file a reply.

DEFENDANTS,
HARTFORD HOSPITAL, GLADYS CIASCHINI, SUSAN O'CONNELL, AND SANDRA NILES

By _____
Brenda A. Eckert (ct00021)
Beckert@goodwin.com
Benjamin M. Wattenmaker (ct26923)
Bwattenmaker@goodwin.com
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5214

## CERTIFICATION OF SERVICE

      I hereby certify that the foregoing Defendants' Motion for Leave to File Sur-Reply and Motion for Extension of Time to File Sur-Reply was mailed, via U.S. mail, postage prepaid, on this 28th day of April, 2006, to:

Attorney Rachel M. Baird
Law Office of Rachel M. Baird
379 Prospect Street
Torrington CT 06790-5239

                                                          /s/ Benjamin M. Wattenmaker
                                                          Benjamin M. Wattenmaker

434294 v.01