H



# STATE OF CONNECTICUT
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES
### CAPITOL REGION OFFICE
1229 ALBANY AVENUE    HARTFORD, CONNECTICUT 06112
TEL. (203)566-7710

IN REPLY:

August 26, 1992



**CONFIDENTIAL**

RECEIVED

AUG 26 1992

Personnel Director
Hartford Hospital
Radiation Therapy Tech. Program
80 Seymour Street
Hartford, CT  06115

CERTIFIED MAIL #P 720 526 236

Re: Case #9310094   LINDA HUSKY VS. HARTFORD HOSPTAL/RADIATION THERAPY

Dear Sir/Madam:

This is to serve you with notice that the above-entitled complaint has been recently filed with this Commission.  A copy of this complaint is attached hereto and is incorporated as part of this notice.  The complaint identified the alleged unlawful discriminatory practice.  The Commission is required by CONN. GEN. STAT. 46A-54(A)(8) to investigate complaints filed with it.

Pursuant to CONN. GEN. STAT. 46a-83(a), as amended, you must file a written answer to the complaint, under oath, with the Commission within:

    (XX)  thirty (30) calendar days of receipt of this complaint.

    (  )  ten (10) calendar days of receipt of this complaint which
          alleges a violation of the Connecticut Fair Housing Act
          (CONN. GEN. STAT. 46A-64C).

Accordingly, while an extension may be granted by me, it will only be granted upon a showing of good cause.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
### IMPORTANT NOTICE CONCERNING DEFAULTS

        The Executive Director of the Commission may DEFAULT a respondent if the respondent (1) fails to answer a complaint in accordance with the timeframe noted above or within such extension of time as I may grant or (2) fails to answer interrogatories or respond to a subpoena (any timely filed objection will be considered.  Sec. 46a-83 of the CONN. GEN. STAT. as amended by 3 of Public Act 91-302.  Upon the issuance of a DEFAULT, a hearing will be held for the sole purpose of fashioning an order requiring the respondent to make the complainant whole and eliminating the discriminatory practice.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

HH 1190

**CONFIDENTIAL**

CASE #9310094

The investigator must make a finding of reasonable cause or no reasonable cause, pursuant to CONN. GEN. STAT. 46a-83(a), as amended.  A finding of reasonable cause requires that efforts be made to eliminate the practice complained of by conference, conciliation and persuasion.  If necessary, the complaint will be certified to hearing.

Your answer must address each allegation set out in the complaint. Please state whether you admit or deny each numbered allegation.  For example, if you disagree with allegation one, you should state "allegation one, deny" and set out the facts on which you rely for your denial and attach any and all supporting documentation.

The Commission also requires as part of the answer to this complaint the answer to all questions contained in and the submission of any of the documents enumerated in the enclosed "Schedule A".  You must retain all records that may be relevant or related to this matter even if not requested at this time.  It is requested that you mail complainant a copy of your response and in your response to us, please verify that this has been done.

Please note that CONN. GEN. STAT. 46a-60(a)(4), as amended, prohibits discrimination against any person because s/he has opposed any discriminatory practice or because s/he has filed a complaint or testified or assisted in any proceeding under CONN. GEN. STAT. 46a-82, as amended; 46a-83, as amended; or 46a-84, as amended.  In addition, 46a-64c(a)(9) of the CONN. GEN. STAT. prohibits coercion, intimidation threatening or interference in the exercise and enjoyment of fair housing rights.

The Commission prefers to resolve complaints expeditiously.  If you would like to discuss resolution of this matter, please contact me at the telephone number listed above.

Very truly yours,

Lawrence J. Conlon
Regional Manager

/p

Enclosures:    Complaint
               Schedule A





# STATE OF CONNECTICUT
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES
### CAPITOL REGION OFFICE
1229 ALBANY AVENUE    HARTFORD, CONNECTICUT 06112
TEL. (203)566-7710

<u>AFFIDAVIT OF ILLEGAL DISCRIMINATORY PRACTICE</u>     IN REPLY:

DATE <u>August 25, 1992</u>     CASE NO. <u>9310094</u>

My name is Linda Husky and I reside at 122 Fairway Drive, Wethersfield, CT 06109.

The respondent is Hartford Hospital/Radiation Therapy Technology Program whose business address is 80 Seymour Street, Hartford, CT 06115.

I was harassed and forced to quit the program on Auugst 3, 1992 and believe that my race and color, Black was in part a factor in this action.  I believe that the respondent violated the following laws 46a-64(a).

