UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SARAIYA SOLOMON<br>Plaintiff, | CIVIL ACTION NO:<br>3:02 CV 1116 (EBB) |
| v. | |
| HARTFORD HOSPITAL;<br>GLADYS CIASCHINI, as an<br>agent of HARTFOR HOSPITAL<br>and individually, SUSAN A.<br>O'CONNELL, as an agent of<br>HARTFORD HOSPITAL and<br>individually; and SANDRA NILES,<br>as a de facto agent of HARTFORD<br>HOSPITAL and individually<br>Defendants. | September 7, 2006 |

### STIPULATION OF DISMISSAL

The parties hereby stipulate that the above-referenced action shall be dismissed with prejudice as to all parties, and without attorney's fees and costs to any party.

PLAINTIFF,
SARAIYA SOLOMON

By _____
Rachel M. Baird
Her Attorney
Federal Bar No. ct12131
Stonegate Professional Building
379 Prospect Street
Torrington, CT 06790-5239
(860) 626-9991
(860) 626-9992

THE DEFENDANTS,
HARTFORD HOSPITAL,
GLADYS CIASCHINI,
SUSAN A. O'CONNELL and
SANDRA NILES

By /s/ Brenda A. Eckert
Brenda A. Eckert
Federal Bar No. ct 00021
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-2819
(860) 251-5712
(860) 251-5216

107252 v.08 S106