I provide the following particulars:

1.   On October 15, 1991 I began the Radiation Therapy Technology Program at Hartford Hospital School of Allied Health.

2.   I was the only Black student in the Radiation Therapy Program.

3.   I was harassed by Ms. Susan O'Connell, White, Director of the program, including but not limited to:

     a.   On July 28, 1992 I was assigned four dietary consults, where as all the other White students who did this rotation were assigned three.  Mr. Tom Murtagh, White, and Mr. Justin Perkins, White, received bad grades from Ms. Phyllis Girard, White, Technologist.  Ms. O'Connell allowed their grades not to count against them.  My grades were counted against me and I had to do this rotation over.

     b.   I was admitted into this program even though I did not meet the necessary requirements for acceptance.  I asked Ms. O'Connell on three occasions if I should take an algebra course in order to be accepted into the program, but Ms. O'Connell told me that it was not necessary.

     c.   During class whenever I gave an answer to a question, Ms. O'Connell acted very surprised that I gave a correct answer.

HH 1192

COMPLAINT AFFIDAVIT
CASE NO.   9310094
PAGE TWO

**CONFIDENTIAL**

d.   On July 24, 1992 I was sitting at the nurse station when I received a call from Ms. O'Connell. Ms. O'Connell did not know that she was talking to me and she said: "Can you please send Linda over, do not tell her what this is about. Nora is not confortable with what I am trying to do. Do not mention our meeting Tuesday." Ms. O'Connell was very surprised when she found out that it was me, the person to whom she was talking. After the conversation I went to her office and she advised me to leave the program now because it was going to get harder and not everyone could be a brain surgeon.

e.   Since March, 1992 Ms. O'Connell was encouraging me to leave the program because of my anatomy and physics grades. I passed both courses with a 75 grade.

f.   On August 3, 1992 I spoke to Ms. Angela Callagham, White, resource person, and told her that I was leaving the program because I felt that I was being discriminated against.

g.   Upon knowledge and belief, had I been White I would not have been treated in the manner in which I was.


I request the Connecticut Commission on Human Rights and Opportunities investigate my complaint, secure for me my rights as guaranteed to me under the above cited laws and secure for me any remedy to which I may be entitled.

LINDA HUSKY _____ being duly sworn, on oath, states that ____SHE____ is the Complainant herein; that ____SHE____ has read the foregoing complaint and knows the contents thereof; that the same is true of ____HER____ own knowledge, except as to the matter herein stated on information and belief and that as to these matters ____SHE____ believes the same to be true.

Dated at ___HARTFORD_____, Connecticut this __25__ day of ___AUGUST_____, _1992_.

_____
Complainant's Signature

Subscribed and sworn to before me this __25__ day of ___AUGUST_____,
_1992_.

RAFAEL A. PALACIO          _____
NOTARY PUBLIC             Notary Public/Commissioner of Superior Court
MY COMMISSION EXPIRES MARCH 31, 1995

HH 1193



UC-280 (Rev. 3/11/02)

**NOTICE OF POTENTIAL LIABILITY**
MERIT RATING UNIT
CONNECTICUT DEPARTMENT OF LABOR
WETHERSFIELD, CT 06109-1114
TEL: (860) 263-6705    FAX (860)-263-6723
www.ctdol.state.ct.us

**1. DATE MAILED**
10/29/2002

**3. CLIENT'S SOCIAL SECURITY NUMBER**
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

**4. JOB CENTER**
06-0

**5. WEEK ENDING DATE**
10/19/2002

**2. PROTEST PERIOD EXPIRES**
11/19/2002

HUMAN RESOURCES
NOV 0 5 2002
RECEIVED

**6. CLIENT'S NAME AND ADDRESS**
KELSEY,LOVIE J
935 POQUONOCK AVE
WINDSOR        CT 06095

**7. EMPLOYER'S NAME AND ADDRESS**
HARTFORD HOSPITAL
HUMAN RESOURCES DEPARTMENT
80 SEYMOUR ST
HARTFORD CT 06102-8000

**8. EMPLOYER'S REGISTRATION NO.**
00-005-18
---------
NM 01

UNEMPLOYMENT COMPENSATION PAYABLE

| 9. BENEFIT YEAR | | 10. SUB DATE | 11. WEEKLY BENEFIT AMOUNT | 12. WEEKLY BENEFIT RATE | MAXIMUM WEEKS | 13. MAXIMUM ENTITLEMENT |
|---|---|---|---|---|---|---|
| EFFECTIVE DATE 10/13/2002 | ENDING DATE 10/11/2003 | 10/15/2002 | $408 | x | 26 | $0 |

| 14. BASE PERIOD WAGES PAID IN YOUR EMPLOY | QUARTER 3 YEAR 2001 $9,973.92 | QUARTER 4 YEAR 2001 $10,469.66 | QUARTER 1 YEAR 2002 $10,757.00 | QUARTER 2 YEAR 2002 $8,340.27 |
|---|---|---|---|---|

| 15. TOTAL WAGES PAID BY YOU | 16. YOUR WEEKLY CHARGE | 17. YOUR MAXIMUM POTENTIAL CHARGE |
|---|---|---|
| $39,540.85 | $408 | $10,608.00 |

THIS ENTIRE SIDE MUST BE SENT WHEN RESPONDING BY FAX.    **DO NOT RETURN BY MAIL IF PROTEST IS FAXED.**

25

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UC-280 (Rev. 3/11/02)

# CONFIDENTIAL

IF PROTESTING CHARGES:
* Read the information on the back of this form.
* Complete the section below by checking the appropriate box and filling in the appropriate information.
* Separate this form at the perforated line and return this portion to the above address. Keep the top portion for your records.

OUR REASON FOR PROTESTING IS THAT THE EMPLOYEE NAMED ABOVE:

A. [X] voluntarily quit on 09/27/02
B. [ ] was discharged on __/__/__ for:
   _ Wilful misconduct
   _ Felony
C. [ ] refused bonafide offer of rehire on __/__/
D. [ ] client still employed part-time to the same extent as in the base period.

E. [ ] received disqualifying income
   Type: _ Vacation
         _ Severance
         _ Wages in Lieu of Notice
   Amount: _____ for the period from _____ to _____
F. [ ] is an Educational Institution employee with reasonable assurance of rehire for the next term.
G. [ ] never worked for me.

EMPLOYER COMMENTS: Ms. Kelsey resigned voluntarily. She did not have another position when she resigned. She did not apply for other open positions in the hospital

I certify that the information contained herein is true and correct.

SIGNATURE: Ellen Vitale    TITLE: HR Consultant    DATE: 11/5/02    TELEPHONE: 860 545-2145

HH 337

J

RECYCLED



**Shipman & Goodwin LLP®**
COUNSELORS AT LAW

One Constitution Plaza
Hartford, Connecticut 06103-1919

****************

≡ 4.42 ≡  U.S. POSTAGE

PB METER
7145363

HARTFORD
SEP 13 04
CT

G Bounas
14

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7001 0320 0000 1605 6690

Ms. Linda Husky
122 Fairway Drive
Wethersfield, CT 06109

RETURNED

REASON CH:
Unclaimed        P..
Attempted-Not Known
Insufficient Address
No such street,        number.
No such office in state
**Do not remail in this envelope**

SOLOMON
FILE

K

55537. Stein, Gertrude. The Columbia World of Quotations. 1996.                                    Page 1 of 1

Case 3:02-cv-01116-EBB     Document 134-5     Filed 05/12/2006     Page 11 of 11

 



Home | Subjects | Titles | Authors          | Encyclopedia | Dictionary | Thesaurus | Quotations | English Usage

Reference > Quotations > The Columbia World of Quotations

‹ PREVIOUS                                                                                    NEXT ›

CONTENTS · BIBLIOGRAPHIC RECORD · AUTHOR INDEX

The Columbia World of Quotations.  1996.

NUMBER: 55537

QUOTATION: There is no there there.

ATTRIBUTION: Gertrude Stein (1874–1946), U.S. author. Everybody's Autobiography, ch. 4 (1937).

Referring to Oakland, where Stein spent her childhood.

BIOGRAPHY: Columbia Encyclopedia.

WORKS: Stein Collection.

The Columbia World of Quotations. Copyright © 1996 Columbia University Press.

CONTENTS · BIBLIOGRAPHIC RECORD · AUTHOR INDEX

‹ PREVIOUS                                                                                    NEXT ›

Google [          ]  [ Search ]

Click here to shop the Bartleby Bookstore.

Welcome · Press · Advertising · Linking · Terms of Use · © 2005 Bartleby.com

amazon.com Find Gifts ▸Shop now at Amazon.com Privacy Information

1000 Nationwide WHENEVER Minutes* $39.99 per month Plus taxes and fees   T··Mobile·   [Get It Now]